IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-CV-14177-ROSENBERG/LYNCH

MONICA STONE, *as the*
*Personal Representative of the*
ESTATE OF CHRISTOPHER COX

      Plaintiff,

      v.

ROBERT HENDRY, ROBERT FEIPEL,
CHRISTOPHER ROSE, CHARLES MARTEEN,
DAVID BAILES, and CAROLYN CONRAD

      Defendants.
_____/

## DEFENDANTS, ROBERT HENDRY AND ROBERT FEIPEL'S, MOTION TO STRIKE PARAGRAPHS 15-20, 36 AND 38 OF PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Defendants, ROBERT HENDRY (hereinafter "HENDRY") and ROBERT FEIPEL (hereinafter "FEIPEL"), by and through undersigned counsel, and pursuant to *Fed R. Civ. P. 12(f)*, moves for the Court to Strike paragraphs 15-20, 36, and 38 from Plaintiff's Amended Complaint and in support states.

1. Within the Amended Complaint filed by Plaintiff, several paragraphs contain information that has no bearing on the subject lawsuit.

2. The specific paragraphs are as follows:

    15) The Department of Corrections has come under scrutiny for the acts of its employee's regarding the treatment and supervision of inmates within the system.

    16) The DOC has also been scrutinized for failing to have or implement policies designed to protect the life and safety of inmates, as well as for intentionally

       showing a callous disregard for the life and safety of inmates under its supervision.

17) The DOC had a policy of not accurately reporting inmate deaths or sabotaging investigations to hide the true extent of the problems within Florida's DOC

18) In 2015, Florida had the highest prison death rate (354 per 100,000 inmates) than any of the other 10 largest states.

19) The environment within the Florida Department of Corrections, generally, and within MCI, specifically, was that corrections officers knew that they could engage in conduct that violated prisoners' civil rights, with impunity.

20) This environment directly caused or permitted Defendants Hendry, Feipel, Rose, Marteens, Bailes, and Conrad to engage in the acts or inaction described herein.

36) It is well known that violent inmates often try to claim a murder victim committed suicide. They also claim a murder was done in self-defense, especially where there are only two individuals within a cell.

38) The Florida Department of Corrections is the third largest state prison system in the country, with a current budget of $2.4 billion, consisting of 143 facilities housing over 100,873 inmates, and 142,000 offenders on active community supervision.

3. Plaintiff has not brought suit against the Florida Department of Corrections but rather against individuals who worked in the prison where Cox was housed.

4. There is no legal justification or basis for the language that Plaintiff includes in the above mentioned paragraphs.

## **MEMORANDUM OF LAW**

5. Defendants HENDRY and FEIPEL respectfully request that the Court exercise its discretion pursuant to *Fed. R. Civ. P. 12(f)* and strike paragraphs 15-20, 36 and 38 of Plaintiff's Amended Complaint.

6. *Fed. R. Civ. P. 12(f)* allows the Court to strike any "redundant, immaterial,

impertinent, or scandalous matter".

7. Inclusion of the above cited language is immaterial, impertinent, and scandalous material that has no bearing on the causes of action brought by Plaintiff against the named defendants and is only included in the Amended Complaint to defame and cast a bad light on Defendants' employer, the Florida Department of Corrections.

WHEREFORE Defendants, ROBERT HENDRY and ROBERT FEIPEL, pursuant to *Fed. R. Civ. P. 12(f)*, request that the Court Grant their Motion and Strike paragraphs 15-20, 36 and 38 of Plaintiff's Amended Complaint, and for any further relief this Court deems justified.

Dated: June 15, 2017

s/ James O. Williams Jr., Esq.
James O. Williams Jr., Esq. (eService@wlclaw.com)
Florida Bar No. 0614513
Philip B. Wiseberg, Esq.
Florida Bar No. 27233
Attorney for Defendant HENDRY
**Williams, Leininger & Cosby, P.A.**
11300 US Highway One, Suite 300
North Palm Beach, Florida 33408
Telephone No. (561)615-5666
Facsimile No. (561)615-9606

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2017 I electronically filed the foregoing document with the Clerk of Court using its CM/ECF system, and sent a copy via email to the parties listed below.

**s/ James O. Williams**_____
Florida Bar No. 0614513

**SERVICE LIST:**

James A. Wardell, Esq.
Wardell Law Firm, PA
805 W. Azeele Street
Tampa, FL  33606
813-387-3333
Counsel for Plaintiff

Christopher J. Whitelock
Whitelock & Associates, PA
300 SE Thirteenth Street
Fort Lauderdale, FL  33316
954-463-2001
Counsel for Rose and Bailes

Claire R. Hurley, Esq.
Cole, Scott & Kissane
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401
561-383-9200
Counsel for Conrad