UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:17-cv-14177-ROSENBERG/LYNCH

MONICA STONE,

    Plaintiff,

v.

ROBERT HENDRY *et al.*,

    Defendants.

_____/

## **SCHEDULING ORDER AND ORDER REFERRING CASE TO MEDIATION**

Having considered the Joint Scheduling Report of the parties, the Court hereby **ORDERS** that **discovery shall begin immediately** and puts in place the following:

### I.    PRETRIAL DEADLINES

The pretrial deadlines in this case, which shall not be modified absent compelling circumstances, are as follows:

**July 17, 2017**: Rule 26(a)(1)(A) Initial Disclosures (if not provided earlier).

**July 21, 2017**: Deadline to designate a mediator and to schedule a time, date, and place for mediation.

**August 21, 2017**: Deadline for joinder of additional parties, amended pleadings, and motions for class certification.

**November 29, 2017**: The parties shall provide opposing counsel with a written list with the names and addresses of all primary/initial expert witnesses intended to be called at trial and only those primary/initial expert witnesses listed shall be permitted to testify. The parties shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30 day period following this disclosure, the parties shall make their experts

available for deposition. The experts' deposition may be conducted without further Court order.

**December 29, 2017**:  The parties shall provide opposing counsel with a written list with the names and addresses of all rebuttal/responsive expert witnesses intended to be called at trial and only those rebuttal/responsive expert witnesses listed shall be permitted to testify. The parties shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30 day period following this disclosure, the parties shall make their experts available for deposition. The experts' deposition may be conducted without further Court order.

**Note**: The above provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers.

**January 29, 2018**:  All discovery shall be completed.

**February 28, 2018**:  All Pretrial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine* shall be filed.

**March 30, 2018**:  Mediation must be completed.

**May 8, 2018**: Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. Parties shall also exchange Rule 26(a)(3) witness and exhibit lists.

**May 15, 2018**:  Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances.

**May 22, 2018**:  Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed.

## II.    MEDIATION

Pursuant to Local Rule 16.2, this case is referred to mediation as follows:

- a.  Mediation shall be completed by the above stated deadline for completing mediation;

- b.  The parties shall—within the above stated deadline to designate a mediator and to schedule a time, date, and place for mediation—agree upon a mediator and file a Notice with the Court naming the chosen mediator and stating the date, time, and location for which mediation has been scheduled. If the parties are unable to agree upon mediator, they shall ask the Clerk of Court to designate a mediator from the list of certified mediators on a blind random basis;

- c.  Counsel for Plaintiff shall be responsible for coordinating a mediation date, time, and location agreeable to the mediator and all counsel of record;

- d.  **Within one (1) day** of the mediation conference, the mediator shall file a Mediation Report indicating who attended the mediation and the result thereof; and

- e.  The parties shall refer to the Court's Order Setting Status Conference, Calendar Call, and Trial Date for instructions on how to proceed after settlement.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida this 20th day of June, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record via CM/ECF