IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-CV-14177-ROSENBERG/LYNCH

MONICA STONE, *as the*
*Personal Representative of the*
ESTATE OF CHRISTOPHER COX

    Plaintiff,

        v.

ROBERT HENDRY, ROBERT FEIPEL,
CHRISTOPHER ROSE, CHARLES MARTEEN,
DAVID BAILES, and CAROLYN CONRAD

    Defendants.
_____/

## DEFENDANTS', ROBERT HENDRY AND ROBERT FEIPEL'S, RULE 26(a) INITIAL DISCLOSURES

COMES NOW the Defendants, ROBERT HENDRY and ROBERT FEIPEL, in accordance with *Fed R. Civ. P.* 26(a) and Local Rule 26.1, disclose the following:

A. <u>The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses; unless solely for impeachment, identifying the subjects of the information:</u>

  1. Robert Hendry
     C/o Williams, Leininger, & Cosby, PA
     11300 US Highway One, Suite 300
     North Palm Beach, FL  33408
     561-615-5666

     Information includes:  full knowledge of facts and allegations made against him.

2. Robert Feipel
C/o Williams, Leininger, & Cosby, PA
11300 US Highway One, Suite 300
North Palm Beach, FL  33408
561-615-5666

Information includes:  full knowledge of facts and allegations made against him

3. David Bailes
C/o Whitelock & Associates, PA
300 SE Thirteenth St
Ft. Lauderdale, FL  33316

Information includes:  full knowledge of facts and allegations made against him

4. Christopher Rose
C/o Whitelock & Associates, PA
300 SE Thirteenth St
Ft. Lauderdale, FL  33316

Information includes:  full knowledge of facts and allegations made against him

5.  Carolyn Conrad
C/o Cole, Scott & Kissane, PA
22 Lakeview Ave, Suite 120
West Palm Beach, FL 33401

Information includes:  full knowledge of facts and allegations made against her

6. Monica Stone
C/o Wardell Law Firm, PA
805 W. Azeele Street
Tampa, FL  33606

Information includes: claims made against Defendants

7.  Hurley Brown, DC #402730
C/o Florida Department of Corrections

Information includes:  full knowledge of incident between him and decedent.

8. Inspector Erika McFarland-Williams
   Department of Corrections, Office of Inspector General
   501 S. Calhoun St, #135
   Tallahassee, FL 32399

   Information includes:  report drafted based on investigation

9. S/A Eric Jester
   FDLE
   2331 Phillips Road
   Tallahassee, FL  32308

   Information includes:  investigation into potential homicide and timeline of events

10. ASA Nita Denton
    State Attorney's Office, 19th Judicial Circuit
    100 E. Ocean Blvd, Suite 400
    Stuart, FL  34994

    Information includes:  facts related to homicide and prosecution decision.

11. Senior Inspector Scott Thomas
    Department of Corrections, Office of Inspector General
    501 S. Calhoun St, #135
    Tallahassee, FL 32399

    Information includes:  investigation of administrative issues

12. Dr. Linda O'Neil
    Medical Examiner
    2500 S. 35th Street
    Ft. Pierce, FL  34981

Information includes: Autopsy and cause of death for Christopher Cox

13. Det. Weaver #653
    Martin County Sheriff's Office
    800 SE Monterey Road,
    Stuart, FL

    Information includes: investigation, photographs, and assist to FDLE

14. Paramedic Kristan Nader
    Martin County Fire Rescue

    Information includes: emergency medical services provided to Christopher Cox

15. Paramedic Tammy Pasqualone
    Martin County Fire Rescue

    Information includes: emergency medical services provided to Christopher Cox and timeline of events

16. Paramedic Myers
    Martin County Fire Rescue

    Information includes: emergency medical services provided to Christopher Cox and timeline of events

17. Paramedic Thatcher
    Martin County Fire Rescue

    Information includes: emergency medical services provided to Christopher Cox and timeline of events

18. Paramedic Harman
    Martin County Fire Rescue

    Information includes: emergency medical services provided to Christopher Cox and timeline of events

19. Paramedic Davidson
    Martin County Fire Rescue

    Information includes:  emergency medical services provided to Christopher Cox and timeline of events

