IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2:17-CV-14177-ROSENBERG/LYNCH

MONICA STONE, as the Personal
Representative of the ESTATE OF
CHRISTOPHER COX

      Plaintiffs,

v.

ROBERT HENDRY, ROBERT FEIPEL,
CHRISTOPHER ROSE, CHARLES
MARTEEN, DAVID BAILES and CAROLYN
CONRAD

      Defendants.

_____/

## DEFENDANT'S PREFATORY STATEMENT AND INITIAL DISCLOSURES

Defendant, Carolyn Conrad ("Defendant") has just commenced her investigation of the facts relating to this case and has not completed her preparation for trial.  Accordingly, Defendant reserves the right to supplement, amend, and correct all or any part of these Initial Disclosures and to produce additional information during the discovery process, as it becomes known, or as circumstances warrant.  The fact that Defendant discloses information or documents pursuant to these Disclosures is not a concession or admission by Defendant that the information or documents are true, accurate, or authentic, or that the information or documents are relevant or admissible.  Defendant reserves the right to challenge the competency, relevancy, materiality, and admissibility of such information or documents and to conduct further discovery into the subject matter of any information or document she discloses and does not waive any objection that might otherwise be made to such information or documents.

Subject to the privileges set forth above, hereby incorporated by reference, Defendant provides the following discoverable information relevant to disputed facts alleged with particularity in the pleadings:

### DISCLOSURE (A)

The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless used solely for impeachment, identifying the subjects and the information.

**RESPONSE:**

    **(1) Carolyn Conrad, RN**
       **c/o Cole, Scott & Kissane, P.A.**
       **222 Lakeview Avenue, Ste. 120**
       **West Palm Beach, Florida 33401**
       **(561) 383-9200**

    **Information includes:  full knowledge of facts and allegations made against her.**

    **(2) Monica Stone**
    **Mrs. Stone is the plaintiff and has knowledge concerning the allegations in her Complaint.**

    **(3) Robert Hendry**
    **Mr. Hendry is a Defendant in this litigation and has knowledge of the claims, facts and issues raised in this litigation.**

    **(4) Robert Feipel**
    **Mr. Feipel is a Defendant in this litigation and has knowledge of the claims, facts and issues raised in this litigation.**

    **(5) Christopher Rose**
    **Mr. Rose is a Defendant in this litigation and has knowledge of the claims, facts and issues raised in this litigation.**

    **(6)David Bailes**
    **Mr. Bailes is a Defendant in this litigation and has knowledge of the claims, facts and issues raised in this litigation.**

    **(7) Inmate Hurley Brown**

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

**Mr. Brown is the inmate housed with the deceased Christopher Cox at the time of his death.**

**(8) All persons identified by the Co-Defendants and by Plaintiff in their Rule 26(a)(1) Disclosures.**

Additionally, other individuals may be used to obtain certain discoverable information, but none have been specifically identified at this time.

*DISCLOSURE (B)*

A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

**(1) Complaint**

**(2) Master Agreement for Temporary Staffing Coverage between Wexford Health Sources, Inc. and Medical Staffing Network Healthcare LLC – note this contract contains a confidentiality provision.**

*DISCLOSURE (C)*

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**

**Not Applicable.**

*DISCLOSURE (D)*

For inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:**

**Defendant has provided Plaintiff's counsel with a contemporaneous copy of the declaration sheet for any insurance policy that may be applicable to these claims.**

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

Defendant reserves the right to supplement these Initial Disclosures as her investigation continues and information becomes available.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing

By:   **s/ Claire R. Hurley**
     BARRY A. POSTMAN
     Florida Bar No.:  991856
     CLAIRE R. HURLEY
     Florida Bar No.:  78977

0457.0138-00/7245240

**SERVICE LIST:**

**James A. Wardell, Esq.**
Wardell Law Firm, PA
805 W. Azeele Street
Tampa, FL 33606
813-387-3333
Counsel for Plaintiff

**Christopher J. Whitelock**
Whitelock & Associates, PA
300 SE Thirteenth Street
Fort Lauderdale, FL 33316

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

954-463-2001
Counsel for Rose and Bailes

**Claire R. Hurley, Esq.**
Cole, Scott & Kissane
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401
561-383-9200
Counsel for Conrad

5