EXHIBIT "A"

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY,
FLORIDA PROBATE DIVISION

IN RE: ESTATE OF

                File No.   17-CP-000762

CHRISTOPHER JAMES COX

                Division
Deceased.

LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, CHRISTOPHER JAMES COX, a resident of Hillsborough County, Florida, died on March 15, 2015, owning assets in the State of Florida, and

WHEREAS, MONICA LYNN STONE has been appointed Personal Representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned Circuit Judge, declare MONICA LYNN STONE duly qualified under the laws of the State of Florida to act as Personal Representative of the estate of CHRISTOPHER JAMES COX, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

Any settlement entered into by the Personal Representative must be approved by this Court if (1) there is an objection by any survivor to the amount or apportionment of the settlement, (2) the settlement affects a survivor who is a minor or incompetent, or (3) there will be any unsatisfied, valid creditor claims. A copy of these Letters shall be filed in the wrongful death proceeding.

Ordered on _____, 2017.

Electronically Conformed 3/27/2017
_____
Circuit Judge