UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-CV-14177-ROSENBERG/LYNCH

MONICA STONE, *as the*
*Personal Representative of the*
ESTATE OF CHRISTOPHER COX,

    Plaintiff,

v.

ROBERT HENDRY, ROBERT FEIPEL,
CHRISTOPHER ROSE, DAVID BAILES,
CAROLYN CONRAD, and THE STATE OF
FLORIDA through JULIE L. JONES,
in her official capacity as Secretary of the Florida
Department of Corrections,

    Defendants,
_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT CAROLYN CONRAD'S MOTION TO DISMISS COUNT I OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiff, MONICA STONE, *as the Personal Representative of the* ESTATE OF CHRISTOPHER COX, by and through her undersigned legal counsel, hereby files this Response to Defendant Carolyn Conrad's Motion to Dismiss Count I (DKT 66) and states the following:

1. The Court granted Defendant Carolyn Conrad's Motion to Dismiss Count I of Plaintiff's Amended Complaint without prejudice on August 29, 2017 (DKT 60)

2. On September 7, 2017 Plaintiff filed a Second Amended Complaint (DKT 62).

3. Defendant Carolyn Conrad filed her Answer and Affirmative Defenses to Counts II-IV of Plaintiff's Second Amended Complaint and Motion to Dismiss Count I (DKT 66).

4. Plaintiff' inadvertently failed to amend the title of Count I "Plaintiff v. All Defendants Eight Amendment – Cruel and Unusual Punishment – Failure to Protect (pursuant to

42 U.S.C. § 1983)" to reflect that Defendant Conrad was no longer included in Count I in Plaintiff's Second Amended Complaint (DKT 62).

5. Count I contains no allegations against Defendant Carolyn Conrad in Plaintiff's Second Amended Complaint (DKT 62).

6. Plaintiff's counsel conferred with Defendant Carolyn Conrad's counsel to explain that it was simply a scrivener error and suggested she footnote her response to state that the parties discussed this error, agreed the title was a scrivener error, that Defendant Carolyn Conrad was dismissed from Count I per the Court's Order (DKT 60) and that Defendant Carolyn Conrad is not included in the allegations contained in Count I in Plaintiff's Second Amended Complaint.

WHEREFORE, Plaintiff has no objection to dismissing Defendant Carolyn Conrad from Count I of Plaintiff's Second Amended Complaint and hereby respectfully requests that this honorable Court enter an Order Dismissing Defendant Carolyn Conrad from Count I of Plaintiff's Amended Complaint (DKT 62) so there is no ambiguity in the Second Amended Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25th, 2017, the above document was electronically filed with the Clerk of Court by using the Court's Electronic Case Filing System, and relied upon the system's automatic service of this document to all counsel of record.

/s/ James A. Wardell
JAMES A. WARDELL, ESQUIRE
Florida Bar No.: 0868061
WARDELL LAW FIRM, P.A.
805 W. Azeele Street
Tampa, FL  33606
Telephone:  (813) 387-3333
Facsimile:  (813) 387-3050
jwardell@jawlaw.net
kdaley@jawlaw.net
Attorney for Plaintiff