**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 2:17-CV-14177-ROSENBERG/LYNCH

MONICA STONE, *as the*
*Personal Representative of the*
ESTATE OF CHRISTOPHER COX,

      Plaintiff,

v.

ROBERT HENDRY, ROBERT FEIPEL,
CHRISTOPHER ROSE, DAVID BAILES, CAROLYN CONRAD,
and THE STATE OF FLORIDA through JULIE L. JONES,
in her official capacity as Secretary of the Florida
Department of Corrections,

      Defendants,

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT STATE OF FLORIDA'S MOTION TO STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES

Plaintiff, MONICA STONE, *as the Personal Representative of the* ESTATE OF

CHRISTOPHER COX, by and through the undersigned legal counsel, hereby files this Response

to Defendant, THE STATE OF FLORIDA through JULIE L. JONES, in her official capacity as

Secretary of the Florida Department of Corrections, Motion to Strike Plaintiff's Prayer for

Punitive Damages (DKT 74) and states the following:

1.      Plaintiff, MONICA STONE, *as the Personal Representative of the* ESTATE OF

CHRISTOPHER COX, has no objection to the Court striking Plaintiff's prayer for punitive

damages contained in Count IV, Paragraph C of Plaintiff's Second Amended Complaint (DKT

62).

WHEREFORE, the Plaintiff has no objection to the Court Striking Paragraph C in Count

IV of Plaintiff's Second Amended Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2017, the above document was electronically

filed with the Clerk of Court by using the Court's Electronic Case Filing System, and relied upon

the system's automatic service of this document to all counsel of record.

/s/ James A. Wardell
JAMES A. WARDELL, ESQUIRE
Florida Bar No.: 0868061
WARDELL LAW FIRM, P.A.
805 W. Azeele Street
Tampa, FL 33606
Telephone: (813) 387-3333
Facsimile: (813) 387-3050
jwardell@jawlaw.net
kdaley@jawlaw.net
Attorney for Plaintiff