IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-CV-14177-ROSENBERG/MAYNARD

MONICA STONE, *as the*
*Personal Representative of the*
ESTATE OF CHRISTOPHER COX

      Plaintiff,

        v.

ROBERT HENDRY, ROBERT FEIPEL,
CHRISTOPHER ROSE, DAVID BAILES,
CAROLYN CONRAD, and THE STATE OF
FLORIDA through JULIE L. JONES,
In her official capacity as Secretary of the Florida
Department of Corrections

      Defendants.
_____/

## **JOINT NOTICE OF EXTENDING PRE-TRIAL DEADLINES**

COME NOW, the parties, by and through undersigned counsel, and hereby file their Joint Notice of Extending Pre-Trial Deadlines as follows:

1. Expert Disclosure Deadline until January 28, 2018 (currently November 29, 2017).

2. Rebuttal Expert Disclosure Deadline until February 27, 2018 (currently December 29, 2017).

3. Discovery Deadline until February 28, 2018 (currently January 29, 2018).

Dated: November 28, 2017

                                        s/ James O. Williams Jr., Esq.
                                        James O. Williams Jr., Esq. (eService@wlclaw.com)

            Florida Bar No. 0614513
            Philip B. Wiseberg, Esq.
            Florida Bar No. 27233
            Attorney for Defendant HENDRY
            **Williams, Leininger & Cosby, P.A.**
            11300 US Highway One, Suite 300
            North Palm Beach, Florida 33408
            Telephone No. (561)615-5666
            Facsimile No. (561)615-9606

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28, 2017, I electronically filed the foregoing document with the Clerk of Court using its CM/ECF system, and sent a copy via email to the parties listed below.

            **s/ James O. Williams**_____
            Florida Bar No. 0614513

**SERVICE LIST:**

James A. Wardell, Esq.
Wardell Law Firm, PA
805 W. Azeele Street
Tampa, FL  33606
813-387-3333
Counsel for Plaintiff

Christopher J. Whitelock
Whitelock & Associates, PA
300 SE Thirteenth Street
Fort Lauderdale, FL  33316
954-463-2001
Counsel for Rose and Bailes

Claire R. Hurley, Esq.
Cole, Scott & Kissane
222 Lakeview Ave., Suite 120
West Palm Beach, FL 33401
561-383-9200
Counsel for Conrad