Exhibit A

# cookjv@gmail.com

| | |
|---|---|
| **From:** | cookjv@gmail.com |
| **Sent:** | Wednesday, January 31, 2018 1:22 PM |
| **To:** | 'Chelsea L. Furman'; 'Sheri-Lynn Corey-Forte'; 'Phil Wiseberg'; 'Christopher J. Whitelock'; 'April Kadel'; 'David'; janelle@wlclaw.com; 'Shalonda J. Cox'; elopez@whitelocklegal.com; 'Claire R. Hurley' |
| **Subject:** | RE: SERVICE OF COURT DOCUMENTS / 2:17-cv-14177 |
| **Attachments:** | Sperry r26a2 disclosures.pdf |
| **Importance:** | High |

Court:  Southern District of Florida, Ft. Pierce Division
Style:   Stone v. Hendry et al.
Case:   2:17cv14177
Filing:  Plaintiff's Rule 26a2 Disclosures (Sperry)
Filer:   James V. Cook

**James V. Cook**
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
850-222-8080; 561-0836 fax
cookjv@gmail.com
A Civil Rights Practice

1