

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### TOMOKA CORRECTIONAL INSTITUTION

| | |
|---|---|
| **MEMO TO:** | Institutional Classification Team |
| **FROM:** | R. Nutt, Sergeant |
| **DATE:** | March 12, 2014 |
| **SUBJECT:** | Inmate COX, Christopher, W/M, DC# T43015 |

On 3-6-14, at approximately 04:25 hours, I interviewed Inmate COX, Christopher, W/M, DC# T43015, in regards to his protection need. He requested protection from his co-defendant's cousin.

COX, Christopher, W/M, DC# T43015 states, "I am requesting PM from my co-defendant's cousin! I am in fear that my safety is not being met! If I have to in order to stay safe I will stay in Y-dorm till I leave in 2033! Please he will kill me if I get out. I have a family I'm trying to get home to! Edwin Santiago he is in Y2-114. He is one of the cousin's brother in a gang this is how I know I will be killed. Please my life is in danger!

I interviewed Inmate SANTIAGO, Edwin, B/M, DC# 777308, who stated that he didn't even know Inmate COX. I showed him a photo of COX and he said that he didn't know him.

COX was released from Y-dorm on 3-5-14. He left out of confinement and went to MTC and said he can't go back on the compound and requested protection again. SCO disapproved him for PM on 2-4-14. He stated he wanted to file an appeal on 2-7-14, but never did.

Attached is COX's DC6-112C and his original PM investigation.

EXHIBIT B

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden      ☐ Assistant Warden      ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse, on the behalf of:**

| COX | Christopher | T43015 | Martin CI |
|-----|-------------|--------|-----------|
| Last    First    Middle Initial | | DC Number | Institution |

---

**Part A – Inmate Grievance**      15-6-08628

The TCT Team recommended transfer due to my request for protection. SCO denied the transfer, I am still in fear for my life and would like reconsideration/ appeal from the SCO decision. I need to be transferred from this camp for my safety.

_2-26-15_
DATE

SIGNATURE OF GRIEVANT AND D C #      T43015

---

\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS

_0  1_
#      Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code   When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office   The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels   The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution   If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F A C  33-103 007 (6)(d)

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on _3/11/15_      Institutional Mailing Log # _15-03-6_
(Date)                                                                              (Received By)

| DISTRIBUTION | INSTITUTION/FACILITY | CENTRAL OFFICE |
|--------------|---------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION /FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)      Incorporated by Reference in Rule 33-103.006, F.A C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

02-15-99

| Mail Number: _____ |
| Team Number: _____ |
| Institution: _____ |

**TO:** ✓ ☑ Warden  ☐ Classification  ☐ Medical  ☐ Dental
(Check One)   ☐ Asst. Warden  ☐ Security  ☐ Mental Health  ☐ Other _____

| **FROM:** | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Cox Christopher | T43015 | D2-214 | N/A | 2-11-15 |

**REQUEST**                    Check here if this is an informal grievance ☑ ✓

I am writing this in regardes to my physical safty! I was stabbed numerous times At Charlotte C.I at the end of 2014. I was PPM Transfered to SFRC then to Dade C.I. On 12-13-14 I was threated By the same Gang (Family) That if I didnot pay 75% of all my Canteen I would Be killed. I was PPM Transfered To SFRC again. I came to Martin C.I. on 1-14-15, By 2-3-15 I had Ben Robbitd and told if I didnot pay 1,000°° I'd Be killed...(My family knows about this). 2-3-15 I checked in again Asking for help. I am scard I'll be denied and killed. I spoke to a inmate who was cut up here At Martin C.I. is pm unit. I'v only had 1 DR since 4-26-12, I Graduated from the Faith Based Program, I donot cause problems. I am

✳ Ammended Informal Grievance Attached ✳

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: |
|---|---|
| Classification M.R.B. | |

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                    **DATE RECEIVED:** _____

See Attached

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): | Official (Signature): | Date 2/23/15 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)


Ammended Informal Grievance Attachment

Cox, Christopher      T 43015      D2-214      N/A      2-11-15

Requesting to Be Transfered from Martin C.I, Do to the treat of my personle, Phycale safty. All I Ask is to Be Kept Physicly safe! Will provide family's # if needed!

Thank You for Your time on this Extreme Issue

Inmate Cox

T 43015

Grievance log# 02-15-99

**Your informal grievance has been reviewed, received and the following determined.**

You have been reviewed by the ICT and State Classification Office. The State Classification Office has disapproved your protection request based on no injuries and no verified information obtained during the investigation.

**Grievance is denied.**

**Per Mr. Brugeling**

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

**· INMATE REQUEST**

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|

**REQUEST** Continuation                    Check here if this is an informal grievance ☐

of 6-13-14 I would have ben Locked-up the state Could have done
A RAPE Kit, Aswell my I.D would Have ben shut off So the 99.28
that was Stolen off my CARD would still be there for mE To write my family So
They Know I am oK and safe! I have writen Inmate Trust fund on 6-24-14
11:01:34 am they printeed A Transaction List, my grandfather Roland Doyle placed
1165.⁰⁰ in my Account on 6-11-2014 After my liens were paid I had 151.¹¹
on the Transaction sheet it shows a sale for 99.28 on 6-14-14! I have
A Canteen ~~steel~~ reciet on 6-16-14 for 37.83 on Inmate Trust fund it shows
the date as 6-17-14. I wrote Cpt. Chatto and ms, Gasdad. I am furwording
a copy of this to the Inspector General as well as my family. I do not
wish no retaliation from any staff do to this matter.
               Thank You Inmate Cox T43015

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                                      DATE RECEIVED: _____

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103.005, F.A.C.