EXHIBIT "F"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 2:17-CV-14177/ROSENBERG/LYNCH

MONICA STONE, as the Personal
Representative of the Estate of
CHRISTOPHER COX,

        Plaintiff,

vs.

ROBERT HENDRY, ROBERT FEIPEL,
CHRISTOPHER ROSE, DAVID BAILES,
CAROLYN CONRAD, and JULIE JONES
in her Official Capacity as Secretary of the
Florida Department of Corrections,

        Defendants.
_____/

## AFFIDAVIT OF ERIC JESTER

I, Eric Jester, being first duly sworn, depose and state that I am over eighteen (18) years of age, sui juris and that I make this affidavit from personal knowledge, as follows:

1. I am over the age of eighteen (18) and have personal knowledge of the facts stated herein.

2. At all times relevant to the instant matter, I was employed as a Special Agent of the Fort Pierce Field Office for the Florida Department of Law Enforcement ("FDLE").

3. On March 15, 2015, I responded to a notification from Martin Correctional Institution ("MCI") regarding the alleged incident in this matter.

1

4. I consequently conducted the FDLE investigation into the alleged incident and prepared an Investigative Summary with investigative findings.

5. During the investigation, I conducted, in part, sworn interviews of employees as well as inmates from the surrounding cells in the D dormitory.

6. Additionally, I reviewed documentation provided by MCI including, but not limited to, incident reports, housing unit logs, and the videos of the D dormitory.

7. During my investigation, it was determined that Correctional Officer Bailes was assigned to the C dormitory on the night of the incident and that he was actually positioned and walking from the Control Room at the front of the prison at the time of the alleged incident.

8. Despite one (1) inmate indicating that he called out to Correctional Officer "Bailes" outside of the C dormitory from his cell at the time of the alleged incident, Bailes was not outside the C dormitory before or during the incident.

9. It was determined that another correctional officer, not Correctional Officer Bailes, was conducting a perimeter check of the C dormitory.

10. I also determined during my investigation that Correctional Officer Rose was assigned to the D dormitory at the time of the alleged incident.

11. Correctional Officer Rose received a radio call from his supervisor requesting backup assistance in the D dormitory.

12. Correctional Officer Rose upon receiving this call responded to this request for assistance and proceeded to the wing 2 housing unit of the D dormitory.

ERIC JESTER

STATE OF FLORIDA )
) SS:
COUNTY OF _____ )

BEFORE ME, the undersigned authority, personally appeared Eric Jester, who being first duly sworn, deposes and says on oath that he has read the foregoing Affidavit consisting of three (3) pages, subscribed to by him, and that the matters therein contained are true and correct to the best of his knowledge and belief.

**SWORN TO AND SUBSCRIBED** before me this __1__ day of March, 2018.

FAITH BALL
Commission # FF 900449
Expires July 20, 2019
Bonded Thru Troy Fain Insurance 800-385-7019

NOTARY PUBLIC, State of Florida

Personally Known _X_ OR Produced Identification ____
Type of Identification Produced _____

3