**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**

MONICA STONE,

      Plaintiff,

v.

ROBERT HENDRY, et al.,

      Defendants.

CIVIL DIVISION

Case No. 2:17cv14177-ROSENBERG/LYNCH

**PLAINTIFF'S RULE 26(a)(2) DISCLOSURES (SPERRY)**

COMES NOW the Plaintiff, MONICA STONE, by and through undersigned counsel, hereby files this Rule 26(a)(2) disclosure, as follows:

(i)    *A complete statement of all opinions the witness will express and the basis and reasons for them*: Attached please find the report prepared by Kris Sperry, M.D..

(ii)    *The facts or data considered in forming opinion*: Attached hereto please find the report prepared by Kris Sperry, M.D.

(iii)    *Any exhibits that will be used to summarize or support opinions*: None.

(iv)    *The witness's qualifications, including a list of all publications authored in the previous ten years*: Please see the CV of expert attached hereto.

(v)    *A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition*: See list in expert's report attached hereto.

(vi)    *Compensation to be paid for the study and testimony in the case*: $500/hr.

Respectfully Submitted,

s/JAMES V. COOK, ESQ. FBN 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax

I CERTIFY a true copy hereof was sent by Electronic Mail on 1/31/2018 to:

| | | |
|---|---|---|
| Christopher J. Whitelock, Esq. | Claire R. Hurley, Esq. | James O. Williams Jr., Esq. |
| Whitelock & Associates, P.A. | Barry A. Postman, Esq. | Philip B. Wiseberg, Esq. |
| 300 Southeast Thirteenth St. | Cole, Scott & Kissane | Williams, Leininger & Cosby |
| Fort Lauderdale, FL 33316 | 222 Lakeview Ave., Suite 120 | 11300 US Highway 1, Ste. 300 |
| cjw@whitelocklegal.com | West Palm Beach, FL 33401 | North Palm Beach, FL 33408 |
| ark@whitelocklegal.com | Claire.Hurley@csklegal.com | eService@wlclaw.com |
| elopez@whitelocklegal.com | | PWiseberg@wlclaw.com |

s/JAMES V. COOK

Kris Sperry, M.D.
Forensic Pathologist

Certified by the American Board of Pathology in:
Anatomic Pathology
Clinical Pathology
Forensic Pathology

January 31, 2018

Re:  Christopher Cox

I have reviewed materials and records concerning Christopher Cox, a 28 year old
Caucasian male who died at the Martin Correctional Institution on March 15, 2015.
These documents include the Second Amended Complaint, the autopsy report from the
District 19 Florida Medical Examiner Department, the FDLE Investigative Summary,
various emails concerning the matter, the Martin County Sheriff's Office Incident Report,
and a transcript of the recorded interview with inmate Hurley Brown.

On March 15, 2015, Christopher Cox was placed in a cell with Hurley Brown, an
African-American inmate who was substantially larger than Cox, outweighing Cox by
more than 60 pounds. According to timelines within the FDLE report, at 7:29 pm, Sgt.
Robert Feipel, CO Christopher Rose, and nurse Carolyn Conrad entered the cell, and
found Cox in a corner, face down, with his face in a pillow that Brown later stated that
he had placed under Cox's head. When Cox was first found, it is reported that a twisted
shirt was around his neck, and tied in the front of his neck. According to various
statements, it appears that Nurse Conrad only checked a radial pulse on Cox, and
concluded that he was dead, whereupon she continued to dispense medications to
other inmates. (Cox had also been placed in handcuffs and leg restraints, according to
Corrections policies). No resuscitative measures were initiated whatsoever, and no
further evaluation of Cox's medical condition were attempted. The information
regarding an unresponsive inmate was passed through the chain of command, and at
7:41 pm, nurses Leah Darlington and Rashena Williams entered the cell, and
immediately began performing cardiopulmonary resuscitation. At 7:43 pm, Nurse
Shedeldra Townsend entered with a defibrillator. They continued CPR efforts, until 8:16
pm, when EMS arrived; they continued CPR efforts until 8:24 pm, when Cox was
pronounced dead.

The autopsy examination revealed that Cox had extensive blunt force injuries of the
head and neck. A very large contusion was located on the left forehead and left side of
the head, with a laceration on the left forehead. Bruising and abrasions were noted on
the anterior and sides of the neck, which are consistent with ligature marks; a few
petechial hemorrhages were found on the face and the surfaces of the eyes. The brain
was edematous (swollen), and subarachnoid hemorrhage was found on two different

Dr. Kris L. Sperry
1/31/2018
Page 2 of 3

inferior surfaces of the brain, along with contusions of the right frontal and right occipital lobes of the brain.  Extensive hemorrhage was identified within the strap muscles of the neck.  A vertically oriented fracture was identified within the right anterior laryngeal cartilage (thyroid cartilage), with adjacent soft tissue hemorrhage.  Other hemorrhages were found in the posterior neck muscles.  Scattered contusions and abrasions were distributed over the upper extremities and hands, and contusions were located on the back of the left and right shoulders.

Inmate Brown provided several differing accounts of what had happened.  He stated that Cox was trying to commit suicide, but Brown did not want Corrections Officers to enter the cell and use pepper spray, so he intervened, at which point Cox purportedly attacked Hurley, forcing Hurley to defend himself by beating and overpowering Cox.  However, he also stated that he stomped Cox's head and neck.   No explanation was given for the ligature about Cox's neck.

The injuries sustained by Christopher Cox clearly arose from a severe beating, and are completely consistent with being stomped by an assailant; the large contusion and laceration on the left forehead, coupled with the cerebral (brain) contusions and subarachnoid hemorrhages, would only arise from severe blunt force.  These would be sufficient to render Cox unconscious.  The abrasions and contusions on the neck, and the hemorrhages within the neck musculature and the laryngeal fracture, could have been caused by ligature strangulation; however, as the apparent ligature was a soft shirt, it is unlikely that these severe internal injuries would be caused solely by such material.  It is more probable that Cox was struck, kicked or stomped on the neck, creating the majority of these serious injuries, and then the ligature was placed about his neck in order to give the misleading appearance that this was a suicidal attempt.  The presence of some petechial hemorrhages on the face and the surfaces of the eyes indicate some element of neck compression, and also suffocation.  The presence of cerebral edema indicates that Cox was alive for some indeterminate period of time following the assault; however, this time period could readily be many minutes, extending well into the time frame after he was found unresponsive at 7:29 pm.

When the correctional officers and Nurse Conrad entered the cell and found Cox unresponsive, only cursory attention was given to Cox and to evaluating his condition.  Again, according to other interviews, Nurse Conrad only checked a radial pulse, and declared Cox to be dead.  Approximately 14 minutes passed until other nurses entered the cell, and then began performing CPR, followed by EMS.  The failure to immediately call for medical assistance and began even rudimentary resuscitative measures while completely evaluating Cox's condition at the moment that he was found is unconscionable, and the passage of 14 minutes literally is the difference between life

Dr. Kris L. Sperry
1/31/2018
Page 3 of 3

and death for a patient in extremis.  The cerebral edema found in the brain clearly
indicates that Cox was alive for at least some minutes after the assault.  Due to the
gross negligence that delayed any resuscitative procedures, any chance at surviving
was lost.

My opinions are as follows:

1.   Christopher Cox died of the complications of blunt force injuries of the head and
     neck, which included a closed head injury (which would not, in and of itself, have
     been fatal or significantly life-threatening).  Cox was beaten, and this does not
     represent any sort of self-inflicted injury.
2.   The neck injuries are most consistent with kicking and/or stomping of the neck.
3.   The ligature was most probably placed around his neck after he had been
     rendered unconscious from the head trauma; although he may have been
     strangled with the shirt to some extent, he was most probably not killed by the
     strangulation, as the brain was swollen and edematous, which indicates a
     substantial period of survival.  This edema would not have resulted from the blunt
     head trauma, which was relatively localized and not diffuse throughout the brain.
4.   Cox was found lying face down, with his face in a pillow.  This would have
     caused suffocation to occur, further complicating the blunt force trauma.
5.   Cox may have been alive when he was first found by correctional personnel and
     the nurse, and the failure to immediately initiate resuscitative procedures is
     grossly negligent and should be considered as contributory to his death.

All of the above opinions are rendered to a reasonable degree of medical certainty.

Kris Sperry, M. D.

Sperry Forensic Pathology Consultants, Inc.
302 Watermark Drive
Peachtree City, Georgia  30269
Telephone:  (770) 486-5380
e-mail Dr. Sperry:  stiffdoc@bellsouth.net

**KRIS SPERRY, M.D.**

**CURRICULUM VITAE**

**DATE OF BIRTH:**  December 21, 1954

**BIRTHPLACE:**  Topeka, Kansas

**CITIZENSHIP:**  United States

**CURRENT POSITION:**

> Chief Medical Examiner for the State of Georgia (retired November 1, 2015)
>
> Consultant in Forensic Medicine and Pathology

**CURRENT ADDRESS:**

> Home/Office:
>
> > 302 Watermark Drive
> > Peachtree City, Georgia  30269
> > Phone:  (770) 486-5380
> > Fax:  (770) 486-5105
> > Cell Phone: (404) 444-2167
> > Email:  stiffdoc@bellsouth.net

**EDUCATION:**

High School:  Lawrence High School, Lawrence, Kansas:  1971.

College:  Kansas State College of Pittsburg, Pittsburg, Kansas:  B. S. Degree (Major in Biology, Minor in Chemistry):  1975.

Medical School:  University of Kansas School of Medicine, Kansas City, Kansas:  M. D. Degree awarded June, 1978.

**POSTGRADUATE TRAINING:**

Flexible Internship:  Allentown Hospital, Allentown, Pennsylvania:  July, 1978 through June, 1979.

Resident in Pathology:  University of New Mexico School of Medicine, Albuquerque, New Mexico:  July, 1981 through June, 1985.

1

Fellow in Forensic Pathology: Office of the Medical Investigator for the State of New Mexico, University of New Mexico School of Medicine, Albuquerque, New Mexico: July, 1985 through December, 1985.

**HONORS AND AWARDS:**

Arnold W. Matera Award for Excellence in Radiologic Diagnosis, University of Kansas School of Medicine Graduating Class of 1978; Awarded at Commencement Ceremonies, June, 1978.

Lawrence Lions Alumni Association Election to Lawrence High School Alumni Hall of Honor, Lawrence, Kansas, October 12, 2003.

**MILITARY SERVICE:**

Commissioned Officer in the United States Public Health Service, Indian Health Service Branch, stationed at the USPHS Hospital on the reservation of the Red Lake Band of Chippewa (Ojibway) Indians, Red Lake, Minnesota, as a General Medical Officer: July, 1979 through June, 1981. Honorably Discharged June, 1981.

**EMPLOYMENT:**

Associate Medical Investigator for the Office of the Medical Investigator for the State of New Mexico: January 1, 1986, through June 30, 1986.

Medical Investigator for the Office of the Medical Investigator for the State of New Mexico: July 1, 1986, through December 31, 1989.

Associate Medical Examiner, Fulton County Medical Examiner's Office, Atlanta, Georgia: December 23, 1989, through July 12, 1991.

Deputy Chief Medical Examiner, Fulton County Medical Examiner's Office, Atlanta, Georgia: July 12, 1991, through June 13, 1997.

Chief Medical Examiner for the State of Georgia, Georgia Bureau of Investigation Division of Forensic Sciences, June 13, 1997 through November 1, 2015; Retired from State Service.

**ACADEMIC APPOINTMENTS:**

Instructor, Department of Pathology, University of New Mexico School of Medicine, Albuquerque, New Mexico: January 1, 1986, through June 30, 1986.

Assistant Professor, Department of Pathology, University of New Mexico School of Medicine, Albuquerque, New Mexico: July 1, 1986, through December 31, 1989.

Clinical Assistant Professor, Department of Pathology, Emory University School of Medicine, Atlanta, Georgia: August 1, 1990, through December, 2000.

Clinical Assistant Professor, Department of Pathology, Medical College of Georgia, Augusta, Georgia: August 1, 2001, through July 1, 2008

2

Clinical Associate Professor, Department of Pathology, Medical College of Georgia, Augusta, Georgia, July 1, 2008—November 1, 2015.

**MEDICAL LICENSURE:**

Current Medical Licensures:     New Mexico (#81-320); obtained 1981
Georgia (#32818); obtained 1990
Kansas (04-26069); obtained 1995
Wisconsin (56326-20); obtained 2011

Previous Medical License (inactive):     Minnesota (#25210)

National Provider Identifier:  1194908913

**BOARD CERTIFICATIONS:**

Certification of the National Board of Medical Examiners, Parts I, II, and III (completely certified for Parts I and II upon finishing medical school in 1978, and for Part III in 1979, during Internship).

Certification by the American Board of Pathology in Anatomic Pathology and Clinical Pathology, May, 1985.

Certification by the American Board of Pathology in Forensic Pathology, May, 1986.

