## MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....COX, Christopher..........March 16, 2015..........10:35 a.m........Case No. 15-19-193

**CAUSE OF DEATH:**

BLUNT TRAUMA INJURIES OF HEAD AND NECK

**MANNER OF DEATH:**

HOMICIDE

Linda Rush O'Neil, M.D.
Associate Medical Examiner

Date: May 19, 2015

LRO/ps

## MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
### St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....COX, Christopher..........March 16, 2015..........10:35 a.m........Case No. 15-19-193

**EXTERNAL EXAMINATION:**

The body is that of a well-developed, adequately-nourished, white male weighing 174 pounds, measuring approximately 5 feet 9 inches, and appearing to be the stated age of 28 years.

The body is dressed in the following: blue shirt, blue pants with white stripes, and white boxer shorts x 2. The body is on a yellow gurney board with orange straps from the board over the body.

No jewelry is present.

The body is cold to the touch. Rigor mortis is moderate. Purple, fixed livor mortis is evident over the posterior parts of the body, except in areas exposed to pressure, where it is absent.

The head and face exhibit evidence of injury as described below. The head hair is dark brown. The eyes are brown, with pale conjunctivae. The cornea and lenses are transparent. Two petechial hemorrhages are noted in the lower conjunctiva, left and right. No congestion is noted in either conjunctivae or sclerae. The pupils are regular, round, central and measure approximately 0.4 cm in diameter. The external ears and external auditory canals are unremarkable. The skeleton of the nose is intact. No foreign material is present within the nostrils. The upper and lower gums contain natural teeth in a fair state of dental repair. The lips and oral mucosa reveal no evidence of injury. The tongue exhibits evidence of injury as described below. A beard and mustache are present.

The neck is symmetrical and exhibits evidence of injury as described below.

The shoulders are symmetrical and exhibit evidence of injury as described below.

The chest is symmetrical and unremarkable. The abdomen is symmetrical and soft. No masses can be palpated through the abdominal wall.

The back is symmetrical and unremarkable.

The external genitalia and anus are unremarkable. The penis is circumcised and the testes are present within the scrotum.

The extremities are symmetrical and exhibit evidence of injury as described below. The fingernails are short and regular. The toenails are short and regular. No edema is present in the ankles or lower legs.

Passive motion of the neck and extremities fails to elicit any bony crepitus or abnormal motion.

1

MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....COX, Christopher..........March 16, 2015..........10:35 a.m........Case No. 15-19-193

### EVIDENCE OF RECENT INJURY:

### HEAD AND NECK:
There is a 12 x 9 cm red-purple contusion on the left forehead, left temporal scalp and left upper eyelid and brow region. A 1.0 cm laceration is present on the left forehead. Few, faint red petechial hemorrhages are noted on the right periorbital regions and eyelids. There is a 9 x 0.5 cm obliquely oriented red ecchymosis of the right anterolateral neck. Within this is a 1.0 cm horizontal red abrasion. There is a 3.0 x 0.3 cm oblique red ecchymosis on the anterior right neck. There is a 4.0 x 0.5 cm oblique red ecchymosis on the right neck. There is a 2.0 x 0.5 cm oblique red ecchymosis on the left anterior neck. There is a 5.0 x 0.3 cm red ecchymosis on the lateral left neck. There is a left scalp contusion. There is cerebral edema. There is subarachnoid hemorrhage of the inferior right frontal brain and inferior left occipital brain. There is a peripheral contusion of the inferior right frontal and right occipital brain. There are multiple foci of dark red-purple hemorrhage involving all the anterior strap musculature of the left and right neck. There is a fracture of the laryngeal anterior cartilage just to the right of the midline. This is a vertical, full thickness fracture with hemorrhage in the adjacent soft tissues. The posterior musculature of the neck (left and right splenius, left semispinalis and left inferior oblique) exhibits patchy dark red-purple hemorrhages. There is dark red contusion of the right posterior-lateral region of the tongue.

### OTHER INJURIES:
There is a 2 x 2 cm red-yellow contusion at the base of the right index finger. There is a 1.5 x 0.7 cm red-yellow contusion on the dorsal right hand. There is a 0.7 cm red-yellow contusion on the dorsal right hand at the base of the right index finger. There is a 0.3 cm red abrasion on the dorsal aspect of the left index finger. There is a 0.5 cm red abrasion on the dorsal left middle finger. There is a dark red abrasion of the lateral left knee, 3 x 1.5 cm. There is a 10 x 5 cm area of red contusion on the left shoulder. Within this is a 3 x 1 cm dark red abrasion, a 4 x 1 cm and a 1.0 cm red abrasion. There are areas of dark red-purple hemorrhage in the musculature of the right scapular region of the back, rhomboideus musculature.

