Subject: Potential Predator Identification List (Pre-iBAS/SRI Initiatives)

Those inmates identified on this list due to a violent felony conviction or receipt of violent disciplinary reports should be considered POTENTIAL predators. The inmate's entire record should be taken into consideration including the number of violent disciplinary reports and their circumstances, and/or the nature and circumstances of the violent felony conviction, the inmate's arrest record including the presence of any sex convictions, overall institutional adjustment, prior negative transfers, ▇▇▇ contacts, length of sentence, size, stature and any other information about the inmate known by staff not available on the database.

As always, database reports do not replace the sound correctional judgment of our staff. There should be some additional consideration before placing a 6'04" 260lb inmate with a life sentence in a cell with a 5'04" 140lb inmate with a release date 12 months away. Security staff should be mindful of these issues when making cell assignments and should contact the Classification Department with any questions or concerns regarding the classification information listed above.

Any inmate on inmate violence occurring in the cell or between inmates assigned to upper and lower bunks in open bay dormitories will be closely scrutinized as to the appropriateness of their housing in conjunction with this memo. It may be appropriate, to the extent possible, for some inmates to be housed alone. Wardens should make this determination on a case by case basis and in the best interest of inmate and staff safety.

Any questions or concerns regarding the ▇▇▇ report should be directed to Brad Locke, Correctional Program Administrator, in the State Classification Office.

iBAS/SRI – Inmate Behavioral Assessment Scale/Sexual Risk Indicator

OIT has begun work on a complex web system designed by the Bureau of Classification Management to identify potential inmate predators, prey and those inmates at risk for sexual violence either as an aggressor or as a victim. This is a multi-tiered system that will perform a variety of significant functions including ensuring appropriate housing of identified and potential predators and sexual aggressors as well as to meet Federal PREA standards for the identification and elimination of prison rape. It is expected that the development, testing and implementation of this system will take an extended period of time. As such, several initiatives are being put into place to prepare for the release of this system and to provide some basic identification and tracking mechanisms.

Research and System Requirements Development

Earlier this year, the Bureau of Classification Management, in conjunction with the Bureau of Research & Data Analysis, began research on identification methods of inmate predators, prey, sexual aggressors and sexual victims. Based on this research, the Bureau of Classification Management developed the iBAS/SRI system requirements which were approved by the Executive Leadership and submitted to OIT for development on April 2, 2012.

A-3