### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### FT. PIERCE DIVISION

| | |
|---|---|
| MONICA STONE,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT HENDRY et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No. 2:17-cv-14177 |

### MOTION TO FILE UNDER SEAL

COMES NOW, the Plaintiff, MONICA STONE, and Moves this Honorable Court to be permitted to file under seal the document deemed to be Confidential by Defendant Department of Corrections, to wit:

Document C, FDOC Dormitory Housing Logs

Document F, FDOC Post Order No. 10

Which will hereafter be submitted by U.S. Mail.

                                         Respectfully Submitted,

                                         *s/James V. Cook*_____
                                         JAMES V. COOK
                                         Florida Bar Number 966843
                                         Law Office of James Cook
                                         314 West Jefferson Street
                                         Tallahassee, FL 32301
                                         Fax: 850 561-0836
                                         cookjv@gmail.com

                                         ATTORNEYS FOR PLAINTIFF

I CERTIFY a true copy hereof was served 3/29/18 on all counsel of record registered with the CM/ECF electronic filing system.

*s/James V. Cook*