# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### FT. PIERCE DIVISION

MONICA STONE,

     Plaintiff,

v.

ROBERT HENDRY et al.,

     Defendants.

CIVIL ACTION

Case No. 2:17-cv-14177

## MOTION TO FILE UNDER SEAL

     COMES NOW, the Plaintiff, MONICA STONE, and Moves this Honorable

Court to be permitted to file under seal this Exhibit to Doc. 235, deemed to be

Confidential by Defendant Department of Corrections, to wit:

     Document 1, FDOC Dormitory Housing Logs

     Which will hereafter, if permitted, be submitted by U.S. Mail.

             Respectfully Submitted,

             *s/James V. Cook*_____
             JAMES V. COOK
             Florida Bar Number 966843
             Law Office of James Cook
             314 West Jefferson Street
             Tallahassee, FL 32301
             Fax: 850 561-0836
             cookjv@gmail.com
             ATTORNEYS FOR PLAINTIFF

I CERTIFY a true copy hereof was served 5/11/18 on all counsel of record
registered with the CM/ECF electronic filing system.

                  *s/James V. Cook*