**AFFIDAVIT:** Name: Justin P Roten ; Address: [redacted] Cape Coral, Fl 33904

COMES NOW the above Affiant, being duly sworn, and makes this statement: I affirm the facts below are true.

I do remember this incident. Christopher Cox had words with an officer and seargent. I do not know what they were arguing about but the Captain was called to the dorm. Christopher Cox was put in a cell with Hurley Brown as a punishment for his arguing with Correctional staff. This is a well known tatic (by Inmates) that they use to scare Inmates. Hurley Brown was a well known rasist and had stated numerous times that they better not put no "Cracker" in his cell or he would fuck them up. The Correctional staff knew very well that Cox would be physically assulted if put in a cell with Hurley! It was also well known that Hurley was violent and aggressive especialy towards "Crackers" (White people). It is also known that they will put a small, non-violent inmate in a cell with a much larger, violent inmate as a punishment. They will also put an inmate with only a few years in a cell with a inmate serving a life sentence, with nothing to lose. The Florida Department of Corrections is a very corrupt system and Martin C.I. is one of the most currupt. Conelel Colon was a Captain at Charlotte CI, got put under invistigation for murdering an inmate. They moved him to Martin CI and gave him a big promotion to Colonl.

FURTHER, AFFIANT SAYETH NOT.

Pursuant to § 92.525, Florida Statutes, and 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true.

AFFIANT [signed]     Date: 5-10-18

Telephone

Attach and initial additional pages if necessary

~~Justin Roten~~
~~1716 NE 35th Ter.~~
~~Cape Coral, Fl~~
~~33904~~

Justin Roten #82144
2501 Ortiz Ave
FT Myers, Fl 33905

James V. Cook
Law Office of James Cook
Post Office Box 10021
Tallahassee, FL 32302

**IFIDENTIAL LEGAL MAIL**