# FLORIDA DEPARTMENT OF LAW ENFORCEMENT

## Interview Transcription of Inmate Hurley Brown



**Conducted by: SA Eric Jester**
**FDLE**

**FDLE Case #: OR-37-0026**

**Date Conducted: March 15, 2015**

Stone v Hendry 000005



**Florida Department of Law Enforcement**
**Recorded Interview of Inmate Hurley Brown**
**Case # OR-37-0026**

EJ:   Eric Jester, Special Agent, Florida Department of Law Enforcement
HB:   Hurley Brown, Inmate, Martin Correctional Institution
ND:   Nita Denton, Chief Attorney, State Attorney's Office
RB:   Richard Bodek, Assistant State Attorney, State Attorney's Office

EJ:   Alright today is uh Sunday March 15th. The time is approximately 12:04 AM. This interview will be taking place at the Martin Correctional Institution. Present during this interview myself Special Agent Eric Jester with the Florida Department of Law Enforcement, Assistant State Attorney Nita Denton, and Assistant State Attorney Richard Bodek, in reference to a FDLE case number we have not pulled yet, in reference to the uh death of Inmate Christopher Cox. Now Mr. Brown, before you make any statements or answer any questions I must advise you of your constitutional rights. You have the right to remain silent, anything you say can and will be used against you in court, you have a right to call or obtain an attorney at this time, you can have one present now or at any time during questioning. If you cannot afford an attorney and you want one before or any time during questioning, one will be provided for you. If you decide to answer questions now you have the right to stop answering at any time during questioning. Do you understand these rights?

HB:   Yes sir.

EJ:   Having these rights in mind, do you wish to talk to me right now?

HB:   Yes sir, I'll talk to you.

EJ:   Ok. Uh first thing, could you state your name for me and spell it for me?

HB:   Hurley Brown, H U R L E Y   B R O W N.

EJ:   Ok and what's your DC number Mr. Brown?

2

HB: 402730.

EJ: And you're currently an inmate at Martin Correctional Institution?

HB: Yes sir.

EJ: How long have you been here at MCI?

HB: In this prison?

EJ: In this prison, yes sir.

HB: I got here uh February, January, February, February the 4th, I think. What's this? April?

EJ: Of this year?

HB: (UI) January, February, March, April, yeah I got here February 4th.

EJ: Ok, of 2015?

HB: 2015.

EJ: About 5 or 6 weeks then? Around there?

HB: Yes sir.

EJ: Where'd you come from before that?

HB: I'm coming from Wakulla.

EJ: Ok.

HB: Yes sir.

EJ: You have any problems over there?

HB: Wakulla. No, just transferred here trying to get closer to home.

EJ: Wakulla. Ok, now where um you first came here to MCI where were you initially housed do you remember? Have you been at that dorm the whole time you've been here?

HB: I been, I went to E Dorm.

EJ: Ok.

HB: My arrival date which was March, wait February 4th and I was put in protective management since then. The 6th, they put me in there the 6th.

3

EJ: Ok.

HB: I came Wednesday on the 4th, Friday was the 6th, yup the 6th.

EJ: Ok.

HB: they put in protective management. Now two dudes chased me with knives. I ain't had no knife. If I had a knife on me I'd killed them. I ain't getting out anyway so fuck it.

EJ: So PM, you got put in PM? E Dorm.

HB: Yes sir.

EJ: Remember what your uh cell was?

HB: Yes.

EJ: Where your'e at now?

HB: 2210

EJ: That D2?

HB: I was housed with the dude that cut hisself um the dude named Ricky cut hisself up on the twenty, he cut himself up, Monday, he cut hisself up Friday.

EJ: Last Friday?

HB: Then he tried to hang himself Monday.

EJ: Ok.

HB: Last week and I ain't seen him since but they moved him out the cell when he tried to kill himself. They moved this dude um Cox in there Friday.

EJ: Ok.

HB: Dude was complaining about coming here moved him in here he came here with attitude that's where all this shit started from.

EJ: February 13 Cox got moved into your cell

HB: Yes sir.

EJ: Ok.

4

HB: He was telling them just like I told man protective management he was supposed to be housed alone.

