REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

APR 06 2009
C-207L
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES
APR 0 2 2009

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From: BROWN HURLEY L. 402730 SANTA ROSA C-I
Last First Middle Initial Number Institution

SENSATIVE NATURE

Part A – Inmate Grievance    09-6-10115

I JUST Thought That I would BRing This To your Attention, I'm A member of A Deadly bAnd From miami, CALL The JHon DoE Boy's, ALot of people's boi Hurt BEHind The Things WE DiD And SomE EvEn WERE mURDER. Now The LAST TimE I WAS over HERE IN 04, F-Dorm, SomEone put A Hit on my LIFE And I WAS Jump LATE AT Night IN my sLEEp, SEncE I BEEn BAck To This CAmp, I'VE SEEN A FEW FACE'sE ThAt WAnts mE DEAd! I'm In The CELL With SomEonE From out of StAtE At This TimE, But Who's To Say ThAt I WAnT BE plAcE In The CELL With The EnEmy In The nEAR FUTURE! I WAS Told bi NW-FCC AnnEx BEFor I CAmE OVER HERE ThAT I WAS boUnd To F-SP BECAUSE of The ThREATs ThAT'S BEEN ON my LIFE, A Lot of FAmiliE'S WAnTs mE In my GRAvE BECAUSE Of JHon DoE! I REALLy nEEdS To Know your REspons So I could SEnd iT To my LAwyER As WELL As my FAmily! This is NoT A ThREAT AT ALL, I'm JuST BEing CAREFULL!

4-1-09
DATE

Hurley Brown 402730
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 402730
# Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention o the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: 01R090969    Ms Blocker
(Date)    (Received By)

DISTRIBUTION:
INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

119
6E

DC1-303 (Revised 2/05)

FLORIDA DEPARTMENT OF CORRECTIONS

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED
MAR 09 2015
DEPARTMENT OF CORRECTIONS

APPEAL TO
TALLAHASSEE
STATUS CLASSIFICATION

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

BROWN   HURLEY  L.   402730   MARTIN C.I. MAIN
Last    First   Middle Initial   DC Number   Institution

Part A – Inmate Grievance    156-07605

This is an grievance on behalf of my P.M. interview that took place today 2-24-15 with the I-C-T team here at Martin C.I.-Main Unit, I'm appealing the team decision of denial on my request for protection. This team is denying my request likely, because I didn't have any names for them, how could I have names when I just had written off the bus on 2-4-15 and was chase by two Blood members with knives on 2-6-15, the team thought that was funny and to them it may be, they seem to be very, very unprofessional as well as racism and didn't care if I live or died! as long as its Black's stabing and killing one another here at Martin C.I., the I-C-T team is all for it, but let the table's turn and Black's starts stabing and killing white boy's, I know the I-C-T team won't be all smile's there. you could be playing with their decision of denial too, but I know what happen and I know that I'm not going back out there and the system can't force me out of protection to be kill! This is my appeal and my word and decision, kill me back here, because I'm not stepping foot back on Martin compound!

