

**Florida Department of Corrections**
Julie L. Jones, Secretary

Home | About Us | Contact Us

Rick Scott, Governor

# Corrections Offender Network
*Inmate Release Information Detail*

(This information was current as of 3/17/2015)



| | |
|---|---|
| DC Number: | T43015 |
| Name: | COX, CHRISTOPHER J |
| Race: | WHITE |
| Sex: | MALE |
| Hair Color: | BROWN |
| Eye Color: | BROWN |
| Height: | 5'09" |
| Weight: | 134 lbs. |
| Birth Date: | /1987 |
| Custody: | CLOSE |
| Current Release Date: | DECEASED |

**Aliases:**

| | |
|---|---|
| MATTHEW ARNOLD | CHRISTOPHER COX |
| CHRISTOPHER J COX | CHRISTOPHER JAMES COX |
| CHRISTOPHER NMI COX | ADAM M WADE |

**Scars, Marks, and Tattoos:**

| Type | Location | Description |
|---|---|---|
| TATTOO | LEFT ARM | FAITH MONICA |
| TATTOO | LEFT ARM | SARAH HEART V SKULL HATE |
| TATTOO | LEFT CHEST | GREEN EYE |
| TATTOO | LEFT HAND | SKULL FAST |
| TATTOO | LEFT LEG | 9 THIGH HEART X2 NB |
| TATTOO | RIGHT ARM | HEART RON CROSS |
| TATTOO | RIGHT ARM | PRAYING HANDS, FLA DRAMA MASK |
| TATTOO | RIGHT CHEST | EYES GREEN |
| TATTOO | RIGHT HAND | BOW |
| TATTOO | RIGHT LEG | 6 THIGH |
| TATTOO | STOMACH | FUCK |

**Current Prison Sentence History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 04/02/2009 | POSS.CONTROL.SUBS/OTHER | 03/22/2010 | HILLSBOROUGH | 0906867 | 2Y 0M 0D |
| 04/02/2009 | POSS.CONTROL.SUBS/OTHER | 03/22/2010 | HILLSBOROUGH | 0906867 | 2Y 0M 0D |
| 09/09/2009 | 2ND DEG.MURD,DANGEROUS ACT | 02/24/2012 | HILLSBOROUGH | 0915728 | 25Y 0M 0D |

*Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.*

**Detainers:** (Further information may be obtained by contacting the detaining agency)

| Detainer Date | Agency | Type | Date Canceled |
|---|---|---|---|
| 02/27/2012 | 13C - 0915728: 25YRS | NTFY/P&P | |

**Incarceration History:**

| Date In-Custody | Date Out-Custody |
|---|---|
| 03/06/2012 | 03/16/2015 |

[First] [Previous] [Next] [Last] [Return to List]     [New Search]     Record: 10 of 12

*The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.*

*This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.*

*For questions and comments, you may contact the Department of Corrections, Bureau of Admission and Release, at (850) 488-9167 or go to [Frequently Asked Questions About Inmates for more information](). This information is made available to the public and law enforcement in the interest of public safety.*

**Search Criteria:** Last Name: cox First Name: christopher Search Aliases: YES Offense Category: ALL Release Facility: ALL Stated County of Residence Upon Release: ALL County of Commitment: ALL

**Return to Corrections Offender Information Network**