Inmate Population Information Detail    http://dc.state.fl.us/ActiveInmates/detail.asp?Bookmark=1&From=list&...

Case 2:17-cv-14177-RLR   Document 285-11   Entered on FLSD Docket 09/06/2018   Page 1 of 2
Case 2:17-cv-14177-RLR   Document 191-8   Entered on FLSD Docket 08/24/2018   Page 1 of 2



Florida Department of Corrections
Julie L. Jones, Secretary

Home | About Us | Contact Us

Rick Scott, Governor

**Home**   **Correctional Institutions**   **Community Corrections**   **Division of Development**   **Explore FDC**   **Offender Search**   **Strategic Plan**

**Inmate Mortality**   **Newsroom**   **Corrections Offender Network**

*Inmate Population Information Detail*

(This information was current as of 1/28/2018)



| | |
|---|---|
| DC Number: | 402730 |
| Name: | BROWN, HURLEY L |
| Race: | BLACK |
| Sex: | MALE |
| Hair Color: | BLACK |
| Eye Color: | BROWN |
| Height: | 5'07'' |
| Weight: | 198 lbs. |
| Birth Date: | /1965 |
| Initial Receipt Date: | 07/19/1984 |
| Current Facility: | FLORIDA STATE PRISON |
| Current Custody: | CLOSE |
| Current Release Date: | 11/12/2029 |



*Send money to this inmate.*

(Release Date subject to change pending gain time award, gain time forfeiture, or review. A 'TO BE SET' Release Date is to be established pending review.)

| Aliases: | |
|---|---|
| ALT DOB 9/22/1968 | BUD TIMOTHY BROWN |
| HURLEY L BROWN | HURLEY LEE BROWN |
| WARREN BROWN | LIGHT BULB |

**Scars, Marks, and Tattoos:**

| Type | Location | Description |
|---|---|---|
| TATTOO | LEFT ARM | DESTINEE WITH HEART |
| TATTOO | LEFT ARM | ANGEL W/WINGS, RIP GRANDMA |
| TATTOO | LEFT CHEST | BUNNY / BULB TH LADIES LOVE |
| TATTOO | LEFT HAND | DESTINEE |
| TATTOO | RIGHT ARM | LIGHT BULB |
| TATTOO | RIGHT ARM | MARY, DOG ASS BITCH |

**Current Prison Sentence History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 02/09/1996 | ROBB. GUN OR DEADLY WPN | 01/15/1998 | MIAMI-DADE | 9605206 | 35Y 0M 0D |
| 02/09/1996 | ROBB. GUN OR DEADLY WPN | 01/15/1998 | MIAMI-DADE | 9605206 | 35Y 0M 0D |

*Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.*

Inmate Population Information Detail     http://dc.state.fl.us/ActiveInmates/detail.asp?Bookmark=1&From=list&...

Case 2:17-cv-14177-RLR   Document 285-11   Entered on FLSD Docket 09/06/2018   Page 2 of 2
Case 2:17-cv-14177-RLR   Document 191-8   Entered on FLSD Docket 08/24/2018   Page 2 of 2

**Incarceration History:**

| Date In-Custody | Date Out-of-Custody |
|---|---|
| 07/19/1984 | 02/26/1987 |
| 05/13/1988 | 09/19/1989 |
| 02/11/1998 | Currently Incarcerated |

**Prior Prison History:** (Note: Data reflected covers periods of incarceration with the Florida Dept.of Corrections since January of 1983)

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 12/19/1983 | ROBB. NO GUN/DDLY.WPN | 06/13/1984 | MIAMI-DADE | 8329054 | 3Y 6M 0D |
| 10/20/1983 | TRAFFIC IN STOLEN PROPERTY | 01/14/1985 | MIAMI-DADE | 8417506 | 3Y 6M 0D |
| 11/18/1983 | TRAFFIC IN STOLEN PROPERTY | 01/14/1985 | MIAMI-DADE | 8417509 | 3Y 6M 0D |
| 11/28/1983 | TRAFFIC IN STOLEN PROPERTY | 01/14/1985 | MIAMI-DADE | 8417510 | 3Y 6M 0D |
| 12/19/1983 | TRAFFIC IN STOLEN PROPERTY | 01/14/1985 | MIAMI-DADE | 8417513 | 3Y 6M 0D |
| 09/15/1987 | BATT.LEO/FIRFGT/EMS/ETC. | 03/02/1988 | MIAMI-DADE | 8729986 | 2Y 6M 0D |
| 09/15/1987 | MARIJUANA-SALE/PURCHASE | 03/02/1988 | MIAMI-DADE | 8729986 | 2Y 6M 0D |
| 09/15/1987 | RESISTING OFFICER W/VIOLEN. | 03/02/1988 | MIAMI-DADE | 8729986 | 2Y 6M 0D |
| 09/15/1987 | COCAINE-POSSESS | 03/02/1988 | MIAMI-DADE | 8729986 | 2Y 6M 0D |
| 10/09/1987 | COCAINE-POSSESS | 03/02/1988 | MIAMI-DADE | 8732663 | 2Y 6M 0D |

Record: 1 of 1

*The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.*

*This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.*

*For questions and comments, you may contact the Department of Corrections, Bureau of Classification and Central Records, at (850) 488-9859 or go to Frequently Asked Questions About Inmates for more information. This information is made available to the public and law enforcement in the interest of public safety.*

Search Criteria: Last Name: brown First Name: hurley Search Aliases: on Offense Category: ALL County of Commitment: ALL Current Location:

Return to Corrections Offender Information Network

**Information For...**
- Media
- Inmate/Offender Families
- Victims
- Students
- Vendors
- Offenders
- Job Seekers
- Volunteers

**Publications**
- Recidivism Report
- Annual Report
- Annual Substance Abuse Reports
- Quarterly Escapes Report
- Agency Strategic Plan
- Perimeter Check
- Quick Facts
- Inmate Orientation Handbook: English – Spanish
- More...

**Orgs & Offices**
- Office of the Secretary
- Organization
- Organization Charts
- Statewide Facility Directory
- Frequently Called Numbers
- Citizens' Services

**About Us**
- Who Are We?
- Mission
- History of Corrections

**How Do I...**
- Pay Court Ordered Payments
- Call an Inmate
- File a Complaint
- Send an Inmate Money
- Write to an Inmate
- Visit an Inmate
- Register for Victim Notification

**Resources**
- Contact Us
- Media Releases
- Open Government Information

**Special Programs**
- Beekeeping Programs
- Second Chance Farm - Horse Programs
- Inmate Dog Adoption Programs
- Corrections Foundation



Privacy Policy |

Accessibility