20. Leah Darlington, LPN
    3123 Tate Rd.
    Augusta, GA  30906

    Information includes:  emergency medical services provided to Christopher Cox and timeline of events

21.  Rashera Williams, LPN

    Information includes:  emergency medical services provided to Christopher Cox and timeline of events

22. Jenell Jones, LPN
    1604 SW 10th Ct
    Ft. Lauderdale, FL  33312

    Information includes:  emergency medical services provided to Christopher Cox and timeline of events

23. Romy Colada, RN

    Information includes:  emergency medical services provided to Christopher Cox and timeline of events

24. Nurse Shedeldra Townsend

    Information includes:  emergency medical services provided to Christopher Cox and timeline of events

25. Nurse Doyle

    Information includes: attempted overdose by Christopher Cox

26. Corrections Officer Velez
    C/O Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399-2500

    Information includes: crime scene and evidence

27. Corrections Officer Wisly Mathias
    C/O Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399-2500

    Information includes: crime scene and evidence

28. Corrections Officer A. Harvey
    C/O Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399-2500

    Information includes: crime scene and evidence

29. Corrections Officer Brown
    C/O Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399-2500

    Information includes: crime scene and evidence

30. Corrections Officer Andres Huertas-Rodriguez
    C/O Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399-2500

    Information Includes: security perimeter for C Dorm

31. Ernest Powell III DC #P09831
    C/O Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399-2500

    Information includes: observations from night of incident

32. Peter Larangara, DC #W07656
    C/O Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399-2500

    Information includes: observations from night of incident

33. Derek Cedri, DC #T20840
    C/O Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399-2500

    Information includes: observations from night of incident

34. Michael Gallagher, DC #V37599
    C/O Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399-2500

    Information includes: observations from night of incident

35. Shernerd Richardson, DC #962778
    C/O Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399-2500

    Information includes: observations from night of incident

B. <u>A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and the disclosing party may use to support its claims or defenses, unless solely for impeachment.</u>

1. DOC File for Hurley Brown
2. DOC Procedures
3. State Attorney's File
    a. Transcript of Brown interview from FDLE
    b. DOC outpatient mental health care for Brown
    c. MCSO Offense/Incident Report #15-03115
    d. emails
    e. FDLE Investigative Summary #OR-37-0026
4. Cox Classification Records
5. Medical Examiner Report & File
6. DOC OIG Report #15-3971
7. News Articles on Cox

C. <u>A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.</u>

> Defendants are not making any claims against Plaintiff and any computation of damages if not applicable.

D. <u>For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.</u>

> Defendants were employees of the Florida Department of Corrections and acted in the course and scope of their employment with the state agency. Florida Department of Corrections is a State of Florida sovereign and, as such, is self-insured, and there are no insurance agreements to disclose.

Defendants reserve the right to service supplemental disclosures as provided under Federal Rule of Civil Procedure 26(e). Defendants make these Disclosures subject to and without waiving their right to protect from disclosure any attorney-client privileged documents or work-product of Defendants, their attorneys, and representatives.

Dated: <u>July 3, 2017</u>

                                        <u>s/ James O. Williams Jr., Esq.</u>
James O. Williams Jr., Esq. (eService@wlclaw.com)
Florida Bar No. 0614513
Philip B. Wiseberg, Esq.
Florida Bar No. 27233
Attorney for Defendants HENDRY and FEIPEL
**Williams, Leininger & Cosby, P.A.**
11300 US Highway One, Suite 300
North Palm Beach, Florida 33408
Telephone No. (561)615-5666
Facsimile No. (561)615-9606

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2017 I electronically filed the foregoing document with the Clerk of Court using its CM/ECF system, and sent a copy via email to the parties listed below.

                                        **s/ James O. Williams**_____
                                        Florida Bar No. 0614513

**SERVICE LIST:**

James A. Wardell, Esq.
Wardell Law Firm, PA
805 W. Azeele Street
Tampa, FL  33606
813-387-3333
**Counsel for Plaintiff**

9

Christopher J. Whitelock
Whitelock & Associates, PA
300 SE Thirteenth Street
Fort Lauderdale, FL  33316
954-463-2001
**Counsel for Rose and Bailes**

Claire R. Hurley, Esq.
Cole, Scott & Kissane
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401
561-383-9200
**Counsel for Conrad**