**CURRENT MEMBERSHIPS IN PROFESSIONAL ASSOCIATIONS:**

American Society of Clinical Pathologists (Fellow)
National Association of Medical Examiners (Fellow)
American Academy of Forensic Sciences (Fellow)
College of American Pathologists (Fellow)

**COMMUNITY SERVICE:**

Member, Board of Directors, Tourette Syndrome Association of Georgia:  January 1, 1993 to January 31, 1995.

Member, Board of Directors, The Keeley Foundation, Cherokee County, Canton, Georgia.  January 5, 2016—Present.

**PROFESSIONAL APPOINTMENTS:**

Appointed Member, Georgia Coroner's Training Council, 1998---2015 (Appointment by Roy Barnes, Governor of the State of Georgia, with Appointment Continued by Sonny Perdue, Governor of the State of Georgia, and Nathan Deal, Governor of the State of Georgia).

Program Director, Pathology/Biology Section of the American Academy of Forensic Sciences 41st Annual Meeting, February, 1989, Las Vegas, Nevada.

Faculty Member, Forensic Pathology Dinner Seminar, American Society of Clinical Pathologists Spring and Fall Meetings:  Kansas City, Missouri, April 15-21, 1988; Las Vegas, Nevada, October 23-28, 1988; Washington, D. C., October 28-November 3, 1989; Dallas, Texas, October 20-25, 1990; New Orleans, Louisiana, September 21-27, 1991; Las Vegas, Nevada, October 10-16, 1992; Chicago, Illinois, March 27-April 1, 1993; Seattle, Washington, April 10-13, 1994; Orlando, Florida, April 9-12, 1995; New Orleans, Louisiana, September 16-22; Boston, Massachusetts, April 18-23, 1996; San Diego, California, September 29-October 3, 1996; and Washington, D. C., October 17-22, 1998.

Laboratory Supervisor and Lecturer, University of New Mexico Hospital Trauma Nurse Specialist Program, 1987-1989.

Forensic Pathology Council Member, Council on Continuing Education of the American Society of Clinical Pathologists:  July, 1988, to October 31, 1996 (Chairman of the Forensic Pathology Council on October 25, 1994, through October 31, 1996).

Panel Member, Diagnostic and Therapeutic Technology Assessment (DATTA) Program of the American Medical Association:  July 27, 1988, to the present.

Member, Advisory Board of the New Mexico Donor Program:  December, 1988 through December, 1989.

Member, Board of Editors of The American Journal of Forensic Medicine and Pathology:  December, 1988 through December, 1996.

Chairman, Pathology/Biology Assessment Task Force, Strategic Planning Committee, American Academy of Forensic Sciences:  August, 1989, through February, 1992.

Director, Forensic Pathology Fellowship Training Program, Fulton County Medical Examiner's Office (accredited through Emory University School of Medicine, Department of Pathology):  July, 1991 through July 1, 1997.

Certification as an Instructor for Police and Law Enforcement Continuing Education in the State of Georgia:  December, 1992 through the present.

Director, Child Abuse Investigative and Support Center, Georgia Bureau of Investigation Division of Forensic Sciences (funded through the Criminal Justice Coordinating Council, under the administration of Roy Barnes, the Governor of the State of Georgia), July 1, 2000---November 1, 2015.

Member, Ad Hoc Committee on Membership Criteria, Pathology-Biology Section of the American Academy of Forensic Sciences, December 28, 2001---present.

Member, Georgia Child Fatality Review Panel (Appointed by Executive Order of the Governor of the State of Georgia, Honorable Roy Barnes; Appointment Continued by Honorable Sonny Perdue, Governor of the State of Georgia; Appointment Continued by Honorable Nathan Deal, Governor of the State of Georgia), March 21, 2002---November 1, 2015.

Member, Board of Editors of The American Journal of Forensic Medicine and Pathology: February, 2003 through May, 2016.

Member, Board of Directors, National Association of Medical Examiners, Elected 2006.  Terms:  2006—2009, and 2009-2012.

4

Appointed Member, New Mexico Public Regulation Commission, Physician External Review Panel: August 24, 2007---Present.

Co-Chairman, Georgia Office of Disability Services Medical Review Group (Appointed by Executive Order of the Governor of the State of Georgia, Honorable Sonny Purdue, and continued by Honorable Nathan Deal, Governor of the State of Georgia), December 2, 2009---November 1, 2015.

Member, College of American Pathologists 2009-2010 Member Market Research Panels.

Invited Consultant, Ministry of Justice for the Government of Kazakhstan (Central Asia); Forensic Medical Consultant for the Kazakhstan Strengthening Forensic Capacity Project Involving the Kazakhstan Ministry of Justice, KAZGUU University (Astana, Kazakhstan), and Affiliated Consulting Entities Within Kazakhstan and the United Kingdom.  Phase I:  March 8-17, 2017, in Almaty and Astana, Kazakhstan.


**WORKSHOPS AND SEMINARS:**


Workshop (Mini-Seminar) Director:  Present Your Case:  Interesting, Challenging, and Problematic Forensic Pathology Cases.  American Society of Clinical Pathologists Fall Meeting, New Orleans, Louisiana, September 16-22, 1995.

Workshop Director (with Marcella Fierro, M.D., and Mary Case, M.D., Co-Directors):  Pediatric Autopsy and Pathology.  American Society of Clinical Pathologists Fall Meeting, New Orleans, Louisiana, September 16-22, 1995, and Washington, D. C., October 17-22, 1998.

Workshop Director (with Roger Mittleman, M.D., Co-Director):  Sudden Death of the Inpatient: Medicolegal Challenges for the Hospital-Based Pathologist (Series 2).  American Society of Clinical Pathologists Spring Meeting, Seattle Washington, April 10-14, 1994, and Orlando, Florida, April 9-12, 1995.

Workshop Director (with Roger Mittleman, M.D., Co-Director):  Problem Solving and Contemporary Issues in Child Abuse.  American Society of Clinical Pathologists Fall Meeting, New Orleans, Louisiana, September 21-27, 1991, and Las Vegas, Nevada, October 10-16, 1992.

Workshop Director:  Sudden Death of the Inpatient:  Medicolegal Challenges for the Hospital-Based Pathologist.  American Society of Clinical Pathologists Meeting (Fall and Spring):  Las Vegas, Nevada, October 22-28, 1988; Washington, D. C., October 28-November 3, 1989; Dallas, Texas, October 20-25, 1990; New Orleans, Louisiana, September 20-27, 1991; and Chicago, Illinois, March 27-April 1, 1993.

Workshop (Mini-Seminar) Director:  Maternal Deaths:  Investigation, Analysis, and Pathology.  American Society of Clinical Pathologists Fall Meeting, Las Vegas, Nevada, October 10-16, 1992.

Faculty Member, American Society of Clinical Pathologists Regional Educational Course:  Current Concepts in Forensic Pathology.  Santa Fe, New Mexico, May 18-21, 1993.  Lecture Topics:  Child Abuse and Childhood Injuries, and Therapeutic Misadventures.


Faculty Member, American Society of Clinical Pathologists Regional Educational Course:  Current Topics in Forensic Pathology.  Williamsburg, Virginia, June 21-24, 1995.  Lecture Topics:  Child Abuse and Therapeutic Misadventures.

Faculty Member, American Society of Clinical Pathologists Regional Educational Course: Current Topics in Forensic Pathology. Las Vegas, Nevada, June 9-12, 1997. Lecture Topics: Child Abuse and Therapeutic Misadventures.

Faculty Member, American Society of Clinical Pathologists Regional Educational Course: Current Topics in Forensic Pathology, New Orleans, Louisiana, May 12-15, 1999. Lecture Topics: Child Abuse and Therapeutic Misadventures.

Faculty Member, American Society of Clinical Pathologists Regional Educations Course: Current Topics in Forensic Pathology, Vancouver, British Columbia, Canada, April 18-21, 2001. Lecture Topics: Child Abuse and Therapeutic Misadventures.

Invited Speaker, American Society for Clinical Pathology/College of American Pathologists Annual Meeting, Washington, D. C., October 14, 2002. Lecture Topic: Therapeutic Misadventures: An Issue of Patient Safety.

Invited Speaker, American Society for Clinical Pathology/College of American Pathologists Annual Meeting, Washington, D. C., October 14, 2002. Lecture Topic (Roundtable Discussion): The Georgia/Tri-State Crematorium Incident.

Invited Speaker, United States and Canadian Academy of Pathology 95th Annual Meeting, February 11-17, 2006, Atlanta, Georgia; Specialty Conference on Forensic Pathology, February 15. Lecture Topic: Forensic Identification on a Massive Scale: The Georgia Crematorium Experience.

American Academy of Forensic Sciences 58th Annual Meeting, Seattle, Washington, February 20, 2006; Workshop #1, Kris Sperry, M. D. and Frederick Snow, Ph. D.: The Tri-State Crematorium Incident: A Mass Disaster Over Seven Years.

American Academy of Forensic Sciences 64th Annual Meeting, Atlanta, Georgia, February 21, 2012; Workshop #15, Kris Sperry, M. D. and J. C. Upshaw Downs, M. D.: Hell On Earth---Just Another Day at Work: An Overview of the Tri-State Crematory Catastrophe.

**TELECONFERENCES:**

Sperry, K.: The Investigation, Analysis, and Pathology of Maternal Deaths. American Society of Clinical Pathologists Teleconference for Continuing Medical Education, June 5, 1992.

Sperry, K.: The Investigation and Autopsy Examination of Deaths Related to Anesthesia and Therapeutic Misadventures. American Society of Clinical Pathologists Teleconference for Continuing Medical Education, May 6, 1994.

**HOSPITAL APPOINTMENTS:**

Associate Medical Staff appointment in Pathology, University of New Mexico Hospital: August 22, 1986, through December 31, 1989

6

**TEACHING RESPONSIBILITIES (UNDERGRADUATE AND POSTGRADUATE MEDICAL EDUCATION):**

Lecturer, University of New Mexico School of Medicine Sophomore Pathology Course:  Thrombosis (1986, 1987, 1988, 1989); Embolism and Infarction (1986, 1987, 1988, 1989); Physical Injury (1988); Living Child Abuse Examination (1989).

Lecturer, Topics in Anthropology 230:  Forensics and Crime.  Department of Anthropology, University of New Mexico (1986, 1987, 1988, 1989).  Lecture topics included Gunshot Wounds and Ballistics, and Examination of the Living Child Abuse Victim.

Lecturer, Georgia State University, Forensic Anthropology (Course #437 [undergraduate]--#637 [graduate]), 1994.  Lecture topic:  Forensic Aspects of Asphyxial Deaths.

Lecturer, Georgia State University Forensic Anthropology (Course #6370), November 5, 2003.  Lecture Topic: Gunshot Wounds and Ballistics.

**COMMITTEES AND PANELS:**

New Mexico Maternal and Perinatal Morbidity and Mortality Committee:  1983-1989.

National Association of Medical Examiners Committee to Study Contractual Arrangements in Forensic Pathology:  December 3, 1986  through October, 1992.

Ad Hoc Trauma Evaluation Committee, University of New Mexico School of Medicine:  January, 1987, through December, 1989.

National Association of Medical Examiners Journal Subscription Subcommittee and Medical Device Malfunction Committee:  September, 1987 through October, 1992.

Member, Quality Management Clinical Pathology Expert Review Panel, American Society of Clinical Pathologists, July 1, 1994-June 30, 1995.

Member, Georgia Chiefs of Police Association Ad Hoc Committee on Electronic Weapons, January through June, 2005 (Report Issued June 20, 2005).

**PUBLICATIONS:**

1.  Sperry, K.:  Troubles in Forensic Pathology (letter).  New England Journal of Medicine 1978;298:748.

2.  Sperry, K., and Wall, J.:  Adenocarcinoma of the Stomach with Eruptive Seborrheic Keratoses:  The Sign of Leser-Trelat.  Cancer 1980;45:2434-2437.

7

3.  Sperry, K.:  A Footnote to Diagnosing Visceral Larval Migrans.  Patient Care 1981 (September 30);15(16):144.

4.  Sperry, K.:  Blessed are the Children.  Journal of the American Medical Association 1983;249:702.

5.  Sperry, K., and Smialek, J.:  Sudden Death Due to a Paraganglioma of the Organs of Zuckerkandl. American Journal of Forensic Medicine and Pathology 1986;7:23-29.

6.  Sperry, K., and Smialek, J.:  An Unusual Asphyxial Death in a Hospital.  Journal of the American Medical Association 1986;255:2472-2474.

7.  Sperry, K.:  Amniotic Fluid Embolism:  To Understand an Enigma.  Journal of the American Medical Association 1986;255:2183-2186.

8.  Sperry, K., and McFeeley, P.:  Medicolegal Aspects of Necrotizing Fasciitis of the Neck.  Journal of Forensic Sciences 1987;32:273-284.