### EVIDENCE OF RECENT MEDICAL TREATMENT:
Electrocardiogram pads are present on the left and right anterior shoulders.

### OTHER IDENTIFYING FEATURES:
There is a tattoo of a hands design with writing on the right upper arm. There is a tattoo of "FLA" on the right upper arm. There is a tattoo mask design on the ventral right forearm. There is a tattoo of "RON" on the ventral right wrist. There is a tattoo of "SARAH" on the left upper arm. There is a tattoo of "MEAGAN" on the left neck. There is a tattoo of "LOVE" on the ventral left wrist. There is a face tattoo design on the dorsal left forearm. There is a skull tattoo design on the dorsal left hand. The left knuckles exhibit tattoos of "DUCK." The dorsal left fingers exhibit tattoos of the letters "FAT." There is a tattoo of "YOU" on the left lower

2

MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....COX, Christopher..........March 16, 2015..........10:35 a.m........Case No. 15-19-193

abdomen. There are tattoo eye designs on the chest. There is a tattoo of what appears to be "FUC" on the lower mid chest. There is a tattoo of "LUCKY" on the right lower abdomen. There is a tattoo cross design on the dorsal right forearm. There is a tattoo of "813" on the dorsal right hand. There is a tattoo eye design on the right knee. There are tattoo designs on the right lower thigh and right lower leg. There is a tattoo of "I'm Tired" on the right foot. There is a tattoo of "Me Too!" on the left foot. There is a tattoo design with "MB" on the left lower leg. There are tattoo print letter designs on the left and right postauricular regions.

There are two linear scars on the mid right back, 1.5 cm and 1.0 cm in length.

### INTERNAL EXAMINATION:

### BODY CAVITIES:
The muscles of the chest and abdominal wall are of normal color and consistency. The ribs, sternum and spine exhibit no evidence of injury. The left and right pleural cavities are smooth and contain no abnormal collections of fluid. The peritoneal cavity is smooth and contains no abnormal collections of fluid. The organs of the pleural and peritoneal cavities are in their usual positions in situ. The mesentery and omentum are unremarkable.

### NECK:
The neck exhibits evidence of injury as described above. Otherwise, the thyroid and cricoid cartilages, larynx and hyoid bone show no other evidence of injury. The laryngeal mucosa is pink and smooth. The epiglottis and vocal cords are unremarkable. The anterior and posterior musculature of the neck is examined in layered fashion following removal of the brain and thoracic and abdominal organs. Injuries are noted as above.

### CARDIOVASCULAR SYSTEM:
The heart weighs 300 grams. The pericardial sac contains approximately 10 cc of straw colored fluid. The epicardial surface is smooth and unremarkable. The external configuration of the heart is unremarkable. The endocardium is smooth and transparent. The valve leaflets are thin, pliable and unremarkable. The valves exhibit the following circumferences: tricuspid valve 12.0 cm, pulmonic valve 7.0 cm, mitral valve 11.0 cm, and aortic valve 7.5 cm. The trabeculae carneae and papillary muscles are unremarkable. The chordae tendineae are usual. The right and left ventricular chambers are unremarkable. The right ventricle is 0.3 cm in maximal thickness, the left ventricle is 1.0 cm in maximal thickness, and the septum is 0.8 cm in maximal thickness. The coronary arteries exhibit their usual distribution with a right dominant circulation. The coronary ostia are normal in patency. Multiple cross sections of the coronary arteries reveal no pathologic changes. The myocardium is red-brown and homogeneous.

The aorta is unremarkable. The vena cavae are unremarkable.

3

MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....COX, Christopher..........March 16, 2015..........10:35 a.m........Case No. 15-19-193

**RESPIRATORY SYSTEM:**
The right lung weighs 570 grams and the left lung weighs 470 grams. The lungs are dark red-purple and mottled with a mild amount of anthracotic pigment. The trachea and bronchi contain scant tan-brown fluid, consistent with gastric contents. The trachea and bronchi are otherwise unremarkable. The lung parenchyma exhibits congestion and edema. Sectioning of the lung parenchyma does not reveal any focal, mass lesions.