EJ: Right.

HB: He wasn't supposed to be housed with somebody else. Went out there complaining, went out there (UI) but they don't give a shit here.

EJ: Now did you see him before you, was he in the same dorm before you guys

HB: He was in the same dorm. He was right across from me, he was in 2214, upper, right in front of me.

EJ: Did you have any problems with him when he was in that dorm?

HB: No, no, I don't know why he came in the cel so mad. He came in the cell mad at the officers, told me they move him, I told him look bro you don't got no problem with me understand and I ain't got no problem with me in the cell, I haven't had a DR in a long time. I'm just trying to chill that's what I'm trying to tell you I don't want to do it and I don't want you to do nothing either we both supposed to be in protective management we ain't supposed be housed in here with nobody else.

EJ: Ok. So that's on Friday when all that's going on?

HB: Friday I'll say around 3, 3:30 something like that, 3 o'clock, 330 moved him changing around and all that. (UI)

EJ: So he was having issues with the officers then?

HB: They moved him he pissed off and came in the room, with an attitude.

EJ: Right.

HB: You know what I'm saying so, yesterday they served us some bagged lumches hot meal for breakfast, they gave us a hot meal for lunch dinner they gave us bullcrap, he mad at that.

EJ: Ok.

HB: Ok, bro don't you take it out on me though. So I go to sleep today - I wake up today I eat a peanut butter sandwich, drink some water, roll back over and then I go to sleep, I wake up he trying to hang himself. You ain't gonna get me sprayed, we got into a tussle, he jumped me you know what

5

|     |     |
| --- | --- |
|     | I'm saying. Like I said I'm already in protective custody to save my life, my strength… that's the outcome. I wasn't trying to kill bro. That's the outcome. |
| EJ: | So you're asleep and wake up |
| HB: | He tried to hang himself. I feel something bumping against the bunk so I look up, he trying to hang himself with that shit around his neck |
| EJ: | (UI) |
| HB: | I'm lower. |
| EJ: | Lower? |
| HB: | Yes sir. |
| EJ: | Alright. |
| HB: | He upper |
| EJ: | So you feel something… |
| HB: | Bumping. |
| EJ: | …bumping against you? |
| HB: | He bumping the bunk, not me. |
| EJ: | Ok. |
| HB: | But I look up he jumping me. So I telling him you do that shit in here and get me gassed cause they'll gas both of us in the cell you know get him to stop doing what he doing. |
| EJ: | When you woke up and looked at him what did you see? Tell me exactly how you saw him. |
| HB: | He had shit like tied around his neck. Some bullshit tied around his neck like he trying to hang himself, a sheet. |
| EJ: | What was it attached to? |
| HB: | His neck. |
| EJ: | No, where is the other end at? |
| HB: | Well he had a sheet tied around the bunk he had it tied around that shit whatever he had on his neck. |

6

EJ: So he had something around the neck and then the sheet tied to what was around his neck?

HB: Running through, running through whatever he got on his neck gonna run the sheet through it. And he fakin' he didn't wanna hang, he be fakin' that shit though. He got the sheet tied, something tied around like a shirt but he got a sheet tied he tried to run it through over his top bunk, tried to run it over the bunk, up under the bunk and tied around the shit around his neck and it will be tied around the bunk at the same time.

EJ: So he wasn't hanging anything he just (UI)

HB: Nah...

EJ: (UI)

HB: He was trying to run that shit through the bunk

EJ: Ok. And that woke you up?

HB: That woke me up.

EJ: You see him doing that and then what happens?

HB: I snapped on him. So he fixing to do that shit in here, get me sprayed, get me gassed all up (UI) or I'm chillin' just get on the door, why don't you go to the shower and do that shit? Do it in the shower tomorrow, Monday, do that shit then. I turned back over, he jumped me. I got up, did what I had to do, we started fighting, he hit me, I hit him.

EJ: How'd her jump you? Tell me exactly what he did.

HB: He jumped in the bed with me.

EJ: Alright.

HB: Jumped, jumped on my back.

EJ: He start punching you? He try to cut you or what did he do?

HB: Nah he hit me a couple times in the back of the head. I ain't feeling that shit. I weaved up out that shit, came up out the bunk.