2-25-15
DATE

Hurley Brown / 402730
SIGNATURE OF GRIEVANT AND D.C. #

INMATE FILE COPY

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:   402730  Hurley Brown
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 2/27/15     Institutional Mailing Log #: 15-02-88     Z. Fay
(Date)                                                                 (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY           CENTRAL OFFICE
                INMATE (2 Copies)              INMATE
                INMATE'S FILE                  INMATE'S FILE - INSTITUTION./FACILITY
                INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                               CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)           Incorporated by Reference in Rule 33-103.006, F.A.C.

```
                    FLORIDA DEPARTMENT OF CORRECTIONS           01/20/05
                         DISCIPLINARY REPORT                    PAGE   1
                         HEARING INFORMATION
                         LOG # 150-050032
--------------------------------------------------------------------------
DC#: 402730    INMATE NAME: BROWN, HURLEY L.              INFRACTION
VIOLATION CODE:  0013   TITLE: SPOKEN THREATS             DATE: 01/13/05
FACILITY CODE:  150     NAME: GULF C.I.- ANNEX            TIME: 13:40
--------------------------------------------------------------------------
        TEAM   FINDINGS AND ACTION   DATE: 01/20/05, AT: 08:50
    INMATE OFFERED STAFF ASSISTANCE: DECLINED
    INMATE PLEA: NO PLEA       FINDINGS: GUILTY
    INMATE PRESENT: REFUSED TO APPEAR
  POSTPONEMENT:
  BASIS FOR DECISION:
    INMATE FOUND GUILTY BASED ON OFFICER GRAY'S STATEMENT
    THAT:
    ON 01/13/05 AT APPROXIMATELY 1:40 PM, I WAS ASSIGNED AS
    CONFINEMENT HOUSING OFFICER PERFORMING A ROUTINE SECURITY
    CHECK OF THE UNIT. AS I PASSED CELLP2-121S I OBSERVED
    INMATE BROWN HURLEY DC# 402730 PACING IN HIS CELL. WHEN
    QUESTIONED, INMATE BROWN STATED, "I DONE TOLD YOU I'M TRYING
    TO DO MY OWN THING! "I ATTEMPTED TO COUNSEL WITH INMATE
    BROWN ABOU THIS NEGATIVE ATTITUDE TOWARD STAFF. INMATE BROWN
    STATED, "YOU KNOW OFFICER GREY, YOU BETTER HOPE I NEVER SEE
    YOU ON THE STREET, I'D CUT YOUR FUCKING THROAT! "I ASKED THE
    INMATE WHAT HE SAID AND HE STATED AGAIN, ==I'D CUT YOUR
    FUCKING THROAT AND ANYBODY ELSE WHO FUCKED WITH ME."==

  ACTIONS TAKEN:
    DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONSECUTIVE

    RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

  TEAM CHAIRMAN:   RNL02 - RILEY,NORA L.
  TEAM MEMBERS:    BMB06 - BARRETT,MARILYN B        -
--------------------------------------------------------------------------
--------------------------------------------------------------------------
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS         12/10/08
                         DISCIPLINARY REPORT                  PAGE   1
                         HEARING INFORMATION
                         LOG # 125-081076
---------------------------------------------------------------------------
DC#: 402730    INMATE NAME: BROWN, HURLEY L.         J2115L INFRACTION
VIOLATION CODE: 0013    TITLE: SPOKEN THREATS               DATE: 11/22/08
FACILITY CODE: 125     NAME: NWFRC ANNEX.                   TIME: 10:37
---------------------------------------------------------------------------
            TEAM   FINDINGS AND ACTION   DATE: 12/09/08, AT: 09:00
        INMATE OFFERED STAFF ASSISTANCE: DECLINED
        INMATE PLEA: NO PLEA        FINDINGS: GUILTY
        INMATE PRESENT: REFUSED TO APPEAR
    POSTPONEMENT:
    BASIS FOR DECISION:
        BASED IN PART ON SGT. PLATT'S STATEMENT AND INFORMATION
        PROVIDED IT WAS DETERMINED THAT INMATE BROWN, HURLEY, 402730
        WAS GUILTY OF 1-3, SPOKEN THREATS. THE SGT. NOTED THAT WHILE
        HE WAS COUNSELING WITH THE INMATE OUTSIDE OF THE CAPTAINS
        OFFICE THE INMATE STATED "NEXT TIME I'LL BREAK YOUR JAW YOU
        FUCKING CRACKER!" INMATE DID NOT APPEAR BEFORE THE TEAM AND
        THEREFORE DID NOT ENTER A PLEA. INMATE CALLED NO WITNESSES
        OR EVIDENCE DURING THE INVESTIGATION OF THIS REPORT. INMATE
        IS ADVISED HE HAS 15 DAYS TO APPEAL THE DECISION OF THE
        TEAM.
    HEARING DELAY COMMENTS:
        HEARING DELAYED DUE TO INMATE BEING PLACED IN ISO CELL AT
        NWFRC MAIN UNIT.

  ACTIONS TAKEN:
   LOSS OF GAIN TIME:        90; PROBATION DAYS SET:    0
   DISCIPLINARY CONFINEMENT:  30; PROBATION DAYS SET:    0 CONSECUTIVE

   RESTITUTION:        $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N
        COMMENTS:
            A/C CREDIT CONSIDERED BUT NOT APPLIED.

   TEAM CHAIRMAN:   BMW16 - BRAXTON, M. W.
   TEAM MEMBERS:    WTC02 - WEEKS, T. C.                -
---------------------------------------------------------------------------
---------------------------------------------------------------------------
```