9.  Sperry, K., and Sweeney, E. S.:  Ultrastructural and Immunofluorescent Detection of Herpes Simplex Virus after Embalming and Burial.  American Journal of Forensic Medicine and Pathology 1987;8:239-244.

10.  Sperry, K., and Sweeney, E. S.:  Of Brown Spiders and Red Herrings (Waterhouse-Friderichsen Meningococcemia).  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology FP 87-3 (FP 152), July 1987.

11.  Sperry, K.:  Aspiration Asphyxia (Mendelson's Syndrome).  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology FP 87-3 (FP 153), August 1987.

12.  Sperry, K., Wohlenberg, N., and Standefer, J. C.:  Fatal Intoxication by Tocainide.  Journal of Forensic Sciences 1987;32:1440-1446.

13.  Sperry, K.:  Myocardial Infarction in Pregnancy.  Journal of Forensic Sciences 1987;32:1464-1470.

14.  Sperry, K.:  A Shot in the Dark (The Glaser Safety Slug).  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology FP 88-1 (FP 156), April 1988.

15.  Jones, A. M., Reyna, M., Sperry, K., and Hock, D.:  Suicidal Contact Gunshot Wounds to the Head with .38 Caliber Glaser Safety Slug Ammunition.  Journal of Forensic Sciences 1987;32:1604-1621.

16.  Sperry, K., and Sweeney, E. S.:  Terminal Ballistic Characteristics of Hydra-Shok Ammunition:  A Description of Three Cases.  Journal of Forensic Sciences 1988;33:42-48.

17.  Sperry, K., and McFeeley, P.:  A Question of Manners (Pulmonary Thromboembolism).  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology FP 88-3 (FP 158), June 1988.

18.  Sperry, K.:  An Unusual Deep Lingual Hemorrhage as a Consequence of Ligature Strangulation. Journal of Forensic Sciences 1988;33:806-811.

19.  Sperry, K.:  The Not-So-Pink Lady (Carbon Monoxide Intoxication).  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology FP 89-1 (FP 162), January 1989.

8

20.  Sperry, K.:  An Epidemic of Intravenous Narcoticism Deaths Associated with the Resurgence of Black Tar Heroin.  Journal of Forensic Sciences 1988;33:1156-1162.

21.  Sperry, K.:  A Situation of Grave Gravidity (Amniotic Fluid Embolism).  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology FP 89-4 (FP 165), September 1989.

22.  Sperry, K.:  Fatal Intraoperative Hemorrhage During Spinal Fusion Surgery for Osteogenesis Imperfecta.  American Journal of Forensic Medicine and Pathology 1989;10:54-59.

23.  Zumwalt, R. E., Lantz, P., and Sperry, K.:  Earlobe Creases and Coronary Atherosclerosis.  American Journal of Forensic Medicine and Pathology 1988;9:90.

24.  Sperry, K.:  Suicide With, and Because of, Cocaine.  Journal of the American Medical Association 1988;259:2995-2996.

25.  Sperry, K.:  Review of Pathology Annual 1987, Volume 22, Part 2.  Journal of Forensic Sciences 1988;33:1295-1296.

26.  Sperry, K., and Sweeney, E. S.:  Suicide by Intravenous Injection of Cocaine.  Journal of Forensic Sciences 1989;34:244-248.

27.  Sperry, K., and Lantz, P.:  Autoimmune Adrenocortical Necrosis with Hashimoto's Thyroiditis (Schmidt's Syndrome).  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology FP 90-4 (FP 171), November, 1990.

28.  Sperry, K.:  Belinda, Asleep Without Dreams.  Journal of the American Medical Association 1989;261:753.  (Reprinted in the Japanese edition of JAMA, May 5, 1989, and the Schweizer Ausgabe edition of JAMA, Volume 8, Number 6, June 1989; Also Reprinted in A Piece Of My Mind:  A New Collection of Essays From JAMA, edited by Roxanne K. Young, M. D., AMA Press, 2000).

29.  Cohle, S. D., Sperry, K. L., Graham, M. A., and Dowling, G.:  Infective Endocarditis.  Journal of Forensic Sciences 1989;34:1374-1386.

30.  Sperry, K.:  Anterior Thoracic Wall Trauma in Elderly Homicide Victims:  The "CPR" Defense.  American Journal of Forensic Medicine and Pathology 1990;11:50-55.

31.  Sperry, K.:  Review of Pathology Annual 1988, Volume 23, Part 2.  Journal of Forensic Sciences 1990;35:503-504.

32.  Sperry, K., and Campbell, H. R.:  An Elliptical Incised Wound of the Breast Misinterpreted as a Bite Injury.  Journal of Forensic Sciences 1990;35:1226-1235.

33.  Sperry, K., and Pfalzgraf, R.:  Inadvertent Clavicular Fractures Caused by "Chiropractic" Manipulations in an Infant:  An Unusual Form of Pseudoabuse.  Journal of Forensic Sciences 1990;35:1211-1216.

34.  Sperry, K., and Pfalzgraf, R.:  Fatal Ethanol Intoxication from Household Products Unintended for Ingestion.  Journal of Forensic Sciences 1990;35:1138-1142.

35.  Sperry, K.:  Review of Pulmonary Pathology, edited by D. Dail and S. Hammar.  Journal of Forensic Sciences 1990;35:1004.

36.  Sperry, K., Key, C., and Anderson, R. E.:  Toward a Population-Based Assessment of Death Due to Pulmonary Embolism in New Mexico.  Human Pathology 1990;21:159-165.

37.  Rhine, S., and Sperry, K.:  Radiographic Identification by Mastoid Sinus and Arterial Pattern:  A Case Report.  Journal of Forensic Sciences 1991;36:272-279.

38.  Sperry, K.:  Ethylene Glycol Poisoning.  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology FP 91-1 (FP 174), February 1991.

39.  Hanzlick, R., and Sperry, K.:  Maternal Deaths in Fulton County:  1988-1989.  Atlanta Medicine 1990;64(3):19-23.

40.  Sperry, K.:  Tattoos and Tattooing, Part I:  History and Methodology.  American Journal of Forensic Medicine and Pathology 1991;12:313-319.

41.  Sperry, K.:  No Laughing Matter (Fatal Nitrous Oxide Abuse).  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology FP 92-2 (FP 181), April 1992.

42.  Sperry, K.:  Tattoos and Tattooing, Part II.  Gross Pathology, Histopathology, Medical Complications and Applications.  American Journal of Forensic Medicine and Pathology 1992;13:7-17.

43.  Clark, E. G. I., and Sperry, K.:  Distinctive Blunt Force Injuries Caused by a Crescent Wrench.  Journal of Forensic Sciences 1992;37:1172-1178.

44.  Haglund, W. D., and Sperry, K.:  The Use of Hydrogen Peroxide to Visualize Tattoos Obscured by Decomposition and Mummification.  Journal of Forensic Sciences 1993;38:147-150.

45.  Sperry, K.:  Scleral and Conjunctival Hemorrhages Arising from a Gunshot Wound of the Chest:  A Case Report.  Journal of Forensic Sciences 1993;38:203-209.

46.  Sperry, K.:  It'll Put Your Eye Out (Death From an Air-Powered Rifle).  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology, 1994.

47.  Sperry, K.:  The Bones of Maria S.  Annals of Clinical Practice (In press; accepted for publication April, 1993).

48.  Sperry, K.:  Achalasia, the Valsalva, Maneuver, and Sudden Death:  A Case Report.  Journal of Forensic Sciences  1994;39:547-551.

49.  Sperry, K.:  Lethal Asphyxiating Juvenile Laryngeal Papillomatosis:  A Case Report with Human Papilloma Virus In-Situ Hybridization Analysis.  American Journal of Forensic Medicine and Pathology 1994;15:146-150.

50.  Sperry, K.:  Medicolegal Investigation of Anesthesia-Related Deaths.  American Society of Clinical Pathologists Check Sample Program in Forensic Pathology, 1994.

**ABSTRACTS AND NATIONAL SCIENTIFIC ORGANIZATION PRESENTATIONS:**


Maternal Deaths in New Mexico, 1976-1982.  Sperry, K., McFeeley, P., and Smialek, J.:  Presented at the 36th Annual Meeting of the American Academy of Forensic Sciences, February 1984, in Anaheim, California (Abstract listing G63).

Civil Litigation in Maternal Deaths:  Current Experience in New Mexico.  Sperry, K., and Smialek, J.: Presented at the 37th Annual Meeting of the American Academy of Forensic Sciences, February 1985, in Las Vegas, Nevada (Abstract listing J08).

Myocardial Infarction During Pregnancy:  A Rare Occurrence.  Sperry, K., Adams, S. P., and Smialek, J.: Presented at the 37th Annual Meeting of the American Academy of Forensic Sciences, February 1985, in Las Vegas, Nevada (Abstract listing G058).

Necrotizing Fasciitis of the Neck and Sudden Death.  Sperry, K., McFeeley, P., and Smialek, J.: Presented at the 38th Annual Meeting of the American Academy of Forensic Sciences, February 1986, in New Orleans, Louisiana (Abstract listing G34).

"Black Tar" Heroin and Narcotic Deaths in New Mexico.  Sperry, K.:  Presented at the 39th Annual Meeting of the American Academy of Forensic Sciences, February 1987, in San Diego, California (Abstract listing G64).

Homicide Profiles in a Tri-Ethnic Population.  Longacre, T., Hildebrandt, R., Starr, M., Sperry, K., and McFeeley, P.:  Presented at the 39th Annual Meeting of the American Academy of Forensic Sciences, February 1987, in San Diego, California (Abstract listing G8).

Peridural Spinal Hemorrhage in Sudden Infant Death Syndrome and Child Abuse.  Griest, K., and Sperry, K.:  Presented at the 11th Meeting of the International Association of Forensic Sciences, August 2-7, in Vancouver, British Columbia, Canada.

Unexpected Death Due to Infective Endocarditis.  Cohle, S., Graham, M., Sperry, K., and Dowling, G.: Presented at the 41st Annual Meeting of the American Academy of Forensic Sciences, February 1989, in Las Vegas, Nevada (Abstract listing G50).

Postmortem Incidence vs. Clinical Diagnostic Accuracy of Pulmonary Thromboembolism in a Large Population:  The Autopsy as a Quality Control Tool.  Sperry, K., Key, C., and Anderson, R. E.:  Presented at the International Symposium on the Role of Autopsy in Epidemiology, Medical Research, and Clinical Practice, June 1-3, 1989, in Trieste, Italy.

Ingestion of Ethanol Containing Household Products.  Pfalzgraf, R., and Sperry, K.:  Presented at the 42nd Annual Meeting of the American Academy of Forensic Sciences, February 1990, in Cincinnati, Ohio (Abstract listing G52).

Tattoos and Tattooing:  The History, Psychology, and Pathology of the Art that Art Forgot.  Presented at the 24th Annual Meeting of the National Association of Medical Examiners, September 1990, in Denver, Colorado.

Clinically Misdiagnosed Mesenteric Malrotation with Subsequent Fatal Massive Ischemic Bowel Necrosis in Children.  Sperry, K.:  Presented at the 44th Annual Meeting of the American Academy of Forensic Sciences, February 1992, in New Orleans, Louisiana (Abstract listing G60).

The Ancient and Contemporary History of Tattooing:  Identifying Marks Through the Ages.  Sperry, K.: Presented at the 44th Annual Meeting of the American Academy of Forensic Sciences, February 1992, in New Orleans, Louisiana (Abstract listing LW5).

Lethal Environmental Factors Complicating Attempted Suicidal Diphenhydramine Overdose:  The "Accidental Suicide."  Sperry, K., and Koponen, M.:  Presented at the 45th Annual Meeting of the American Academy of Forensic Sciences, February 1993, in Boston, Massachusetts (Abstract listing G78).

Cases That Won't Go Away.  Sperry, K.  Presented at the 2002 Interim Meeting of the National Association of Medical Examiners, February 12, 2002, in Atlanta, Georgia.

Multidisciplinary Session: Criminalistics/Jurisprudence Panel--Prosecuting Drug Facilitated Sexual Assault Cases: Problems Encountered/Technical Fallibilities---A Mock Trial.  Sperry, K., and other panel members.  Presented at the 54th Annual Meeting of the American Academy of Forensic Sciences, February 15, 2002, in Atlanta, Georgia (Abstract Listing B83).

Pediatric Injury Evaluation: A Clinical Forensic Pathology Program in Georgia.  Darrisaw, L., Gardiner, J. P., Smith, G. P., and Sperry, K.  Presented at the 55th Annual Meeting of the American Academy of Forensic Sciences, February 22, 2003, in Chicago, Illinois (Abstract Listing G89).

Tattoos And Mummies: From the Ancient to the Modern.  Sperry, K.  Presented at the Vth World Congress on Mummy Studies, Universita Di Biologia Animale Dell'Uomo, Via Accademia Albertina, 13, Torino, Italy, September 4, 2004.