The pulmonary arteries and pulmonary veins are unremarkable. The hilar and mediastinal lymph nodes are unremarkable.

**HEPATOBILIARY SYSTEM:**
The liver weighs 1400 grams. The capsule is transparent. The external surface is smooth. The parenchyma is red-brown and of the usual consistency. Sectioning reveals the usual parenchymal architecture with no focal or diffuse lesions.

The gallbladder has thin walls, contains approximately 25 cc of yellow-green bile and has a smooth mucosa. No stones are present.

**HEMOLYMPHATIC SYSTEM:**
The spleen weighs 220 grams. The capsule is smooth and the parenchyma is dark purple and homogenous, with distinct white pulp.

**GASTROINTESTINAL SYSTEM:**
The esophagus is empty and unremarkable. The stomach contains approximately 250 cc of tan-brown thick pasty matter. The gastric mucosa is unremarkable. The small intestine and large bowel are unremarkable.

The appendix is present and unremarkable.

**UROGENITAL SYSTEM:**
The right kidney weighs 120 grams and the left kidney weighs 120 grams. The capsules strip easily, revealing smooth red-brown surfaces. The corticomedullary architecture is well-defined. The calyceal and collecting systems are unremarkable. The renal arteries and renal veins are unremarkable.

The ureters are patent and unremarkable.

The bladder contains approximately 40 cc of pale yellow urine. The bladder exhibits the usual mucosa and muscularis and is unremarkable.

The prostate is tan, firm, lobular, and unremarkable.

4

MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....COX, Christopher..........March 16, 2015..........10:35 a.m........Case No. 15-19-193

**ENDOCRINE SYSTEM:**
The adrenal glands, pancreas and thyroid gland are unremarkable.

**MUSCULOSKELETAL SYSTEM:**
The musculoskeletal system exhibits evidence of injury as described above and is otherwise unremarkable. The muscles are well-developed and of the usual color and consistency. The ribs, sternum and spine exhibit the usual bone density and marrow.

**CENTRAL NERVOUS SYSTEM:**
The scalp is reflected and the calvarium is removed, revealing evidence of injury as described above. The dura mater does not exhibit any stains or discolorations. The leptomeninges exhibit evidence of injury as described above.

The brain weighs 1490 grams. The sulci are narrow and the gyri are flat with cerebral edema present. The blood vessels at the base of the brain do not reveal any aneurysms or other abnormalities. The cerebral and cerebellar hemispheres are symmetrical and the surfaces do not display any scar tissue. The ventricles contain transparent fluid. The brain exhibits evidence of injury as described above. Otherwise, sectioning of the cerebrum, cerebellum, pons, midbrain, and medulla exhibit the usual internal patterns with no focal or diffuse lesions.

The skull is intact and unremarkable.

**FINAL ANATOMIC DIAGNOSES:**

I. Blunt trauma injuries of head and neck.
   A. Contusion of brain.
   B. Subarachnoid hemorrhage of brain.
   C. Cerebral edema, brain 1490 grams.
   D. Multiple hemorrhages of musculature of neck, posterior and anterior.
   E. Fracture of cartilage of larynx.
   F. Contusion of tongue.
II. Hemorrhage of musculature of right back.
III. Pulmonary edema and congestion.
IV. Aspiration of gastric contents.

Linda Rush O'Neil, M.D.
Associate Medical Examiner

LRO/ps

5

MEDICAL EXAMINER DEPARTMENT - DISTRICT 19
St. Lucie, Martin, Indian River, and Okeechobee Counties

Name.....COX, Christopher..........March 16, 2015..........10:35 a.m........Case No. 15-19-193

## MICROSCOPIC EXAMINATION:

**HEART:** No significant histopathologic change.

**LUNG:** Congestion. Edema. Aspirated vegetable matter with no significant inflammatory cell response.

**LIVER:** No significant histopathologic change.

**KIDNEY:** No significant histopathologic change.

**BRAIN:** Acute subarachnoid and parenchymal hemorrhage.

**SPINAL CORD:** No significant histopathologic change.

**TONGUE:** Acute hemorrhage with no significant inflammatory cell response.

**SKELETAL MUSCLE, ANTERIOR NECK STRAP MUSCLE:** Acute hemorrhage with no significant inflammatory cell response.

**SKIN, RIGHT HAND:** No significant histopathologic change.

Linda Rush O'Neil, M.D.
Associate Medical Examiner

5/19/15

Number of Slides: 9

LRO/ps

6