EJ: In the back of the head you said he hit you?

7

HB: Yeah he hit me in the back of the head.

EJ: Like top back, bottom back, where at?

HB: Just in back of my shoulder like yeah close to the neck bottom part right there

ND: Using me, here?

HB: No, where your head at right there, like the back of the neck, not the head, like the back of the neck.

EJ: So where were you at? Where was your, where were you laying, with your head close to the door or closer to the (UI)

HB: Close to the wall.

EJ: Ok.

HB: (UI) back window, the wall was back there.

EJ: So your feet were facing the door?

HB: Yes.

EJ: Ok. Where was he trying to tie the rope through?

HB: At the end, like my feet, at the end of the top bunk at the end closer to the door.

EJ: By the toilet and all that?

HB: Yeah trying on that end, not by my head, he was trying to tie the sheet on that end.

EJ: And then you yell at him or whatever and he just jumps, jumps in the bed on you?

HB: Yeah I said what I had to say, I said when I turned I was like man I'm through with that shit man, I turned, you know what I'm saying (UI) then I turned and when I turned he jumped in the bed and hit me a couple times and I got up and I think my hands broke, I don't know or my arm's broke.

EJ: Alright

HB: I think my hand broke I started hitting him but I missed and hit the floor too.

EJ: So tell me what happened, he jumps up, he hits your head and tell me exactly what happened from that point on.

HB: I throw my arm up.

Stone v Hendry 000012

EJ: Did you fight in the bed, you get out of the bed (UI)

HB: In the cell

EJ: What happened?

HB: I got out the bed and we was fighting in the cell, we was fighting in the cell, I got out that bed, I wasn;t asleep no more.

EJ: Right.

HB: When he jumped me he probably would have hurt me if I was in a deep sleep or something I ain't think the man gonna do no shit like that but he dudes bugs around here man, you know what I'm saying.

EJ: (UI)

HB: Dudes are crazy as fuck. All these dudes got crazy in them. I know I do. You know what I'm saying, I've been writing everything to everybody trying to get some help (UI)

EJ: Right.

HB: (UI)

EJ: So tell me, tell me about the fight again, tell me about who had a…

HB: That's what happened.

EJ: (UI)

HB: That's what happened. That's all to it. He jumped me and I used my um arm and weaved up around the rest of that shit he tried to throw, when I got on my feet I started tagging his ass, slammed him to the floor, punched him a couple times, kicked him a couple times that's the end result.

EJ: Where do you remember punching him, the head, the stomach the back…

HB: I hit him in the head. I hit him in the rib one time too.

EJ: Ok.

HB: I know I hit him in the head a couple times. I hit him in the um ribs I think one or two times and I stomped him bare feeted I stomped him, I ain't got no tennis shoes or nothing on.

9

EJ: (UI)

HB: (UI) In the head. Cause his head came bouncing off the concrete.

EJ: So was he on his back or was he on his stomach when you got him down on the ground?

HB: I was he when I started stomping him with my feet, he was on his stomach.

EJ: Ok.

HB: He was on his stomach.

EJ: You were stomping his head, you said you were stomping his head while he was on his stomach and that's when his head was bouncing off the ground?

HB: Head was bouncing off the ground.

EJ: What, now at what point did you stop or are you continuing to fight like that once you already had him down and stuff?

HB: When he ain't responding. He ain't responding. I mean I don't think I'm weak or nothing like that you know what I'm saying, if we gonna fight and I'm gonna fight. I ain't fixing to fight just to fight him, he ain't responding. Like he's knocked out or something…guy was seizing but he ain't responding.

EJ: So how… I mean obviously if he's on his stomach and you, you know you still going to town on him or whatever, at what point I mean did you hit him did you keep hitting him after that?

HB: I stomped him several times, looked, ya'll seen seizures before especially in your profession, a person having a seizure breathing like that and I looked up and I said man I ain't gonna fuck with him no more and I told him I told the guy next to me to call the dude's having a seizure to help me kick the door and started kicking and kicking and kicking. And the police came in all pissed off cause we kicking, the sergeant rather, and walked back out the door. That's when all the inmates blowing through the doors and the Warden and all them came and they started calling the Warden through the door, man sarge came and walked back out man trying to get into the room he walked

10

by the room and trying to get in the room. Then when he can't see he be like just look at me just like you interviewing me look at the tape, look at the camera and see how sarge reacted to this shit.