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS
## Daily Record of Special Housing - Supplemental

**Inmate Name:** Brown, Hurley  **FDC Number:** 402730

**Special Housing Category:** AC ☒  DC ☐  CM ☐  MM ☐  CSU ☐  TCU ☐  CMHI ☐

| DATE | TIME | REMARKS | OFFICER |
|---|---|---|---|
| | | by Capt. Hassell. Escort was completed and inmate was placed in J3-101 with no further incident | |
| 12-2-8 | 9:10 pm | Inmate while conducting count in quad 3 | KL |
| 12-2-8 | 9:10 pm | Inmate Brown yelled "Fuck you I ain't | KL |
| 12-2-8 | 9:10 pm | saying shit fuck that take me back to | KL |
| 12-2-8 | 9:10 pm | the Main Unit" I gave Inmate several verbal orders to cease his behavior | KL |
| 12-2-8 | 9:15 pm | Sgt Pope in to counsel with Inmate Brown | KL |
| 12-2-8 | 9:15 pm | about his behavior Inmate Brown begins | KL |
| 12-2-8 | 9:15 pm | to kick on door disrupting the normal | KL |
| 12-2-8 | 9:15 pm | behavior of the quad, stating "Fuck that | KL |
| 12-2-8 | 9:15 pm | you fat bitch go ahead and get ready to | KL |
| 12-2-8 | 9:16 pm | run it" Sgt Pope ordered Inmate to cease his behavior to no avail | KL |
| 12-2-8 | 9:18 pm | Inmate Brown on door still kicking saying | KL |
| 12-2-8 | 9:17 pm | "Is that it go ahead and get the captain | KL |
| 12-2-8 | 9:17 pm | down here" | KL |
| 12-2-8 | 9:20 pm | Capt Foskey in quad to counsel with Inmate | KL |
| 12-2-8 | 9:20 pm | about his disruptive behavior to no avail | KL |
| 12-2-8 | 9:20 pm | Inmate continues kicking on door saying | KL |
| 12-2-8 | 9:21 pm | Shouting and cussing staff | KL |
| 12-2-8 | 9:26 pm | Capt Foskey enters quad to counsel with | KL |
| 12-2-8 | 9:26 pm | Inmate Brown to no avail Inmate continues | KL |
| 12-2-8 | 9:27 pm | his disruptive behavior by kicking on door | KL |
| 12-2-8 | 9:27 pm | stating "You ready to run this shit you | KL |
| 12-2-8 | 9:27 pm | can't do nothing to me fuck boy" | KL |
| 12-2-8 | 9:35 pm | Inmate beating on back window of the cell yelling | KL |
| 12-2-8 | 9:35 pm | "Fuck that take me back to the main unit until | KL |
| 12-2-8 | 9:35 pm | then you can suck my dick" | KL |
| 12-2-08 | 9:43 pm | Capt Foskey enters quad to issued final verbal | KL |
| 12-2-08 | 9:43 pm | order or chemical agents will be applied. | KL |
| 12-2-08 | 9:44 pm | Inmate Brown complies with all orders and | KL |
| 12-2-08 | 9:44 pm | ceases his disruptive behavior | KL |
| 12-2-08 | 9:51 pm | When entering quad Inmate Brown states "That's | KL |
| 12-2-08 | 9:52 pm | right I told you bitches that you can't handle | KL |
| 12-2-08 | 9:52 pm | me I'm going to kick on this door all night" | KL |
| 12-2-08 | 9:54 pm | Inmate Brown begins kicking on door yelling | KL |
| 12-2-08 | 9:54 pm | "Fuck that I told you I'm gonna run it | KL |
| 12-2-08 | 9:55 pm | bitch" Inmate | KL |
| 12-2-08 | 9:56 pm | Inmate yelling into quad cursing | KL |
| 12-2-08 | 9:58 pm | staff and beating on the back window of | KL |
| 12-2-08 | 9:58 pm | the cell "Fuck that bitch tell your fat Seargent | KL |
| 12-2-08 | 10:00 pm | to go fuck himself" | KL |
| 12-2-08 | 10:02 pm | Inmate continues kicking on cell door yelling | KL |
| 12-2-08 | 10:02 pm | "Go ahead bring that shit I ain't got all | KL |
| 12-2-08 | 10:03 pm | night" | KL |
| 12-2-08 | 10:04 pm | Capt Foskey and Sgt Williams enters quad | KL |
| 12-2-08 | 10:04 pm | Sgt Williams applies 3 one second burst | KL |
| 12-2-08 | 10:04 pm | of chemical agents to the center person | KL |

When it becomes necessary to record addition information concerning an incident or actions pertaining to an inmate assigned to one of the specified statuses, this form will be completed as needed and attached to the applicable DC6-229.