The Tri-State Crematory Incident:  Dealing With a Media Onslaught.  Sperry, K.  Presented at the 2005 Meeting of the National Association of Medical Examiners, October 17, 2005, in Los Angeles, California.

Diphenhydramine (DPH)-Related Deaths:  Two Case Reports.  (Poster Presentation).  Brown, D., and Sperry, K.  Presented at the 2005 Meeting of the National Association of Medical Examiners, October 17, 2005, in Los Angeles, California.


**OTHER PUBLICATIONS:**

Sperry, K.:  Section E3 (Medical Investigation) of Chapter Two (Investigation of Vehicular Homicide), pp. 2-29 through 2-35, of Prosecutor's Manual for Vehicular Homicide.  Judith A. Olean (editor), published by the Institute for Public Law, Albuquerque, New Mexico, November 1986.

Sperry, K.:  Life and Death Tattoos:  A Pathologist's Perspective.  In Tattootime, Vol. 4, No. 1, 1987, D. E. Hardy (editor), Honolulu, Hawaii.

Sperry, K.:  AIDS and Tattoos:  The Medical Facts.  Tattoo 9:67-69, October 1987.

Sperry, K.:  Invited Editorial, Albuquerque Tribune, December 29, 1988:  "Link Between Drinking, Death in N. M. is Clear, Ugly on Autopsy Table."


Sperry, K.:  Tattoos, Identification, and Forensic Pathology:  The Unique and Indelible Mark.  Tattoo Advocate:  The Journal of International Tattoo Arts, Vol. 1, No. 2, pp. 56-59, 1989.

**INVITED PRESENTATIONS AND OTHER:**

Faculty Member, Office of the Medical Investigator for the State of New Mexico Annual Death Investigation Seminar, September 16-19, 1986.  Lecture topics:  Penetrating Wounds and Associated Weapons.

Invited Consultant in Forensic Pathology, William Beaumont Army Medical Center, Department of Pathology, El Paso, Texas, September 25-26, 1986, June 12-13, 1987, and April 13-14, 1989.

Invited Consultant and Lecturer in Forensic Pathology, La Plata County Sheriff's Office, Durango, Colorado, December 12, 1986.

Communicable Diseases and Tattooing.  Presented at the National Tattoo Association Annual Conventions:  San Diego, California (March 28, 1987); Orlando, Florida (April 9, 1988); Arlington, Texas (April 9, 1989); Philadelphia, Pennsylvania (April 7, 1990); Anaheim, California (April 4, 1991); Meadowlands, New Jersey (April 11, 1992); San Francisco, California (March 12, 1994); Nashville, Tennessee (March 18, 1995),  Tucson, Arizona (April 18-21, 1996), Philadelphia, Pennsylvania (March 11-14, 1997), and Los Angeles, California (March 12-15, 1998).

Faculty Member, Office of the Medical Investigator for the State of New Mexico Annual Death Investigation Seminar, September 15-18, 1987. Lecture topics:  Teenage Deaths:  When Drugs are a Factor; Infectious Disease; and Gunshot Injury, Including New and Unusual Ammunition.

Faculty Member, Office of the Medical Investigator for the State of New Mexico Annual Death Investigation Seminar, September 13-16, 1988.  Lecture topics:  Infectious Diseases (Workshop), and The Investigation of Hospital Deaths.

Faculty Member, New Mexico Trial Lawyers Association Symposium on Looking Into Vehicular Accidents, November 4, 1988:  Looking at the Driver--Alcohol, Drugs and Illness.

Faculty Member, New Mexico Trial Lawyers Association Symposium on Forensic Testing in Criminal and Civil Cases, December 9, 1988:  The Collection, Preservation, and Utilization of Evidentiary Material During the Forensic Autopsy.

Invited Speaker, Sandia National Laboratories Community Focus Lecture Series, January 11, 1989. Topic:  "Whodunit?  The Challenge of Contemporary Forensic Medicine."

Faculty Member, Office of the Medical Investigator for the State of New Mexico Annual Death Investigation Seminar, September  26-29, 1989.  Lecture topics:  Child Abuse: The Role of the Pathologist in Fatal and Non-Fatal Episodes, and The Fire Death, Part I.

Faculty Member, the Masters "4" Advanced Death Investigation Conference, St. Louis University School of Medicine, Division of Forensic and Environmental Pathology, St. Louis, Missouri, July 22-25, 1991. Lecture topic:  Tattoos and You!  All You Have Ever Wanted to Know about Skin Pictures.

Faculty Member, Second Annual Advanced Police/Medical Death Investigation Seminar, Cobb County, Georgia, Police Department, May 22, 1992.  Lecture topic:  Child Abuse:  Detection and Investigation.

Faculty Member, Seminar on Specific Issues in Litigating Police Misconduct, for the National Lawyers Guild (Southern Region), and the National Conference of Black Lawyers, June 6, 1992, in New Orleans, Louisiana.  Lecture topic:  Medico-Forensic Investigation in Police Misconduct Cases.

Faculty Member, Georgia Bureau of Investigation Agent Training Class, Forsyth Law Enforcement Training Center, Forsyth, Georgia, August 6, 1992, and November 18, 1992.  Lecture topics:  Gunshot Wounds, Blunt Force Injuries, Child Abuse, and Sharp Force Injuries.

Faculty Member, United States Department of Justice LECC Violent and Serial Crimes Conference, Savannah, Georgia, August 7, 1992.  Lecture topics:  Gunshot Wounds, Blunt Force Injuries, and Asphyxial Deaths.

Continuing Medical Education Seminar for the University of Kansas School of Medicine Department of Pathology, Kansas City, Kansas, on December 2, 1992.  Lecture topic:  The Investigation and Pathology of Maternal Deaths.

Faculty Member, North Central Georgia Law Enforcement Academy Seminar on Death Investigation, January 13, 1993.  Lecture Topics:  Suicide, Head Injury, and Sharp Force Injury.

Faculty Member, National Society of Histotechnologists Region III Meeting, March 25-27, 1993, in Atlanta, Georgia.  Lecture topic:  The Role of Histotechnology in the Medical Examiner's Office.

Faculty Member, Third Annual Advanced Police/Medical Death Investigation Seminar, Cobb County, Georgia, Police Department, May 20, 1993.  Lecture topic:  Child Abuse:  Detection and Investigation.

Invited Speaker, Annual Meeting of the Georgia Coroner's Association, September 17, 1993, in Macon, Georgia.  Lecture topic:  The Detection, Identification, and Analysis of Childhood Abusive Injuries.

Faculty Member, Forensic Medicine for Primary Care Physicians, October 22, 1993, at the University of Kansas School of Medicine-Wichita, Wichita, Kansas.  Lecture topics:  Evaluation of Childhood Deaths: Investigation of Childhood Injuries; Medical Misadventures & Therapy Related Deaths; Deaths Due to Drug Abuse; and Motor Vehicle Deaths:  Investigation & Autopsy Findings.

Faculty Member, Georgia Department of Public Safety Training Center Seminar on Criminal Profiling, Forsyth, Georgia, November 17, 1993 and March 23, 1994.  Lecture topics:  Child Abuse Injuries, Pattern Injury Interpretation, Gunshot Wounds and Terminal Ballistics, and Selected Forensic Case Presentation.

Instructor, Georgia Department of Public Safety Training Center Seminar and Workshop on Pattern Injury Interpretation and the Use of Ultraviolet and Alternative Light Source Imaging Techniques, Forsyth, Georgia, November 15, 1993, February 21, 1994, and March 25, 1994.  Lecture topics:  Child Abuse Injuries, and Pattern Injury Recognition and Interpretation.

Faculty Member, Fulton County Police Training Center Course on Homicide Investigation, November 30, 1993.  Lecture topics:  Child Abuse Injuries, Pattern Injury Recognition and Interpretation, and Selected Case Presentations in Death Scene Investigation.

Invited Speaker, Idaho Attorneys for Criminal Justice, Sun Valley, Idaho, April 7, 1994.  Seminar topic: The Medical and Pathologic Evaluation of Child Abuse and Suspected Abusive Injuries.

Keynote speaker, Southern Association of Forensic Scientists and Southwestern Association of Forensic Scientists combined Annual Meeting, Little Rock, Arkansas, April 15, 1994.  Lecture topic:  Tattooing and Body Modification:  History, Methodology, Psychology, and Current Trends.

Invited Lecturer, Emory University School of Medicine, Department of Dermatology Friday Resident's Conference, April 22, 1994.  Lecture topic:  Pathologic, Sociologic, Behavioral and Medical Aspects of Tattoos and Tattooing.

Instructor, Georgia Police Academy Course on Child Abuse, Georgia Public Safety Training Center, Forsyth, Georgia, May 11, 1994.  Lecture topic:  The Identification and Associated Pathology of Childhood Injuries, Including Child Abuse.

Special Invited Lecturer, 40th Annual Montana Coroner's Association Meeting and 7th Annual Attorney General's Office Coroner Training Session, Butte, Montana, May 15-18, 1994.  Lecture topics:  The Investigation and Interpretation of Childhood Accidental and Inflicted Trauma; The History, Methodology, Pathology, and Medicolegal and Forensic Significance of Tattoos and Tattooing; Pattern Injury Interpretation; and The Correlation of Death Scene Investigation with Autopsy Findings in Forensic Analysis:  Selected Case Studies.

Faculty Member, Atlanta Police Department Training Course on Death Investigation, Atlanta Police Academy, June 20-24, 1994.  Lecture topics:  Pattern Injury Identification and Interpretation, and The Investigation of Suicidal Deaths.

Faculty Member (with Mark Koponen, M.D.), Indigent Defense Resource Center and Georgia Indigent Defense Council seminar on Forensic Pathology for Defense Attorneys, September 9, 1994, in Decatur, Georgia.  Lecture topic:  The Interpretation and Forensic Aspects of Childhood Injuries and Child Abuse.

Invited Speaker, 24th Annual Educational Training Seminar of the International Association for Identification, Georgia State Division, September 20-23, 1994, in Columbus, Georgia.  Seminar Topic: Collection and Handling of Infectious Material.

Invited Speaker, 4th Annual Georgia Center for Children Conference:  Child Abuse:  Investigation and Prosecution.  October 12-13, 1994, Georgia Mental Health Institute, Atlanta, Georgia.  Lecture Topic: Medical and Pathologic Evaluation of Child Abuse Injuries:  Pattern Injury Recognition, Identification and Investigation.

Invited Speaker, Alabama Criminal Defense Lawyers Association 1995 Winter Seminar, February 24-25, 1995, Birmingham, Alabama.  Lecture topics:  Evidence Collection Procedures in Forensic Pathology; Forensic Autopsy Methodology; Pathologic Identification of Childhood Homicidal Suffocation and the Shaken Infant Syndrome.

Special Invited Lecturer, 41st Annual Montana Coroner's Association Meeting and Advanced Coroner's Training, Kalispell, Montana, May 21-24.  Lecture Topics:  Asphyxial Deaths; Exhumation Autopsy Procedures and Case Examples.

Invited Speaker, Alabama Criminal Defense Lawyers Association 1995 Summer Seminar and Annual Meeting ("Justice Must Be Won III:  Skills for Trial Fights), July 7-8, 1995, Pensacola Beach, Florida. Lecture Topics:  Utilization of the Forensic Pathologist in Courtroom Presentations; Evidence Collection and Handling Procedures; Smothering, Suffocation, and the Shaken Baby Syndrome; Relevance of Infant Rib Fractures in Forensic Autopsies.

Invited Speaker, Georgia County Welfare Association Symposium on Abuse and Reform ("Looking Through Panes of Abuse"), Academy of Medicine, Atlanta, Georgia, July 20, 1995.

Special Invited Luncheon Speaker, Kansas City Southwest Clinical Society 73rd Annual Fall Clinical Conference, Kansas City, Kansas, October 19-21, 1995.

Invited Speaker, Medicolegal Death Investigation Seminar in Forensic Medicine, December 2nd and 3rd, 1995, Columbia, South Carolina.  Lecture Topics:  Forensic Aspects of Deaths in Police Custody; Drug Related Deaths; Sudden Unexpected and Natural Deaths; Forensic Aspects of Traffic Fatalities; DNA, Trace and Physical Evidence, and the Coroner.

Invited Speaker, National Legal Aid and Defender Association 73rd Annual Conference ("Equal Justice Under Siege:  Partnerships for the Future"), New Orleans, Louisiana, December 13-16, 1995.  Seminar Topic:  The Admissibility of Scientific Evidence and Its Use in Criminal Case Investigations.

Invited Speaker, Safepath Seminar on Child Abuse Detection and Prevention, Cobb County Department of Public Safety Training Center, Marietta, Georgia, May 10, 1996.

Invited Speaker, Georgia Trial Lawyers Association Seminar, Health Care Litigation: Secrets to Winning. Swissotel, Atlanta, Georgia, February 14, 1997.  Lecture Topic: Forensic Pathology: What it Can and Cannot do for You.