EJ: How do you describe a seizure...

HB: I seen a seizure before and that's what I thought he was having.

EJ: You're telling me you're not responsive and now you're telling me is...

HB: No, what I'm saying he was responding like getting up, like gasping for air you know choking on spit or swallow or blood, something, I don't know he was just...that's what I mean by he ain't responding like he ain't getting no fight back.

EJ: Did you do anything at that point like go over or see anything...

HB: No.

EJ: Huh?

HB: Right to the vent I ain't trying to kill the bro I'm right to the vent

EJ: When you're kicking the door you still hear him?

HB: Nah he ain't I ain't hearing nothing. I'm just trying to get the sarge down here, the officer or some type of security down here. We was just kicking the door (UI) boom, boom, boom, hollering and screaming. When he came he came with the nurse, opened the door and walked back out slammed the door. When he came back in handing medication and it was like ten or fifteen minutes later he came upstairs, walked by the room, said hey right here man, dude next door blacked out in room, 10 man 10, then he looked in here, popped the strap then he had to wait on somebody to come and help him with um you know you gotta two people standing there to open door.

EJ: Right.

HB: So he came and then another person came, I think it was Officer Rose or something like that came. He had restraints.

EJ: Uhum.

11

HB:  So he came, they cuffed me already so they cuffed Chris put restraints on him the nurse checked if he had pulse, checked for a pulse, this, that, and the other (UI) they put me in the shower and not back in the room. Put me in the shower then they brought me over here and put me in the shower.

ND:  I'm a little slow so you're going to have to help me out ok?

HB:  Yes ma'am.

ND:  Um, you said that he tried to hang himself and now you're sleeping on the bottom bunk?

HB:  Right.

ND:  Ok and that when he tried to hang himself you started yelling at him and he jumped on you, he jumped on you right?

HB:  When he's trying to hang he tried to run the sheet around the bunk, the top bunk and run it through whatever he got tied around his neck, like a shirt or something tied around his neck, the fake hanging, he ain't really trying to hang himself. When he did that there he was bumping the bunk. That made me turn.

ND:  Now, when he jumped on you did he still have the sheet and the shirt?

HB:  Yeah, yeah he had the sheet when he jumped me.

ND:  And, and when he was having that seizure he still had the sheet around him?

HB:  No he didn't have the sheet around him. He had um whatever he had around, a shirt was around his neck. He ain't had the sheet he couldn't make the connection because…

ND:  Where's the sheet?

HB:  On the, in the room.

ND:  In the room.

HB:  Yes ma'am.

ND:  Was it on the bed?

HB:  It ain't his sheets ain't on his bed, my sheets on my bed. I'm on the lower bunk. His sheets ain't on the bed.

12

ND: No but was

HB: Yeah it's up there

ND: Ok.

HB: But not in the formation he had it.

ND: Uhum.

HB: Snatched it you know with an attitude throw them back on the bed I'm like, ok, it's dead I'm fixing to roll over and go back to sleep. You know what I'm saying, I know I ain't going to go back to sleep cause I see tension but I rose from it (UI)

ND: So did you guys have any issues prior to this?

HB: No ma'am. He stay right across from me, throwed fishing lines, chased magazines, all that

ND: What are you in here for?

HB: Me?

ND: Uhuh.

HB: Armed robbery two counts of armed robbery.

ND: And what's the sentence?

HB: Thirty-five.

ND: Ok.

HB: I had two life sentences that gave me back in 2000 right there

ND: From Martin County?

HB: Yeah went back to court June, right around the time they tried to break out of jail (UI)

ND: You were in the middle of that?

HB: I was I went to court and they still had (UI)

ND: Ok, I remember that too.

HB: Had to be '01

13

ND: Yeah. Um I was going to ask you something else. Oh if the guy you tried to talk to through the vent if you're in the cell is it on your right hand side or your left hand side?