DC6-229B (Revised 5/1/08)   Incorporated by Reference in Rule 33-601.800, F.A.C.

# STATE OF FLORIDA
# DEPARTMENT OF CORRECTIONS

## Daily Record of Special Housing - Supplemental

**Inmate Name:** BROWN, HURLEY     **FDC Number:** 402730

| DATE | TIME | REMARKS | OFFICER |
|---|---|---|---|
| 11/22/08 | 1045A | RECEIVED INMATE BROWN, BURLEY DC# 402730 | JR |
| 11/22/08 | 1045A | FROM: K3-202 STATUS A7 RECEIVED PRE CONFINEMENT | JR |
| 11/22/08 | 1045A | PHYSICAL BY NURSE HALL . STRIP SEARCHED BY. OFC. ROGERS | JR |
| 11/22/08 | 1045A | PLACED IN CELL  J1-213L. ISSUED TOOTHBRUSH, TOOTHPASTE , SOAP, | JR |
| 11/22/08 | 1045A | TOILET PAPER, 2 SHEETS, 1 PILLOW CASE, 2 BLANKETS. INMATE SIGNED | JR |
| 11/22/08 | 1045A | AND ACKNOWLEDGED THAT HE UNDERSTOOD ALL THE NORTHWEST | JR |
| 11/22/08 | 1045A | FLORIDA RECEPTION CENTER ANNEX CONFINEMENT RULES. | JR |
| 11-22-08 | 3:10 pm | Inmate brown counseled with about being on | KL |
| 11-22-08 | 3:10 pm | the door Inmate stated "Fuck that you can | KL |
| 11-22-08 | 3:10 pm | bring the gas if you want to" I counseled | KL |
| 11-22-08 | 3:00 pm | with Inmate about his behavior to no avail. | KL |
| 11-22-08 | 3:15 pm | Sgt Ingram counsels with Inmate Brown about | KL |
| 11-22-08 | 3:15 pm | his behavior Inmate comlies with several | KL |
| 11-22-08 | 3:15 pm | verbal orders and ceases his behavior | KL |
| 11-22-08 | 3:20 pm | Inmate declares a mental health emergency. | KL |
| 11-22-08 | 3:20 pm | Medical notified and control room notified | KL |
| 11-22-08 | 3:30 pm | Inmate Brown was asked gave a direct | KL |
| 11-22-08 | 3:30 pm | verbal order to turn around and cuff up | KL |
| 11-22-08 | 3:30 pm | Inmate stated "fuck that I ain't doing shit" | KL |
| 11-22-08 | 3:33 pm | Sgt Ingram in to counsel with Inmate to no | KL |
| 11-22-08 | 3:33 pm | avail | KL |
| 11-22-08 | 3:40 pm | Captain Davis enters quad to counsel with | KL |
| 11-22-08 | 3:40 pm | Inmate. Inmate complies with all orders and | KL |
| 11-22-08 | 3:45 pm | is pulled from cell to see mental health | KL |
| 11-22-08 | 355pm | INMATE RECEIVED MENTAL HEALTH ASSESMENT | JTI |
| 11-22-08 | 355pm | FROM NURSE ADAMS | JTI |
| 11-22-08 | 418pm | INMATE BROWN RETURNED TO HOLDING CELL | JTI |
| 11-22-08 | 428pm | INMATE BROWN REFUSED TO ACCEPT FOOD TRAY/ | JTI |
| 11-22-08 | 428pm | CHOW. INMATE STATED "I DON'T WANT | JTI |
| 11-22-08 | 428pm | TO EAT" | JTI |
| 11-22-08 | 510pm | INMATE Transfered TO MAIN UNT ISO CELL FOR | JTI |
| 11-22-08 | 510pm | OBSERVATION | JTI |
| 11-22-08 | 5:14pm | I/m HURLey PLACed INTO SOS Cell I2-106S. | W.J |
| 11-25-08 | 2:30p | Gained from ISO | RR |
| 11-25-08 | 9:05p | while conducting count in quad 1 went by Cell J1-213 | 94 |
| 11-25-08 | 9:05p | and saw inmate Brown cutting himself told inmate | 94 |
| 11-25-08 | 9:05p | to stop cutting himself the inmate ceased cutting | 94 |
| 11-25-08 | 9:05p | himself we removed him and called medical for | 94 |
| 11-25-08 | 9:05p | psych emergency put him in holding cell | 94 |
| 11-25-08 | 9:15pm | medical came and looked at the inmate | 94 |
| 11-25-08 | 955pm | I/m Hurley sent to MU ISO | JKS |
| 12-2-08 | 8:40pm | I/m Brown was escorted from the main unit Isolation | C |
| | | cell to J. Dormitory. I/m attempted to pull | |
| | | away from Main Unit staff during the escort | |
| | | at which time Spontaneous force was utilized | |
| | | to gain control of the Inmate. I/m was | |
| | | evaluated by medical staff for a post use of | |
| | | force Assessment and hand held camera initiated | |