Invited Speaker, Medicolegal Death Investigation Seminar in Forensic Medicine, February 15th and 16th, 1997, Murfreesboro, Tennessee.  Lecture Topics: Forensic Aspects of Deaths in Police Custody, Drug Related Deaths, Sudden Unexpected and Natural Deaths, Gunshot Wounds and Terminal Ballistics, Asphyxial Deaths, Forensic Aspects of Traffic Fatalities, and DNA, Trace and Physical Evidence, and the Coroner.

Invited Speaker, Georgia Indigent Defense Council and Georgia Association of Criminal Defense Lawyers Seminar, How to Try a Child Molestation Case.  Timberridge Conference Center, Mableton, Georgia, March 14, 1997.  Lecture Topic: Physical Evidence of Molestation.

Faculty Member, Fulton County Law Enforcement Training Center Seminar on Death Investigation, College Park Georgia; Lecture Topic: Gunshot Wounds and Terminal Ballistics.   March 18, 1997.

Invited Faculty Member, Medicolegal Death Investigation Seminar in Forensic Medicine, March 19th through 21st, 1997, Macon, Georgia.  Lecture Topics: Forensic Aspects of Asphyxial Deaths, Forensic Aspects of Traffic Fatalities, and Forensic Aspects of Drug-Related Deaths.

Invited Faculty Member, Cobb County Coalition for Child Abuse and Prevention Seminar, "Working Together--Because Children Deserve a Safer World," April 4th, 1997, Ridgeview Institute, Marietta, Georgia.  Lecture Topic: Hidden Treasures--Forensic Evidence Collection in Abuse and Neglect Cases.

Invited Speaker, Safepath Seminar on Child Abuse and Neglect, Cobb County Public Safety Training Center, Marietta, Georgia, May 9, 1997.

Invited Speaker, First Annual South Carolina Coroners' Association Training Seminar, sponsored by the South Carolina Coroners' Association, South Carolina Law Enforcement Division, and South Carolina Department of Health and Environmental Control, Myrtle Beach, South Carolina, August 21-23, 1997. Seminar topic: Child Fatalities Training.

Keynote Speaker, Southern Association of Forensic Scientists Fall 1997 Meeting, Longboat Key, Florida, September 2-6, 1997.

Invited Speaker, Idaho Attorneys for Criminal Justice Annual Continuing Education Seminar, Sun Valley, Idaho, March 5-7, 1998.  Seminar Topic: Current Issues in Shaken Baby Cases.

Invited Speaker, Hall County District Attorneys, Law Enforcement, and Department of Family and Children's Services Seminar on Child Maltreatment and Injury (Sponsored by the Georgia Bureau of Investigation), Gainesville, Georgia, March 10 and 25, 1998.

Invited Speaker, Criminal Profiling Seminar, GSPTC in Forsyth, Georgia, March 19, 1998.  Topic: Injury Analysis and Profiling Death Scenes and Homicide Victims.

Invited Speaker, Georgia Indigent Defense Council and Georgia Criminal Defense Lawyers' Association, Defending A Child Molestation Case, Timber Ridge Conference Center, Mableton, Georgia, May 15, 1998. Lecture Topic: Physical Evidence of Molestation.

Invited Speaker, International Association of Coroners and Medical Examiners 1998 Annual Meeting, June 14-18, 1998, Charleston, South Carolina.  Lecture Topic: Current Issues in Child Abuse.

Invited Speaker, Child Abuse Seminar, Douglas County Sheriff's Office Regional Seminar on Child Abuse, Douglasville, Georgia, October 26, 1998.

Invited Speaker, Alabama Criminal Defense Lawyers Association Fall Meeting, Defending Allegations of Child Molestation, Huntsville, Alabama, November 7, 1998.  Lecture Topic: Forensic Evidence in Child Molestation Cases.

Invited Speaker, Georgia Indigent Defense Council Seminar on Defending a Battered Partner, Atlanta, Georgia, February 19, 1999.  Lecture topic: Forensic Detection and Examination of Defense Wounds.

Invited Speaker, Hall County District Attorneys, Law Enforcement, and Department of Family and Children's Services Seminar on Child Maltreatment and Injury (Sponsored by the Georgia Bureau of Investigation), April 14, 1999, Gainesville, Georgia.

Invited Speaker, Georgia Children's Trust Fund Commission and Office of Child Fatality Review Training Seminar, April 20, 1999, Gainesville College, Gainesville, Georgia.  Lecture Topic: Examining Medical Evidence in Suspected Child Abuse Cases.

Invited Speaker, Georgia Children's Trust Fund Commission and Office of Child Fatality Review Training Seminar, April 29, 1999, St. Simon's Island, Georgia.  Lecure Topic: Examining Medical Evidence in Suspected Child Abuse Cases.

Invited Speaker, Georgia Children's Trust Fund Commission and Office of Child Fatality Review Training Seminar, May 5, 1999, Rome, Georgia.  Lecture Topic: Examining Medical Evidence in Suspected Child Abuse Cases.

Invited Speaker, Georgia Children's Trust Fund Commission and Office of Child Fatality Review Training Seminar, May 11, 1999, Macon, Georgia.  Lecture Topic: Examining Medical Evidence in Suspected Child Abuse Cases.

Invited Speaker, Alabama Criminal Defense Lawyers' Association Annual Meeting and Seminar, Gulf Shores, Alabama, August 12-14, 1999.  Lecture Topic: The Shaken Baby Syndrome: A Medical Update.

Invited Speaker, Georgia Indigent Defense Council Seminar: **Homicide I: Forensic Evidence.**  Atlanta, Georgia, August 20, 1999.

Instructor, Georgia Bureau of Investigation Advanced Homicide Investigation School, Georgia Public Safety Training Center, Forsyth, Georgia, September 30, 1999.  Lecture Topics: Gunshot Wounds, Blunt Trauma, Asphyxia, and Sharp Force Injuries.

17

Invited Speaker, Georgia Association of Criminal Defense Lawyers Fall Seminar and 25th Anniversary, Unicoi State Park Lodge and Conference Center, Helen, Georgia, November 5-6, 1999.  Lecture Topic: Forensics for the New Millenium.

Invited Speaker, Savannah Society of Radiologic Technologists Annual Seminar, Armstrong Atlantic State University, Savannah, Georgia, November 6, 1999.  Lecture Topic: Forensic Pathology As It Relates to Radiology.

Invited Speaker, Alabama Criminal Defense Lawyers Association Seminar, "Loosening the Death Belt IV: Tightening the Defense, One Life at a Time," Birmingham, Alabama, January 21-22, 2000.  Lecture Topic: Medical Evidence and the Cruel and Heinous Aggravator.

Invited Speaker, Defense Research Institute Seminar, "Medical Liability in the 21st Century," Atlanta, Georgia, February 17-18, 2000.  Lecture Topic: Proof of Causation: A Physician's Viewpoint.

Invited Speaker, Child Advocacy Committee of the Young Lawyers Division, State Bar of Georgia, and Georgia Indigent Defense Council, "Child Abuse: Issues and Evidence," Atlanta, Georgia, April 7, 2000. Lecture Topic: Medical Evidence in Child Abuse Cases.

Invited Speaker, Tennessee Association of Criminal Defense Lawyers, "Earning the Deal: Preparing for the Capital Case Settlement," May 12-13, 2000, Nashville, Tennessee.  Panel Participant, with Paul Morrow and Jim Simmons: Panel Discussion on HAC [Heinous, Atrocious, and Cruel Aggravators.

Invited Speaker, Georgia Indigent Defense Council, "How to Try a Child Molestation Case," May 19, 2000, Atlanta, Georgia.  Panel Participant, with Carolyn Tyrell and Doug Peters: Physical Evidence in the Child Molestation Case: Investigation, Preparation, and Presentation of Expert Testimony.

Invited Speaker, Georgia Indigent Defense Council, "Crime Scene Evidence Seminar," June 16, 2000, Atlanta, Georgia.  Lecture Topic: Forensic Evidence: The Medical Examiner.

Invited Speaker, Prosecuting Attorney's Council of Georgia Annual Meeting, August 2, 2000, Jekyll Island, Georgia.  Lecture Topic: Understanding Medical Evidence: Forensic Sciences for the New Millenium.

Designated Speaker, Georgia Bureau of Investigation Seminar on The Investigation of Deaths in Custody, for Special Agents in Charge, Investigative Division, Georgia Public Safety Training Center, Forsyth, Georgia, August 21, 2000.  Lecture Topic: Medical Evidence in Custody Deaths.

Invited Speaker, The National Child Abuse Defense and Resource Center's Ninth International Conference: **Child Abuse Allegations: 2000 and Beyond**, Kansas City, Missouri, September 14-16, 2000.  Lecture Topic: Medical Sexual Abuse.

Instructor, **Child Abuse: Education, Recognition, Intervention, and Prevention,** Presented by the Child Abuse Investigative Support Center, State of Georgia Medical Examiner's Office, Holiday Inn of Gainesville, Gainesville, Georgia, October 16, 2000.
Invited Speaker, SafePath Children's Advocacy Center Seminar on Childhood Injury Detection and Investigation, Cobb County Law Enforcement Instruction Facility, Marietta, Georgia, October 27, 2000. Lecture Topic: Physical Identification of Childhood Injuries: Accidental vs. Inflicted.

Designated Speaker, Georgia Bureau of Investigation Seminar on The Investigation of Deaths in Custody for Assistant Special Agents in Charge, Investigative Division, Georgia Public Safety Training Center, Forsyth, Georgia, October 30, 2000.  Lecture Topic: Medical Evidence in Custody Deaths.

Instructor, **Child Abuse: Education, Recognition, Intervention, and Prevention,** Presented by the Child Abuse Investigative Support Center, State of Georgia Medical Examiner's Office, Southeast Georgia State University, Statesboro, Georgia, November 20, 2000.

Invited Speaker, Georgia Department of Human Resources and Georgia Bureau of Investigation Seminar, "Building Successful Teams: Investigation and Prosecution of Fatal Child Abuse," Macon Crowne Plaza Hotel, Macon, Georgia, November 30, 2000.  Lecture Topic: Evaluation of Childhood Injuries.

Invited Speaker, Child Abuse/Death Seminar, Spalding County Sheriff's Office, Griffin, Georgia, February 9, 2000.  Lecture Topic: Forensic Evidence: Pattern Injury Recognition.

Invited Speaker, United States and Canadian Academy of Pathology 2001 Specialty Conference on Forensic Pathology, Tuesday, March 6, 2001.  Seminar Topic: Hidden Homicide.

Instructor, **Child Abuse: Education, Recognition, Intervention, and Prevention,** Presented by the Child Abuse Investigative Support Center, State of Georgia Medical Examiner's Office, Gordon County Community Center, GBI Region I, March 15, 2001.

Instructor, **Child Abuse: Education, Recognition, Intervention, and Prevention,** Presented by the Child Abuse Investigative Support Center, State of Georgia Medical Examiner's Office, Augusta Technical College, GBI Region 7, Thomson, Georgia March 16, 2001.

Invited Speaker, Georgia Department of Human Resources Workshop, "Advanced Investigative Skills Workshop, Georgia Public Safety Training Center, Forsyth, Georgia, April 4, 2001.  Lecture Topic: Forensic Evidence in Child Abuse Investigations.

Invited Speaker, Georgia Department of Human Resources Workshop, "Advanced Investigative Skills Workshop, Georgia Public Safety Training Center, Forsyth, Georgia, May 2, 2001.  Lecture Topic: Forensic Evidence in Child Abuse Investigations.

Invited Speaker, SafePath Children's Advocacy Center 6th Annual Seminar on Childhood Injury and Investigation, Cobb County Law Enforcement Instruction Facility, Marietta, Georgia, May 9, 2001.  Lecture Topic: Physical Identification of Childhood Injuries.

Invited Speaker, State of Georgia Criminal Justice Coordinating Council Eighth Annual Victims Conference, Ravinia Hotel, Atlanta, Georgia, May 29, 2001.  Lecture Topic: Forensic Evidence: Pattern Injury Recognition in Child Death Cases.

Invited Speaker, Georgia Chiefs of Police Association Annual Meeting, Savannah, Georgia, August 30 and 31, 2001.  Lecture Topics: Investigation of Deaths in Law Enforcement Custody and Physical Identification of Inflicted Childhood Injuries.

Invited Speaker, Emergency Medical Services Directors Association of Georgia and Georgia Association of Emergency Medical Technicians 15th Annual Meeting, Jekyll Island, Georgia, August 16, 2001.  Lecture Topic: Evaluation of Child Abuse.

Invited Speaker, Georgia Indigent Defense Council Crime Scene Evidence Seminar, September 29, 2001, Atlanta, Georgia.  Lecture Topic: Forensic Evidence: What the Medical Examiner Can Tell You.