HB: It's going to be on my right if I walk through the door of my, in my cell.

ND: If you're standing in your cell…

HB: 9

ND: If you're at your cell door your cell door is right here.

HB: Right.

ND: Standing right in front of it, is it this side or this side?

HB: It's going to be on my left, on my right.

ND: On this, this side?

HB: Room 9,

ND: Room 9?

HB: Yes ma'am.

ND: Do you know what his name is?

HB: I don't know what his name is. He just moved here, he just came here.

ND: What'd you tell him?

HB: To help kick the door.

ND: To help kick the door?

HB: Yes ma'am.

ND: Ok.

HB: I told him, the dude, I said my roommate having a seizure man, help me kick the door. And he got right on it, boom, boom, boom, I got on it boom, boom and we started hollering and we got on like man down, man down he's having a seizure. Then everybody started boom, boom, boom, boom, boom, boom in the middle of shift change, they took they time, they took they precious time. You can look at the clock, the camera…they took they time. .

14

ND: Ok.

EJ: Did you still um you're banging on the door asking for trying to get help, could you still hear him making whatever noises he's making

HB: No noises

EJ: At what point did that stop, do you remember?

HB: I couldn't even tell you, I was just kicking that door and kicking that door and I just can't tell you fifteen, twenty minutes after I heard him, started kicking, when I started kicking the door he was still making that noise.

EJ: Ok.

HB: But I don't know at what point he stopped. I couldn't tell you if I try to make something up I be lying.

EJ: Was he doing with his body anything else?

HB: (UI)

EJ: Other than making that noise, was he like arms flailing around, jumping, bouncing or anything like that?

HB: Nah, it was like he was when trying to catch his breath trying to you know trying to get oxygen in 'em or something you know gagging or choking or something. I seen it again when a person almost drowned (UI) gave CPR

EJ: Describe the fight for me again. Was it like all over the cell? Cause I mean like a pillow on the floor some other stuff on the floor

HB: I put a pillow on the floor

EJ: Ok why did you do that?

HB: On his head.

EJ: Ok tell about that.

HB: Well he was gagging like that, I didn't know if he was going to start

15

ND: Face up or face down?

HB: He was faced down.

ND: So he put his face into the pillow

HB: I put his face on top of the pillow, I mean his head his face, his side like that and I put it on top of the pillow and officer came there

EJ: You put the pillow underneath him; you put the pillow underneath where his head was?

HB: They came and moved that shit.

EJ: But what I'm saying is

HB: I ain't move it.

EJ: Yeah, you put the pillow underneath his head.

HB: To keep him from (UI)

ND: Underneath back here or to the side?

HB: No to the side.

ND: To the side?

HB: Yes ma'am. To the side.

ND: The right side or the left side?

HB: To the left.

ND: To the left side?

HB: To the right side facing the ceiling. His face was facing the wall on the left.

ND: So how did you pick up his head, just lift it up or what?

HB: I picked his head up like that on top.

ND: And when you picked it up was he still gurgling?

HB: Yeah he was still gurgling.

EJ: Anything else you think is important that we didn't ask you or that you thought we were gonna ask you or anything?

Stone v Hendry 000020

HB: No sir.

ND: Nothing else you want to add?

HB: No I just want to tell you what took place. If I add something I'd be lying. I just want to tell you what took place.

EJ: And what was the, the purpose of your fight were you going to fight to the end or fight til...

HB: I really wasn't trying to hurt bro. But when somebody jump me like that you don't know what they intention is. This a fucked up camp. This is a psych campo man.

EJ: Uhum.

HB: What if he had razor or ice pick you know then I'd be fucked up. You don't know what them dudes you know they pass a lot. They pass shit around a lot. You don't know what somebody done passed this dude by shit you don't know what this dude done got in his cell or what he brought in his cell or with him so you gotta be full alert. We doing time, I'm doing time.

EJ: So once you stomped his head and figured the right was over you were done?

HB: Yeah. I ain't, I ain't fucked with that dude no more.

EJ: Alright the time is 12:27 and that will conclude our interview.


Reviewed for accuracy by: _____   Date: _____.

Stone v Hendry 000021