When it becomes necessary to record additional information concerning an incident or actions pertaining to an inmate assigned to one of the specified statuses, this form will be completed as needed and attached to the applicable DC6-229.

DC6-229B (Revised 5/1/08)     Incorporated by Reference in Rule 33-601.800, F.A.C.



```
                    FLORIDA DEPARTMENT OF CORRECTIONS           11/17/09
                         DISCIPLINARY REPORT                    PAGE   1
                          HEARING INFORMATION
                          LOG # 119-092724
------------------------------------------------------------------------
DC#: 402730    INMATE NAME: BROWN, HURLEY L.         F1222U INFRACTION
VIOLATION CODE:  0013    TITLE: SPOKEN THREATS             DATE: 11/06/09
FACILITY CODE:  119     NAME:  SANTA ROSA C.I.             TIME: 23:15
------------------------------------------------------------------------
            TEAM    FINDINGS AND ACTION    DATE: 11/17/09, AT: 08:25
       INMATE OFFERED STAFF ASSISTANCE: DECLINED
       INMATE PLEA: NOT GUILTY    FINDINGS: GUILTY
       INMATE PRESENT: YES
   POSTPONEMENT:
   BASIS FOR DECISION:
       BASED IN PART ON OFFICER ANDREW'S WRITTEN REPORT AS VERIFIED
       THROUGH THE INVESTIGATION THAT WHILE SCREENING OUTGOING MAIL
       INMATE BROWN SUBMITTED A LETTER FORM MAILING WHICH STATED,
       "I WOULD HAVE SHOT YOUR FAKE ASS IN THE HEAD, BUT BITCH YOU
       GOTTA GOE!  I'LL SEE YOU IN HELL HO; THERE ARE EYES ON YOU
       AND YOU DON'T EVEN KNOW IT."  "YOU'LL DIE SLOW BITCH, THE
       NEXT NOTATION WILL BE TO YOUR DEAD MOTHER AND FATHER HO."
       THE TEAM READ AND REVIEWED THE ATTACHED COPY OF THE LETTER.
       THE TEAM ALSO READ AND CONSIDERED INMATE BROWN'S WRITTEN
       STATEMENT.  INMATE BROWN DID NOT REQUEST ANY WITNESSES OR
       EVIDENCE AND SIGNED THE WITNESS DISPOSITION FORM AND THE
       DOCUMENTARY OR PHYSICAL EVIDENCE DISPOSITION FORM.  INMATE
       BROWN WILL RECEIVE A COPY OF THE TEAM FINDINGS AND WAS
       ADVISED HE HAS 15 DAYS TO APPEAL THE TEAM'S DECISION.

   ACTIONS TAKEN:
    DISCIPLINARY CONFINEMENT:   30; PROBATION DAYS SET:   0 CONSECUTIVE

    RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

    TEAM CHAIRMAN:    BBM07 - BAKER, BONNIE M.
    TEAM MEMBERS:     DKW00 - DIERMYER, K.W.             -
------------------------------------------------------------------------
------------------------------------------------------------------------
```

**INMATE REQUEST**

10-4753

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
(Instructions on Back)

Mail Number: ___
Team Number: 4
Institution: SANTA ROSA CI
SECRETARY F-D-
TALLAHASSEE