Invited Speaker, Cobb County District Attorney's Office Annual Domestic and Family Violence Seminar, Smyrna, Georgia, October 4, 2001.  Lecture Topic: Forensic Injury in Family Violence Cases.

19

Invited Speaker, National Child Abuse Defense and Resource Center Tenth International Conference, Reno, Nevada, October 17-19, 2001.  Lecture Topic: Understanding Autopsy Reports, Protocols, and Forensic Testing Available in Suspected Child Abuse Fatalities.

Seminar Director and Speaker, Child Abuse: Investigation and Injury Analysis Seminar, Lawrence Police Department and Douglas County District Attorney's Office, Lawrence, Kansas, November 8, 2001.

Invited Speaker, Georgia Department of Human Resources Office of Consumer Affairs Seminar on Elder Abuse and Investigation of Sudden and Unexpected Deaths In Special Needs Clients, Atlanta, Georgia, November 21, 2001.

Invited Speaker, "*Building Successful Teams"*: Investigation and Prosecution of Serious Injury and Fatal Child Abuse, Sponsored by Georgia Department of Human Resources Division of Family and Children Services, Georgia Bureau of Investigation, Georgia Child Fatality Review Panel, and Office of the Advocate for the Protection of Children, Macon Crowne Plaza, Macon, Georgia, March 26-28, 2002. Lecture Topic: Forensic Interpretation of Child Abuse Injuries.

Invited Speaker, East Central Georgia EMS--South Carolina Midlands EMS--Region VI EMS Directors CHANGES 2002 Conference, Augusta, Georgia, April 3-4, 2002.  Lecture Topic: Medical Mishaps and Therapy Related Deaths.

Invited Speaker, Association of Criminal Investigative Agencies Annual Meeting, Savannah, Georgia, April 16, 2002.  Lecture Topic: The Walker County, Georgia, Crematorium Incident.

Invited Speaker, National Defender Investigator Association, Portland, Oregon, April 17-20, 2002.  Lecture Topic: Understanding Autopsy Reports, Protocols, and Forensic Testing.

Invited Speaker, 2002 Governor's Emergency Management Conference, "The Changing Faces of Disaster," Georgia Emergency Management Agency, Jekyll Island, Georgia, April 29-May 1, 2002. Lecture Topic: The Walker County, Georgia, Crematorium Incident.

Keynote Speaker, Georgia Funeral Service Practitioners Association, Inc., 77th Annual Convention, Radisson Riverfront Hotel, Augusta, Georgia, May 21, 2002.

Invited Speaker, Southeast Regional Conference on Child Fatalities, Birmingham, Alabama, June 4, 2002. Lecture Topic: Things That Mimic Shaken Baby Syndrome.

Invited Speaker, Georgia Emergency Management Agency 2002 Airline Crash Forum, Savannah, Georgia, June 6-7, 2002.

Invited Speaker, Independent Funeral Directors Association of Georgia, Savannah, Georgia, August 2, 2002.  Topic: Update Information on Policies and Procedures, Georgia Bureau of Investigation.

Invited Speaker, Federal Defenders of Eastern Washington and Idaho and Idaho Association of Criminal Defense Attorneys, Boise, Idaho, August 16-17, 2002.  Lecture Topic: Blunt Trauma.

Invited Speaker, Florida Association of Medical Examiners 30th Annual Meeting, University of Florida, Gainesville, Florida, August 21-24, 2002.  Lecture Topic: Tri-State Crematorium Incident.

Invited Speaker, Elon University Criminal Justice Studies Program, Elon, North Carolina, November 18-10, 2002.  Lecture Topics: Identifying the Dead; Case Studies in Forensic Scene Analysis; Careers in Forensic Investigation.

Invited Speaker, Southeast Cybercrime Summit 2003, Kennesaw State University, Georgia, February 25-26, 2002.  Lecture Topic: <u>Common Courtroom Problems For The Expert.</u>

Invited Speaker, "Workshop On The Medicolegal Death Investigation System," The Institute of Medicine, The National Academies Building, Washington, D. C., March 24-25, 2003.  Topic: <u>Terrorism and Mass Disaster.</u>

Invited Speaker, National Defender Investigator Association Annual Meeting, Fort Lauderdale, Florida, April 22-25, 2003.  Lecture Topic: <u>Understanding Forensic Laboratory Testing.</u>

Invited Speaker, International Association of Coroners and Medical Examiners Annual Conference, June 8, 2003, Atlanta, Georgia.  Lecture Topic: <u>The Evaluation of Child Abuse and Childhood Injuries.</u>

Invited Speaker, Georgia Indigent Defense Council, Criminal Defense Investigator Training Series: Physical Evidence in Homicide Cases, Atlanta, Georgia, August 21, 2003.  Lecture Topic: <u>Medical Evidence: Autopsy Reports for Dummies.</u>

Invited Speaker, 2nd Annual International Sudden Arrhythmia Death Syndromes Foundation Conference: Preventing Unexpected Death in the Young.  October 24-25, 2003, Atlanta, Georgia.   Lecture Topic: <u>The Medical Examiner's Role.</u>

Invited Speaker, Georgia Society for Clinical Laboratory Science and Southeast Section of the American Association for Clinical Chemistry, February 24-25, 2004, Atlanta, Georgia.  Lecture Topic: <u>Introduction to Forensic Sciences.</u>

Invited Speaker, Southeast Cybercrime Summit, Kennesaw State University, March 2-5, 2004, Marietta, Georgia.  Lecture Topic:  <u>Common Defense Tactics.</u>

Course Organizer and Lecturer:  <u>When Children Die:  Preparing for Prosecution of Child Homicides.</u>  Georgia Bureau of Investigation Child Abuse Investigative Resource Center, Atlanta, Georgia, May 13-14, 2004.

Invited Speaker, Trial of The Child Molestation Case in Georgia Seminar.  Institute of Continuing Legal Education in Georgia and The Criminal Law Section, State Bar of Georgia.  September 23, 2004, Atlanta, Georgia.  Lecture Topic:  <u>Physical Evidence in the Child Molestation Case.</u>

Invited Speaker, State of Georgia Department of Family and Children's Services, Athens-Clarke County Regional Office, November 10, 2004.  Lecture Topic:  <u>Pattern Injury Recognition in Child Abuse Injuries.</u>

Invited Speaker, Georgia Sheriff's Association 2005 Winter Training Conference, January 26, 2005, Atlanta, Georgia.  Lecture Topic: <u>Legal and Medical Aspects of Taser Use.</u>

Invited Speaker, Tri-State Police Accreditation Council Annual Meeting, Rome, Georgia, February 10, 2005.  Lecture Topic:  <u>The Tri-State Crematorium Incident.</u>

Invited Speaker and Panelist, Health Concerns and Casualty Management Panel, "**Are You Ready For The Challenge Conference**," Greater Nashville Homeland Security District 5 2005 Emergency Preparedness Challenge, Nashville, Tennessee, February 22-24, 2005.

Invited Speaker, Georgia Department of Human Resources, Division of Family and Children Services: "Building Successful Teams---Child Abuse, Injury & Fatality:  Investigation, Prosecution & Prevention Conference."  Atlanta, Georgia, March 23-25, 2005.  Lecture Topic:  <u>Child Autopsies.</u>

21

Invited Speaker, Georgia Sheriffs' Association Headquarters Continuing Education Seminar, Stockbridge, Georgia, May 11, 2005.  Lecture Topic:  Legal and Medical Aspects of Taser Use.

Invited Speaker, Georgia Association of Criminal Defense Lawyers Seminar, "Defense of the Child Molestation Case in Georgia:  Annual Child Molestation Defense Seminar," May 20, 2005, Georgia Bar Association, Atlanta, Georgia.  Lecture Topic:  Physical Evidence in the Child Molestation Case.

Faculty Member, the Masters "11" Advanced Death Investigation Conference, St. Louis University School of Medicine, Division of Forensic and Environmental Pathology, St. Louis, Missouri, July 25-28, 2005.  Lecture Topic:  Crematory Fiasco:  The Tristate Crematory Incident.

Invited Speaker, Department of Law (Attorney General's Office) 2005 Training for Special Assistant Attorneys General Representing The Department of Family and Childrens' Services, St. Simon's Island, Georgia, August 25-26, 2005.  Lecture Topic:  Physical and Sexual Abuse of Children.

Invited Speaker, Indiana Division of The International Association For Identification 12th Annual Forensic Educational Conference, Indianapolis, Indiana, October 19, 2005.  Lecture Topic:  The Tri-State Crematorium Incident.

Invited Speaker, Department of Law (Attorney General's Office) 2006 Training for Special Assistant Attorneys General Representing the Department of Family and Childrens' Services, St. Simon's Island, Georgia, September 6-8, 2006.  Lecture Topic:  Physical and Sexual Abuse of Children.

Invited Speaker, Peace Officers' Association of Georgia Annual Conference, September 17-20, 2006, Tybee Island, Georgia.  Lecture Topic:  Legal, Medical, and Policy Considerations in Use of TASER.

Invited Speaker, National Child Abuse Defense & Resource Center 13th International Conference:  Child Abuse Allegations:  Science vs. Junk Science in the Courtroom.  September 28-30, 2006, Las Vegas, Nevada.  Lecture Topic:  What Medical Examiners Can & Cannot Do in Suspected Child Abuse Cases.

Invited Speaker, Georgia Association of Criminal Defense Lawyers Seminar, "Defense of the Child Molestation Case in Georgia:  Annual Child Molestation Defense Seminar," October 11, 2006, Georgia Bar Association, Atlanta, Georgia.  Lecture Topic:  Physical Evidence in the Child Molestation Case.

Invited Speaker, Third Judicial District of New Mexico Annual Prosecutors' Fall Conference, Inn of The Mountain Gods, Mescalero, New Mexico, October 18-19, 2006.  Lecture Topics:  Medicolegal Analysis of Gunshot Wounds, and The Interpretation of Childhood Abusive Trauma.

Invited Speaker, Institute of Continuing Legal Education in Georgia, State Bar of Georgia, October 25, 2007, Atlanta, Georgia.  Seminar Topic:  Admissibility of Expert Testimony.

Keynote Speaker, Awards Banquet, American Intercontinental University School of Criminal Justice, American Criminal Justice Association Region V Conference, Atlanta, Georgia, October 26, 2007.

Invited Speaker, Academy of Graduate Embalmers of Georgia Annual Meeting and Clinic, Forsyth, Georgia, March 12, 2008.

Invited Speaker, Commission on Accreditation of Law Enforcement Agencies 2008 Spring Conference, Atlanta, Georgia, March 13, 2008.  Presentation Topic:  Medical Effects of TASER.

Invited Speaker, Georgia Association of Criminal Defense Lawyers Seminar, "Defense of the Child Molestation Case in Georgia:  Annual Child Molestation Defense Seminar," March 14, 2008, Atlanta, Georgia.  Lecture Topic:  Physical Evidence in the Child Molestation Case.

Invited Speaker, 38th Annual Florida Medical Examiners Educational Conference, Ponte Vedra Beach, Florida, August 13-15, 2008.  Lecture Topic:  Factitious Burials and Cremations—The Georgia Crematory.

Invited Speaker, 27th Insurance Law Institute, St. Simon's Island, Georgia, September 18-20, 2008.  Lecture Topic:  The Top 10 Things That Every Lawyer Needs to Know About Proving Cause of Death.

Invited Speaker, Institute of Continuing Legal Education in Georgia, State Bar of Georgia, October 2, 2008, Atlanta, Georgia. Seminar Topic:  Admissibility of Expert Testimony In Georgia.

Invited Speaker, 2008 Crisis Intervention Team National Conference (4th Annual Conference), Atlanta, Georgia, November 4-6, 2008.  Lecture Topic (With Dawn Diedrich, J. D., Georgia Bureau of Investigation Department of Legal Services):  Legal, Medical, and Policy Implications in the Use of the Taser (Parts 1 and 2).

Invited Speaker, Second Annual Meeting on Drugs and Their Impact on the Community, U. S. Department of Justice, Drug Enforcement Administration, Athens, Georgia, May 14, 2010.  Lecture Topic:  Prescription Medicine Abuse and Morbidity Trends.

Invited Speaker, Drug Enforcement Administration Seminar on Tactical Drug Diversion, Georgia Public Safety Training Center, Forsyth, Georgia, August 5, 2010.  Lecture Topic:  Prescription Drug Abuse and Mortality Trends in Georgia.

Invited Speaker, 2010 Georgia Crisis Intervention Team Conference, Smyrna, Georgia, September 30, 2010.  Lecture Topic:  Tasers and Excited Delirium.

Invited Speaker, Emory University Department of Dermatology "Traditional Grand Rounds," Emory University School of Medicine, Decatur, Georgia, November 4, 2010.  Lecture Topic:  "Forensic Dermatology."