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☒ Other

FROM: Inmate Name: HURLEY BROWN | DC Number: 402730 | Quarters: F-3116 | Job Assignment: L/M | Date: 6-28-10

REQUEST — Check here if this is an informal grievance ☒

PLEASE AKNOWLEDGE THE FACT THAT THERE HAS BEEN TWO ATTEMPS ON MY LIFE HERE AT SANTA ROSA AND YES MY FAMILY HAS SPOKEN WITH THE ASST. WARDEN AND I'VE WRITTEN TO HER, AND THE PRISON INSPECTOR MYSELF, I'M A GANG MEMBER AND I HAD A FIGHT WITH MY ROOMATE BACK IN JAN. OF THIS YEAR, WHO IS A LATIN KING AND I JUST HAD A FIGHT WITH ANOTHER ROOMATE THAT TRIED TO TAKE A HIT FOR THE KING'S ON MY LIFE AND I BEAT HIM DOWN BADLY, NOW SANTA ROSA GONNA PLACE ME ON CM 1 FOR NOW, BUT WHAT HAPPENS WHEN I MAKE CM 2 AGAIN, THIS IS A CRY FOR Y'ALL HELP PLEASE, THANKS.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

E/PAIGE 4748

RECEIVED
JUN 29 2010
SARCI
Informal Grievance Office

---

DO NOT WRITE BELOW THIS LINE

**RESPONSE** — DATE RECEIVED:

YOUR GRIEVANCE HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

ACCORDING TO CHAPTER 33-103.014 (1) (N) REASONS FOR RETURN OF GRIEVANCE. THIS ISSUE IS BEING ADDRESSED ON INFORMAL GREIVANCE 10-4753. WAIT THE APPROPRIATE TIME FOR A RESPONSE.

THEREFORE, THIS INFORMAL GRIEVANCE IS BEING RETURNED WITHOUT FURTHER PROCESSING.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): [signature] | Date: 6/28/10