Invited Speaker, "Prescribing Our Future:  A Summit on Prescription Drug Abuse in Georgia," U. S. Attorney's Office for the Northern District of Georgia, DEA, ONDCP, CDC, GBI, and GDNA, Atlanta, Georgia, March 2, 2011. Lecture Topic:  Mortality Trends in Georgia Related to Prescription Drug Abuse.

Invited Speaker, Prosecuting Attorneys' Council of Georgia Capital Litigation Summer Conference 2011, Jekyll Island, Georgia, July 25-27, 2011.  Lecture Topics:  Forensic Pathology and Death Penalty Litigation; Lethal Injection Drug Protocols in Georgia.

Invited Speaker, "Defense of the Child Molestation Case in Georgia," Georgia Criminal Defense Attorneys' Association, Georgia Bar Association, Atlanta, Georgia, March 8, 2013.  Lecture Topic:  Medical Evidence: Second Opinions and Proof of Innocence.

Invited Consultant, United States Department of State, United States Embassy to the Republic of Georgia in Tbilisi, International Narcotics and Law Enforcement Section:  Assessment of the National Forensics Bureau Pathology Facility and Operations, June 1-7, 2013, Tbilisi, Republic of Georgia.

Invited Speaker, Emory University Medical School Department of Dermatology Grand Rounds, Atlanta, Georgia, November 7, 2013.  Lecture Topic:  The Dermatology and Pathology of Tattoos and Tattooing.

23

Invited Speaker, Third Annual Women In Policing Conference, United States Embassy in Tbilisi, Republic of Georgia, Bureau of International Narcotics and Law Enforcement Affairs, Tbilisi, Republic of Georgia, March 4-6, 2014, Tbilisi, Republic of Georgia.  Lecture Topic:  <u>Medicolegal Death Investigation in Domestic Violence Deaths.</u>

Invited Keynote Speaker, 2014 Midwest Bioarchaeology and Forensic Anthropology Meeting, Grand Valley State University, Grand Rapids, Michigan, October 18, 2014.  Lecture Topic:  <u>Forensic Anthropology at Work in the Medical Examiner's Office.</u>

Invited Speaker and Consultant, United States State Department and Embassy of the United States in Tbilisi, Republic of Georgia, Bureau of International Narcotics and Law Enforcement Affairs and the National Forensic Bureau of the Republic of Georgia, November 19, 2014, Tbilisi, Republic of Georgia. Lecture Topic:  <u>Contusions:  Appearance, Age Determination, Clinical and Forensic Significance.</u>

Invited Speaker, Fourth Annual Women In Policing Conference, United States Embassy in Tbilisi, Republic of Georgia, Bureau of Narcotics and Law Enforcement Affairs, Tbilisi, Republic of Georgia, March 3-6, 2015, Tbilisi, Republic of Georgia.  Lecture Topic:  <u>Death Investigation.</u>

Invited Speaker:  Heroin and Opioids:  A Community Crisis.  Atlanta Heroin Summit.  United States Department of Justice and United States Attorney's Office, June 10, 2015, Atlanta, Georgia.  Lecture Topic:  <u>Heroin Deaths in Georgia.</u>

Invited Speaker:  <u>The Heroin Epidemic.</u>  Presentation on Behalf of The Keeley Foundation, Canton, Georgia, January 12, 2016.

Invited Speaker:  <u>Prosecuting Sexual Assault and Related Crimes.</u>  National District Attorneys' Association, September 12-16, 2016, Savannah, Georgia.  Lecture Topics:  <u>Causes of Death:  Sexual Assault Homicides</u> and <u>Sexual Serial Killers.</u>

March 24, 2017

COURTROOM AND DEPOSITION TESTIMONY

KRIS SPERRY, M. D.

| Date | Case Name, Number and Location | Attorney | Testimony Type |
|------|-------------------------------|----------|----------------|
| 1/13/15 | McGlone vs. Kaiser, et al<br>Montgomery Co., MD., Circuit Court<br>Civil Action No. 384520-V | Scott Perry<br>Arlington, Virginia | Deposition<br>Plaintiff |
| 1/15/15 | Linn vs. Patel, et al<br>Kanawha County Circuit Court<br>Civil Action No. 12-C-634 KAN | Scott Segal<br>Charleston, WV | Deposition<br>Plaintiff |
| 2/4/15<br>(706) | Machin vs. Carus Corp., et al<br>U. S. Dist. Court, South Carolina<br>Columbia Div.; Civil Action No. 3:12-CV-02675-JFA | Arthur Davidson<br>Augusta, Ga. | Trial<br>Defense |
| 2/6/15 | Mondelli (Sekerka) vs. Ung, et al<br>Dupage Co., Ill., 18th Jud. Circuit<br>No. 2010 L 1414 | Mark Meyer<br>Warrenville, Ill. | Deposition<br>Defense |
| 2/9/15<br>(707) | State of Kansas vs. Daniel Perez<br>18th Jud. Dist., Sedgwick Co., KS<br>Case No. 2011CR002619 | Kim Parker<br>ADA, Sedgwick Co. | Trial<br>State of Kansas |
| 2/13/15 | Trujillo (Thompson) vs. Presbyterian<br>Hosp., et al; 1st Jud. Dist. Court, Rio<br>Arriba Co., NM; No. D-117-CV-2013-00306 | Brenda Saiz<br>Santa Fe, NM | Deposition<br>Defense |
| 2/19/15<br>(708) | State of Georgia vs. Thanquarius Calhoun<br>Franklin Co. Superior Court<br>Case No. 14FR134M (2013-1010585) | Brian Atkinson<br>ADA, Northern Jud. Cir. | State of Georgia<br>Trial |
| 3/26/15 | Vilchis vs. El Noa Noa, Inc.<br>Dekalb Co. State Court, Georgia<br>No. 13A-48502-3 | W. Calvin Smith<br>Atlanta, Ga. | Deposition<br>Plaintiff |
| 3/31/15 | Ruiz vs. Riverside Med. Ctr., et al<br>21st Jud. Circuit Court, Kankakee Co.<br>No. 09 L 83 | Mark Munninghoff<br>Chicago, Ill. | Deposition<br>Plaintiff |
| 4/7/15<br>(709) | State of Kansas vs. Martin Miller<br>Douglas Co., Kansas, Superior Court<br>04CR1246 | Mark Simpson<br>ADA, Douglas County | Trial<br>State of Kansas |
| 4/22/15 | Pointer (Scott) vs. Heart Ass., et al<br>Baltimore City Circuit Court<br>Case No. 24-C-14-003228 | David Ellin<br>Reisterstown, MD | Deposition<br>Plaintiff |
| 4/29/15 | Whaley (Krier) vs. Sharp<br>16th Jud. Dist Court, Clark Co., KS<br>Case No. 10 CV 8/10 CV 9 | Lynn Johnson<br>Kansas City, MO | Deposition<br>Plaintiff |

1

| | | | |
|---|---|---|---|
| 5/6/15 | Chandler vs. Palker, et al<br>17th Jud. Dist., Broward Co., FL<br>Case No.:  12-23460 (21) | Brian Russell<br>North Palm Beach, FL | Deposition<br>Defense |
| 5/12/15<br>(710) | Bunner vs USA<br>U. S. Dist. Ct., South. Dist. of W.V. at<br>Charleston; Civil Action No.:  6:13-20655 | John Horn<br>AUSA, Charleston, WV | Trial<br>Defense |
| 6/30/15 | Lockett vs Abernathy Fun. Home, et al<br>Marengo Co., AL., Circuit Court<br>Civil Action No. CV2014-900042 (GBI case) | Keith Belt<br>Birmingham, AL | Deposition<br>State of Georgia |
| 7/22/15 | Espinosa (Saenz) vs. M. Sinai Med Ctr., etc<br>11th Jud. Ct., Miami-Dade County, Fl.<br>Case No. 14-25597 CA 02 | Sean Cleary<br>Miami, Fl. | Deposition<br>Plaintiff |
| 7/24/15 | Madsen vs. Cabe, et al<br>Toombs Co., Ga., Superior Court<br>Civil Action No. 12-CV-837 | J. D. Daniel, III<br>Macon, Ga. | Deposition<br>Defense |
| 7/31/15 | Ayyad vs Mehta, et al<br>Cook Co., IL, Circuit Court<br>No. 12 L 7906 | Christopher Sofia<br>Warrenville, IL. | Deposition<br>Defense |
| 8/5/15<br>(711) | Trujillo (Thompson) vs. Ryan, et al<br>Rio Arriba Co., 1st Judicial Court, N.M.<br>Cause No. D-117-CV-2013-00306 | Jeffrey Croasdell<br>Albuquerque, N. M. | Trial<br>Defense |
| 8/7/15<br>(712) | Wright vs. Ashcomb<br>18th Judicial Dist., Sedgewick Co., KS<br>Case No. 11 CV 2978 | David Morantz<br>Kansas City, Mo. | Trial<br>Plaintiff |
| 8/14/15 | Truesdale vs. Presbyterian Health, et al<br>2nd Jud. Dist., Bernalillo Co., N.M.<br>Cause No. D-202-CV-2013-08761 | Charles Purcell<br>Albuquerque, N. M. | Deposition<br>Defense |
| 8/31/15<br>(713) | Soumahoro vs. Ashbridge, et al<br>Philadelphia Co., Court of Common Pleas<br>Case No. 131203702 | Francis Curran<br>Media, Pa. | Trial Video<br>Plaintiff |
| 9/3/15<br>(714) | Mosely (Mayfield) vs. Childrey, et al<br>Lowndes Co., MS., Circuit Court<br>Civil Action No. 2013-0116-CV1 | Gordon Flowers<br>Columbus, Ms. | Trial<br>Defense |
| 9/10/15<br>(715) | Hensley vs. Methodist Healthcare, et al<br>U. S. Dist. Court, West. Dist. Tenn.<br>2:13-CV-02436-STA-cgc | Darrell Baker<br>Memphis, Tn. | Trial<br>Defense |
| 10/7/15<br>(716) | State vs. Brown, Evans, Kenny<br>Chatham Co. Superior Court, Savannah, Ga.<br>CR15-1397, 96, and 95 (2014-6006596) | Christy Barker<br>ADA, Savannah, Ga. | Trial<br>State of Georgia |
| 10/28/15<br>(717) | McGlone vs. Kaiser, et al<br>Montgomery Co., MD, Circuit Court<br>Civil Action No. 384520-V | Scott Perry<br>Arlington, VA. | Trial<br>Plaintiff |

| | | | |
|---|---|---|---|
| 11/5/15 | Corbett vs. Juvvadi, et al<br>5th Jud. Cir. Court, Hernando Co., Fl<br>Case No. CA-2013-311 | Brendan Rowe<br>Tampa, Fl. | Deposition<br>Defense |
| 11/9/15 | Call/Crawford vs. Dawson, et al<br>Kanawha Co., W.V., Circuit Court<br>Civil Action No:  11-C-533 | Scott Segal<br>Charleston, W.V. | Deposition<br>Plaintiff |
| 12/2/15<br>(718) | State of Ga. vs. Shubert<br>Franklin Co., Ga., Superior Court<br>Case No. 13FR025M (2013-1003301) | Parkes White<br>DA. Franklin Jud. Circt. | Trial<br>State of Georgia |
| 12/10/15 | Mitchell (Buchanan) vs McKethen, et al<br>U. S. Dist. Ct., Northern Dist FL, Panama<br>City, Fl.  Case No. 5:14-CV-157 | James Cook<br>Tallahassee, FL | Deposition<br>Plaintiff |
| 12/16/15<br>(719) | Corbett vs. Hernando HMA, et al<br>5th Jud. Dist., Hernando Co., Fl.<br>Case No. CA-2013-311 | Ron Josepher<br>Tampa, Fl. | Trial<br>Defense |
| 12/17/15 | Cole vs. Adventist Rehab of MD<br>Montgomery Co., MD., Circuit Court<br>Case No. 397702-V | Tom Mitchell<br>Washington, D.C. | Deposition<br>Plaintiff |

---

| | | | |
|---|---|---|---|
| 1/18/16 | Collins vs. Jefferson Co. Board of Ed.<br>Jefferson Co., TN., Circuit Court<br>No. 22,782 | Jonathan Taylor<br>Knoxville, TN. | Deposition<br>Defense |
| 2/2/16 | Johnston (Barnette) vs. Springhill Hospitals<br>Mobile Co., Ala, Circuit Court<br>Civil Action No.:  CV-2014-901780 | Bryan Smith<br>Mobile, AL | Deposition<br>Defense |
| 4/12/16 | Maldonado (Martinez) vs. Dennis, et al<br>17th Jud. Dist., Broward Co., FL.<br>Case No. 12-031136 (02) | Trisha Widowfield<br>Fort Lauderdale, Fl. | Deposition<br>Defense |
| 4/13/16 | Collins vs. Pratt RMC, et al<br>30th Jud. Dist., Pratt Co., Kansas<br>Case No. 2013 CV 10 | Lisa McPherson<br>Wichita, Kansas | Deposition<br>Defense |
| 4/15/16<br>(720) | State of Georgia vs. Justin Lee<br>Morgan County Superior Court<br>Case No. 2014CC143 (GBI 2014-1006774) | Robert Rubin<br>Decatur, Ga. | Trial (Criminal)<br>Defense |
| 4/21/16 | Rodgers (Proffit) vs. Smith, Weisner, et al<br>18th Jud. Dist., Sedgewick Co., KS<br>Case No. 15 CV 0273 | Steve Gorney<br>Kansas City, MO. | Deposition<br>Plaintiff |
| 4/22/16 | Graham vs. Ridley, et al<br>Richland Co., SC., Court of Common Pleas<br>Civil Action No.:  14-CP-40-7930 | Benson Griggers<br>Columbia, SC | Deposition<br>Defense |