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.

```
                    FLORIDA DEPARTMENT OF CORRECTIONS          02/24/2015
                         DISCIPLINARY REPORT                   PAGE   1
                         LOG # 430-000079
-----------------------------------------------------------------------
 DC#: 402730   INMATE NAME: BROWN, HURLEY L.          INFRACTION
 VIOLATION CODE:  0013    TITLE: SPOKEN THREATS       DATE: 01/20/2000
 FACILITY CODE:  430     NAME: MARTIN C.I.            TIME: 15:00
-----------------------------------------------------------------------
I.   STATEMENT OF FACTS:
         ON JANUARY 20, 2000, I WAS ASSIGNED AS DISCIPLINARY REPORT
         INVESTIGATOR. AT APPROXIMATELY 3:00 P.M., I WAS CONDUCTING
         A D.R. INVESTIGATION ON INMATE BROWN, HURLEY DC# 402730
         ASSIGNED TO D3110L ALONE. UPON COMPLETING THE DELIVERY OF
         CHARGES, I COLLECTED INMATE BROWN'S DC4-804C WITNESS
         STATEMENT FORM (SEE ATTACHED). AS I BEGAN TO SIGN OFF AS
         THE INVESTIGATING OFFICER ON INMATE BROWN'S STATEMENT, I
         OBSERVED THAT INMATE BROWN HAD WRITTEN THREATS TOWARDS BOTH
         C/O D. LONG ( THE OFFICER WHO HAD WRITTEN THE D.R. THAT THE
         WITNESS STATEMENT PERTAINED TO ) AND SGT. J. SAWYER. THIS
         REPORT WAS WRITTEN UNDER THE DIRECTION OF THE SHIFT O.I.C.
         NOTE:  THE REASON FOR THE DELAY IN WRITTING THIS REPORT
         WAS DUE TO THIS OFFICER NOT PRESENT AT MTCI ON JANUARY
         21,22 & 23.

  REPORT WRITTEN: 01/24/2000, AT 10:15   OFFICER: JTT02 - JOHNSON, TROY G.
  ASSIGNED AND APPROVED BY: DNN01 - DUBOIS, N.N.
-----------------------------------------------------------------------
II.  INVESTIGATION:
         INMATE OFFERED STAFF ASSISTANCE: DECLINED

   INVESTIGATION BEGUN:  01/24/2000, AT 10:30   OFFICER: CAA04 - CARDENAS, A.
   INVESTIGATION ENDED:  01/28/2000, AT 10:00
-----------------------------------------------------------------------
III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 01/26/2000, AT: 13:55

                    DELIVERED BY : CAA04 - CARDENAS, A.
-----------------------------------------------------------------------
IV.  DESIGNATING AUTHORITY REVIEW    LEVEL: MAJOR    DATE: 01/28/2000

                         OFFICER: WJJ09 - WITTENMYER, J.
-----------------------------------------------------------------------
V.          TEAM    FINDINGS AND ACTION   DATE: 01/31/2000, AT: 10:01
         INMATE OFFERED STAFF ASSISTANCE: DECLINED
         INMATE PLEA: NO PLEA      FINDINGS: GUILTY
         INM PRESNT: N   WAIVED 24 HR NOTICE: N
      POSTPONEMENT:
      BASIS FOR DECISION:
         FACTS GIVEN BY SGT. T. JOHNSON: WHILE SIGNING OFF ON INMATE
         BROWN'S WITNESS STATEMENT FOR A DR FOR 9-1 OBSCENE/PROFANE
         ACT I OBSERVED HE HAD WRITTEN THREATS TOWARD CO D. LONG AND
         SGT. J. SAWYER. HE STATED CO LONG WAS LYING ON THE DR AND
         THAT SHE NEEDED TO BE IN HER GRAVE FOR LYING AND IF HE GETS
         OUT THERE AGAIN HE WILL TRY TO HURT HER.

     ACTIONS TAKEN:
      LOSS OF GAIN TIME:        90; PROBATION DAYS SET:   0
      DISCIPLINARY CONFINEMENT: 30; PROBATION DAYS SET:   0 CONSECUTIVE
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS           12/10/08
                         DISCIPLINARY REPORT                    PAGE   1
                         HEARING INFORMATION
                         LOG # 125-081080
--------------------------------------------------------------------------
 DC#: 402730    INMATE NAME: BROWN, HURLEY L.         J2115L INFRACTION
 VIOLATION CODE:  0014    TITLE: DISRESP.TO OFFICIALS    DATE: 11/22/08
 FACILITY CODE:  125     NAME:  NWFRC ANNEX.             TIME: 15:10
--------------------------------------------------------------------------
         TEAM   FINDINGS AND ACTION    DATE: 12/09/08, AT: 09:15
      INMATE OFFERED STAFF ASSISTANCE: DECLINED
      INMATE PLEA: NO PLEA       FINDINGS: GUILTY
      INMATE PRESENT: YES
   POSTPONEMENT:
   BASIS FOR DECISION:
      BASED IN PART ON OFFICER LANIER'S STATEMENT AND INFORMATION
      PROVIDED IT WAS DETERMINED THAT INMATE BROWN, HURLEY, 402730
      WAS GUILTY OF 1-4, DISRESPECT TO OFFICIALS. OFFICER LANIER
      NOTED THAT WHILE HE WAS COUNSELING WITH INMATE BROWN ABOUT
      HIS BEHAVIOR, INMATE BROWN STATED "I DON'T GIVE A FUCK, MAKE
      ME SHUT UP, I DON'T TAKE NO SHIT FROM A FUCKING CHILD!"
      INMATE BROWN REFUSED TO APPEAR BEFORE THE TEAM AND THEREFORE
      DID NOT ENTER A PLEA. INMATE CALLED NO WITNESSES OR EVIDENCE
      DURING THE INVESTIGATION OF THIS REPORT. INMATE IS ADVISED
      HE HAS 15 DAYS TO APPEAL THE DECISION MADE BY THE TEAM.
   HEARING DELAY COMMENTS:
      HEARING DELAYED DUE TO INMATE BEING PLACED IN ISO CELL AT
      NWFRC MAIN UNIT.

  ACTIONS TAKEN:
   LOSS OF GAIN TIME:       60; PROBATION DAYS SET:   0
   DISCIPLINARY CONFINEMENT:  30; PROBATION DAYS SET:   0 CONSECUTIVE

   RESTITUTION:        $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

   TEAM CHAIRMAN:   BMW16 - BRAXTON, M. W.
   TEAM MEMBERS:    WTC02 - WEEKS, T. C.                -
--------------------------------------------------------------------------
```