3

| | | | |
|---|---|---|---|
| 5/20/16 | Bullington vs. Prebyterian Healthcare, et al<br>Bernalillo Co., NM, 2nd Jud. Dist. Court<br>No. D-202-CV-2015-02590 | Mary Boehm<br>Albuquerque, N. M. | Deposition<br>Defense |
| 6/8/16<br>(721) | U. S. A. vs. Charles Wilson, III<br>File No. 24561122022103<br>Houston Co., Ga., Courthouse  (in lieu of WRAFB) | USAF Defense<br>Warner Robins USAF | Court Martial<br>Defense |
| 6/13/16 | Neal vs. USA<br>U. S. Dist. Court of Maryland<br>Civil Action No. 8:15-cv-01385-TDC | David Mitchell<br>Washington, D.C. | Deposition<br>Plaintiff |
| 6/14/16 | Higgins vs Las Cruces Med. Ctr., et al<br>Bernalillo Co., NM., 2nd Jud. Dist. Court<br>No:  D-202-CV-2014-04438 | Hari Amrit-Khalsa<br>Albuquerque, N.M. | Deposition<br>Defense |
| 6/28/16 | Colon vs. Adventist H.S., et al<br>9th Jud. Circuit Court, Osceola Co., FL<br>Case No:  2014-CA-650 | Alan Landerman<br>Ft. Lauderdale, FL. | Deposition<br>Plaintiff |
| 8/18/16 | Chestnut (Carroll) vs. CHC, Inc., et al<br>U. S. Dist. Court, Middle Dist. of Ga.,<br>Columbus Division (Civil Action No. 4:15-CV-166-CDL; 2013-1023221) | Craig Jones<br>Decatur, Ga. | Deposition<br>Plaintiff |
| 8/24/16 | Wallbro vs. Nolte, et al<br>1st. Jud. Dist., Santa Fe County, N.M.<br>No. D-101-CV-2015-01783 | Rosario Vega Lynn<br>Albuquerque, N.M. | Deposition<br>Plaintiff |
| 8/29/16<br>(722) | Bullington vs. Pres. H.C., et al<br>2nd Jud. Dist., Bernallillo Co., N.M.<br>No. D-202-CV-2015-02590 | Harit Amrit-Khalsa<br>Albuquerque, N.M. | Trial<br>Defense |
| 9/9/16<br>(723) | Wright, et al, vs. Connell, et al<br>Warren Co., Miss., Circuit Court<br>Civil Action No. 14,0084-CI | Whit Johnson<br>Jackson, MS | Trial<br>Defense |
| 9/16/16 | McLean vs. Salamon, et al<br>11th Jud. Circuit, Miami-Dade Co., FL<br>Case No. 12-42792 CA 09 | H. K. "Skip" Pita<br>Miami, FL | Deposition<br>Plaintiff |
| 9/19/16 | Hesser (McGreevy) vs. ACMC, et al<br>Cook Co., IL, Circuit Court<br>Court No.:  2010 L 007148 | Mark Munninghoff<br>Chicago, IL | Deposition<br>Plaintiff |
| 9/20/16 | Neal vs. Floyd, et al<br>3rd Div., Fayette Circuit Court, KY<br>Civil Action No. 13-CI-221 | Kris Mullins<br>Lexington, KY | Deposition<br>Plaintiff |
| 9/26/16<br>(724) | State of Ga. vs. Huffman<br>Forsyth Co., Ga., Superior Court<br>Case No. 15-CR-314  (Criminal) | John Rife<br>Marietta, Ga. | Trial<br>Defense |
| 10/6/16<br>(725) | Lyas vs Forrest General, et al<br>Forrest Co., Mississippi<br>Civil Action No. CL-11-0205 | J. Robert Ramsey<br>Hattiesburg. MS | Trial<br>Defense |

4

| | | | |
|---|---|---|---|
| 11/7/16<br>(726) | State of Texas vs. Daniel Politte<br>Ft. Bend County Dist. Court, Div. 400<br>Case No. 14-DCR-066326 | Stephen Doggett<br>Richmond, TX | Trial<br>Defense |
| 11/7/16<br>(727) | State of Ga. vs. Joshua Mormant<br>Richmond Co. Superior Court<br>#2015R01221  (2015-1009810) | Rex Myers<br>ADA, Augusta, Ga. | Trial<br>State of Georgia |
| 11/11/16<br>(728) | State of Ga. vs. Vince Harris, Sr.<br>Muscogee Co. Superior Court<br>SU-16-CR-1048 (2012-1004437) | George Lipscomb<br>ADA, Muscogee County | Trial<br>State of Georgia |
| 11/16/16<br>(729) | Neal vs. Floyd, et al<br>Fayette Cir. Ct., 3rd Div.,<br>Lexintgon, Ky; Civil Action No. 13-CI-221 | Kris Mullins<br>Lexington, KY. | Trial<br>Plaintiff |
| 12/2/16 | Hernandez vs. IMC Group, et al<br>11th Jud. Circtuit, Miami-Dade, FL<br>Case No.:  2015-026199-CA-01 | H. K. "Skip" Pita<br>Miami, FL | Deposition<br>Plaintiff |
| 12/15/16 | Hancock vs. Minn. Life Ins. Co.<br>U.S. Dist. Court, Western Dist. of<br>Louisiana; Alexandria Division  No.1:16-CV-00361 | Richard Conrad<br>Jackson, MS | Deposition<br>Defense |

| | | | |
|---|---|---|---|
| 1/19/17<br>(730) | State of Alabama vs Stevi and<br>Circuit Court of   Tuscaloosa, AL.<br>Tuscaloosa, Alabama; Case No. CC-2015-1159 MBA | John Brasfield<br>Defense | Trial |
| 1/24/17<br>(731) | Wallbro vs. Nolte<br>1st Jud. Dist., State of N.M.,<br>Santa Fe County; No. D-101-CV-2015-01783 | Rosario Vega Lynn<br>Albuquerque, N.M. | Trial<br>Plaintiff |
| 1/25/17<br>(732) | Call vs. Subaru of America<br>Circuit Court, Kanawha Co., WV<br>Civil Action No. 11-C-533 | Scott Segal<br>Charleston, W.V. | Trial<br>Plaintiff |
| 1/26/17<br>(733) | State of Texas vs. Jekaris Bryant<br>Brown Co., Tx, 35th Jud. Dist. Court<br>Cause Number CR24265 (murder) | Judson Woodley<br>Comanche, TX. | Trial<br>Defense |
| 2/7/17<br>(734) | State of New Mexico vs Romero<br>2nd Jud. Dist. Court, Bernalillo Co., NM<br>Case No. CR 16-1-1724  (Evidentiary Hearing) | Sophie Cooper<br>N.M. Public Defender | Hearing<br>Defense |
| 2/9/17<br>(735) | State of Georgia vs Michael Bowman<br>Spalding County Superior Court<br>Case Number 15R-457 (2014-1012265) | Spalding Circuit DA<br>Griffin, Ga. | Trial<br>State of Georgia |
| 4/19/17<br>(736) | American Samoan Government vs.<br>Galen Leasiolagi<br>DCCR No. 176-14 | Michael White<br>Public Defender<br>American Samoa | Trial<br>Defense |

| | | | |
|---|---|---|---|
| 5/1/17<br>(737) | State of Ga. vs. Arico Andrews<br>Oconee Co. Superior Court<br>Case No. 2016-CR-0200 | John Donnelly<br>Public Defender<br>Athens, Ga. | Trial<br>Defense |
| 5/12/17 | Poole (estate of) vs Macon-Bibb Co, et al<br>U. S. Dist. Ct. Northern  Dist. Ga.<br>Case No. 1:14-CV-00892-AT | Craig Jones<br>Decatur, Ga. | Deposition<br>Plaintiff |
| 6/12/17 | Bravo vs. Conner, et al<br>Hall County Superior Court<br>Civil Action No. 2014CV2560C | Edward Long, Jr.<br>Macon, Ga. | Deposition<br>Plaintiff |
| 7/24/17 | Phounsy/Nguyen vs San Diego Co., et al<br>U. S. Dist. Court, Southetn Dist. of CA<br>No. 15cv2692H(MDD) | Brody McBride<br>SolanaBeach, Ca. | Deposition<br>Plaintiff |
| 8/15/17<br>(738) | United States vs. EM2 Jimmy Barlow<br>U. S. Military Courts, Seattle, WA. | Colby Vokey<br>Dallas, Texas | Motion Hearing<br>Defense |
| 8/17/17<br>(739) | State of Alabama vs. Eric Blackerby<br>Columbiana, AL, Superior Court<br>CC15-917 | Erskine Mathis<br>Birmingham, AL | Trial<br>Defense |
| 8/31/17<br>(740) | State of Georgia vs. Victoria Rickman<br>Dekalb Co. Superior Court, Decatur, Ga.<br>Case No. 13-CR-5228-6 | Amada Clark-Palmer<br>Atlanta, Georgia | Trial<br>Defense |
| 9/6/17 | Estate of Smart vs. Wichita, KS, et al<br>U. S. Dist. Court, District of Kansas<br>Case No. CV-02111-EFM-JPO | J. Steven Pigg<br>Topeka, Kansas | Deposition<br>Defense |
| 9/8/17 | Adams (Barton) vs. Riboni, et al<br>San Miguel Co., N.M., 4th Dist. Court<br>No. D-412-CV-2016-00268 | Ray Vargas II<br>Albuquerque, N.M. | Deposition<br>Plaintiff |
| 10/9/17 | Pandolfo (Cubbage) vs. Kime, et al<br>Rockingham Co., Va., Circuit Court<br>Civil Case No. CL15-421 | James Mayson<br>Staunton, Va. | Deposition<br>Defense |
| 10/11/17 | Carter (Erickson) vs. Suri, et al<br>Johnson Co., KS, District Court<br>Case No. 17CV01068 | Lynn Johnson<br>Kansas City, Mo. | Deposition<br>Plaintiff |
| 10/17/17 | Galbo vs. St. Thomas Rutherford Hosp.<br>Rutherford Co., Tenn, Circuit Court<br>No. 69762 | David Randolph Smith<br>Nashville, TN. | Deposition<br>Plaintiff |
| 11/2/17<br>(741) | State of Texas vs. Chiron Francis<br>Fort Bend, Tx., Dist. Court; 268th<br>Judicial District; No. 14-DCR-066778 | L. T. Bradt<br>Sugar Land, Tx. | Trial<br>Defense |
| 11/16/17<br>(742) | Buelow vs. Clarkson<br>University of Mississippi Title IX<br>Administrative Hearing | James Pettis III<br>Jackson, MS. | Hearing<br>Respondent |

| 11/29/17 | Curry vs. City of Los Angeles, et al<br>U. S. Dist. Court, Central District of<br>California; No. 2:16 CV 04125 | Chris Morris<br>San Diego, Ca. | Deposition<br>Plaintiff |
| --- | --- | --- | --- |
| 11/20/17 | Dyksma vs. Pierson, et al<br>U. S. Dist. Court, Middle Dist. of<br>Georgia, Columbus Div.; Civil Action File No. 4:17-CV-00041-CDL | Craig Jones<br>Decatur, Ga. | Deposition<br>Plaintiff |
| 12/13/17<br>(743) | United States vs. EM2 Jimmy Barlow<br>USCG General Court Martial, Coast Guard<br>Island, Alameda, California | Colby Vokey<br>Dallas, TX. | Court Martial<br>Defense |
| 1/5/18 | Waldron (Ybarra) vs. Marion Co. Sheriff<br>U. S.  Dist. Court, Middle Div. Florida,<br>Ocala Division; Case No. 5:16-CV-658-OC-32-prl | John Green<br>Ocala, FL | Deposition<br>Defense |
| 1/19/18 | Ricks-Ngwayah vs. Advocate Health, et al<br>Cook County Circuit Court<br>No. 14 L 12504 | Becker Law Firm<br>Cleveland, OH | Deposition<br>Plaintiff |
| 1/24/17<br>(744) | State of Goergia vs Adam Reeves<br>Dawson County Superior Court<br>Case No. 2017 CR 0067 | Jerry Carter, Jr.<br>Gainesville, Ga. | Trial<br>Defense |