```
                            REPORT OF PROTECTIVE MANAGEMENT, DC6-234A                    04/10/2015   12 39
                                            MARTIN                                        PAGE       1
INMATE NAME    COX, CHRISTOPHER J         DC# T43015    PREV LOC/HOUS/JOB  463/F3219L/S07   HOUS       P O BOX
```

*SECTION I     PLACEMENT IN ADMINISTRATIVE CONFINEMENT    (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE 12/18/2014   TIME  21 28
DISP  Z03 = AC-PROTECTION NEED (I/M ONLY)
STAFF        - DIXON,DARLENE
     ON THURSDAY, 12/18/14, AT APPROXIMATLEY 5 00PM INMATE COX, CHRISTOPHER #T43015 WAS PLAECED IN ADMINISTRATIVE CONFINEMENT UNDER PROTECTION  INMATE COX REQUESTED PROTECTION FROM AN UNIDENTIFIED INMATE  INMATE COX ALLEGED THAT THE INMATE PUT A HIT OUT ON HIM  INMATE COX WAS GIVEN

*SECTION II    ICT REVIEW OF PLACEMENT IN ADMINISTRATIVE CONFINEMENT   (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE 12/19/2014   TIME  17 16
DISP  R33 = INITIAL REV OF PROT  CMP
STAFF        - WILLIAMS, JABARIA D        - PONCE, B            - BARBER, VICTOR L
     CONTINUE AC PENDING PN INVESTIGATION

*SECTION III   INVESTIGATION OF INMATES NEED FOR PROTECTION
DATE 12/28/2014   TIME  19 33
DISP  Z11 = PROT  NEED INVEST CMP
STAFF        - DIXON,DARLENE
     INMATE COX, CHRISTOPHER T43015 REQUESTED FOR PROTECTION AGAINST AN UNIDENTIFIED INMATE WHO HE ALLEGED THAT PUT A HIT OUT ON HIM TO BE STABBED WHILE AT CHARLOTTE C I  INMATE COX NOTED CELL H1216 WITHIN HIS WITNESS STATEMENT AS THE BUNK ASSIGNMENT FOR A LIGHT SKIN INMATE  OFFICER STEVENSON CONDUCTED A SEARCH OF THE CELL  BOTH INMATE'S ASSIGNED TO THE CELL AREN'T LIGHT SKIN  NO EVIDENCE WAS FOUND AT THIS TIME TO SUPPORT HIS ALLEGATIONS  FORWARDING BACK TO CLASSIFICATION REQUESTING FOR HIS INCIDENT HISTORY TO BE REVIEWED TO CHECK FOR MAJOR INCIDENTS  INMATE COX ALLEGED THAT HE WAS STABBED WHILE AT CHARLOTTE BECAUSE OF THE HIT THAT WAS PLACED ON HIM

*SECTION IV    ICT RECOMMENDATION TO SCO OF INMATES NEED FOR PROTECTION
DATE 01/06/2015   TIME  09 04
DISP  R13 = THREATS,VERB AB, OR HARASS
STAFF        - WILLIAMS, JABARIA D        - PONCE, B            - BARBER, VICTOR L
     THE INSTITUTIONAL CLASSIFICATION TEAM MET AND RECOMMENDS THAT INMATE COX, CHRISTOPHER DC# T43015 BE TRANSFERRED TO RESOLVE HIS NEED FOR PROTECTION  INMATE COX, INDICATES THAT HE IS REQUESTING PROTECTION FROM AN INMATE THAT HAS PUT A HIT OUT ON HIM  INMATE PROVIDED A DESCRIPTION OF THE INMATE THAT HE IS IN FEAR OF AND A DORM NUMBER  THE ASSIGNED INVESTIGATOR  - REVIEWED AND INTERVIEWED BOTH INMATES ASSIGNED TO DORM H1216 AND NEITHER INMATE MATCHES THE DESCRIPTION PROVIDED BY INMATE COX  INMATE COX FURTHER STATED THAT THIS INCIDENT HAS FOLLOWED HIM FROM CHARLOTTE CI IN WHICH HE WAS STABBED BY ANOTHER INMATE AT CHARLOTTE CI  TEAM REVIEWED CDC FOR INCIDENTS REGARDING AN ASSAULT AT CHARLOTTE CI  DC61 0 REFLECTS THAT INMATE WAS SEXUALLY ASSAULTED WHILE HOUSED AT CHARLOTTE CI, NO EVIDENCE OF BEING STABBED NOTED  TEAM BELIEVES THAT TRANSFER IS IN THE BEST INTEREST OF THE INMATE AND INSITUTION

*SECTION V     SCO FINAL DECISION
DATE 01/06/2015   TIME  09 15
DISP  R64 = RESOLVE PROT-TRNSFR
STAFF        THORNTON, LAWYER J
     APPROVED FOR TRANSFER TO RESOLVE HIS PROTECTION NEEDS DUE TO A POSSIBLE THREAT  INMATE CLAIM SEVERAL UNIDENTIFIED INMATES THREATEN TO PUT A HIT OUT ON HIM AND HE IS INFEAR FOR HIS SAFETY , HE ALSO CLAIM HE WAS STABBED AT CHARLOTTE C I BASED ON THE NATURE OF THE ALLOGATIONS A TRANSFER WOULD BE IN THE BEST INTEREST OF THE INMATE

```
                            REPORT OF PROTECTIVE MANAGEMENT, DC6-234A                        07/15/2014  16:13
                                          CHARLOTTE C.I.                                          PAGE     1

INMATE NAME:  COX, CHRISTOPHER J          DC#: T43015    PREV LOC/HOUS/JOB: 510/Y2107U/S07   HOUS: Y2107U   P.O. BOX:

*SECTION I:    PLACEMENT IN ADMINISTRATIVE CONFINEMENT      (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE: 06/24/2014    TIME: 09:48
DISP: Z03 = AC-PROTECTION NEED (I/M ONLY)
STAFF:            GATTO, F              HEL13 - HEATON, L.
   ON JUNE 24, 2014 AT APPROXIMATELY 09:48 INMATE COX, CHRISTOPHER DC#T436015 WAS PLACED IN ADMINISTRATIVE CONFINEMENT
FOR PROTECTION NEEDS AFTER BEING ADVISED OF PLACEMENT. CAPTAIN F. GATTO REPORTS THAT INMATE COX REQUESTED PROTECTION BECAUSE
HE WAS IN FEAR FOR HIS LIFE. INMATE COX DID PROVIDE A WRITTEN STATEMENT REGARDING HIS PLACEMENT. INMATE COX WAS GIVEN
                                        INMATE COX WAS AFFORDED THE OPPORTUNITY TO PLACE A NOTIFICATION CALL TO VISITORS
BUT DECLINED. INMATE COX'S CASHLESS CANTEEN CARD WAS DEACTIVATED.

*SECTION II:   ICT REVIEW OF PLACEMENT IN ADMINISTRATIVE CONFINEMENT   (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE: 06/25/2014    TIME: 07:21
DISP: R33 = INITIAL REV OF PROT. CMP
STAFF:            JOHNSON, R. A.        JK008 - KING, J                    LICATA, J.

SECTION III:   INVESTIGATION OF INMATES NEED FOR PROTECTION
DATE: 07/08/2014    TIME: 11:40
DISP: Z11 = PROT. NEED INVEST CMP.
STAFF:             HEATON, L.
   ON 7/8/2014 AT APPROXIMATELY 11:40 INMATE COX, CHRISTOPHER DC# T43015 WAS INTERVIEWED IN REGARD TO HIS PROTECTIVE
MANAGEMENT REQUEST. INMATE COX STATES THAT ON 3/12/2014 HE WAS RAPED AT KNIFE POINT, ALONG WITH BEING ROBBED. HE STATES
THAT THE INMATE SENT WORD FROM THE BOX, THAT IF INMATE COX SAID A WORD OR DID NOT CONTINUE TO GIVE HIM AND HIS GANG BROTHERS
MONEY, HE WOULD BE KILLED. HE STATES THAT THE INMATES NAME IS JAMES JOHNSON AND HE IS A CRIP GANG MEMBER. HE STATES THAT
HE IS IN FEAR FOR HIS SAFETY FROM THESE INMATES. HE STATES THAT HE ALREAYD SPOKE TO THE I.G. ABOUT THIS ISSUE. ON 6/24/2014
INMATE JOHNSON, JAMES 258549 WAS FOUND IN POSSESION OF INMATE COX'S ID CARD. INMATE COX'S ALLEGED RAPE WAS REPORTED (PREA
# X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). INMATE JOHNSON IS CURRENTLY HOUSED AT SFRC AND I WAS UNABLE TO OBTAIN A WITNESS STATEMENT AFTER CONTACTING
THE INSTITUTION. INMATE JOHNSON IS A KNOWN MEMBER OF THE STG GROUP ROLLIN 60'S CRIP AND HIS RANKING IS A CROWN PRINCE.
MEDICAL STATES THAT INMATE COX                                          FROM 6/24/2014, WHEN HE WAS PLACED INTO CONFINEMENT.
INMATE COX IS NOT LISTED AS A KNOWN GANG MEMBER AND HAS NO GANG RELATED TATTOOS. THE WITNESS STATEMENTS FROM INMATE COX,
AND AN INCIDENT REPORT (510-0614-191) IS ATTACHED FOR FURTHER INFORMATION.

*SECTION IV:   ICT RECOMMENDATION TO SCO OF INMATES NEED FOR PROTECTION
DATE: 07/15/2014    TIME: 10:45
DISP: R13 = THREATS,VERB AB, OR HARASS
STAFF:            - SEVERSON, L                    - COLLINS,D.              - LICATA, J.
   THE TEAM RECOMMENDS THAT INMATE COX BE TRANSFERRED TO RESOLVE HIS NEED FOR PROTECTION BASED ON EVIDENCE TO SUPPORT
HIS CLAIMS TO NEEDING PROTECTION. THE TEAM NOTES THAT HIS PREA ALLEGATIONS HAVE BEEN NOTED AND ARE CURRENTLY BEING INVESTIGATED,
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. THE TEAM RECOMMENDS A SPECIAL REVIEW AGAINST INMATE JOHNSON.
```

*(handwritten, bottom right):* Rel to O/P
Approved sz/

*(handwritten):* rz LtCol

# DEPARTMENT OF CORRECTIONS

**COLONEL'S OFFICE**  **INCIDENT REPORT**

JUN 2 5 2014

| | | | |
|---|---|---|---|
| Reporting Institution: | CHARLOTTE C.I. | Incident Report Number: | 510-0614-191 |
| Reporting Employee: | D. GADSDEN | PREA Number: | PR-X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 |
| Employee ID Number: | 7282 | Date of incident: | 06/24/14 |
| Person(s) Involved: | COX, CHRISTOPHER J #T43015. | Time of incident: | 08:57 A.M. |
| | | Witness(es): | |

Control Room Log Entry Made: ☐ Yes ☒ No   Disciplinary Report Initiated: ☐ Yes ☐ No
Inmate Placed in Confinement: ☒ Yes ☐ No   Work Order Initiated: ☐ Yes ☐ No
Duty Warden Notified: ☒ Yes ☐ No Time: 11:34pm   MINS Initiated: ☐ Yes ☐ No
EAC Notified: ☐ Yes ☐ No Time: 12:00pm   Duty Officer Name: Donaldson
Supporting Documents Attached

**DETAILS OF INCIDENT:** At approxiately 8:57 a.m. while conducting an SRI appointment, when inmate Cox was asked he was being pressured by other inmates for sexual favors, his response was yes. Inmate Cox explained, "I am a young white boy who receives money." Inmate Cox advised that this has happen either on 06/04/14 or 06/05/14, stated that the inmate James Johnson #258549 who was housed in F2109L was in possession of his I.D. card. Inmate Cox stated that his Grandfather had put $150.00 in his account. Inmate Cox stated that on 06/16/14 went to the canteen there was on $50.00 and some change that remained on his canteen card. Mr. Licata was advised of the incident and Captain Gatto was contacted of the incident.

D. Gadsden, SCLO                                                                                         06/24/14
Reporting Employee's Name (Print)            Reporting Employee's Signature            Date

**Shift Supervisor/ Department Head**

**COMMENT:** Inmate Cox was placed in administrative confinement pending a review of his protect needs.

Inmate Cox was given a NI1-120 form a sexual abuse pamphlet. Warden Ried and EAC were notified with PR-X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

Capt. Frank Gatto                                                                                         06/24/2014
Shift Supervisor's/ Department Head's Name (Print)            Shift Supervisor's Signature            Date

REVIEW: *Appropriate action taken.*

KC: Ofc. T. Baker
IG's

MINS

J.M. King, CO Major                                                                                   6/25/14
Correctional Officer Chief's Name (Print)            Correctional Officer Chief's Signature            Date

REVIEW: [handwritten, illegible]

[handwritten signatures]

No. A. Baker

Warden's Name (Print)            Warden's Signature            Date



NOTIFICATION OF PM DISAPPROVAL
TOMOKA C.I.

```
INMATE NAME:  COX, CHRISTOPHER J          DC#: T43015    PREV LOC/HOUS/JOB: 282/Y2109L/S07   HOUS: Y2109L   P.O. BOX:
SCO MEMBER:   EDWARDS, FELICIA N.
DECISION:     03/27/2014   SCO DECISION; DISAPPROVED FOR PM
```

INSTRUCTIONS TO INMATE:

THE STATE CLASSIFICATION OFFICE HAS DETERMINED THAT PROTECTIVE MANAGEMENT IS NOT NECESSARY FOR YOU. THIS IS YOUR NOTIFICATION THAT YOU MAY APPEAL THIS DECISION DIRECTLY TO THE OFFICE OF THE SECRETARY PURSUANT TO RULE 33-103.007 AND 33-103.011.

APPEAL
---

I ACKNOWLEDGE THAT I HAVE BEEN INFORMED THAT THE STATE CLASSIFICATION OFFICE HAS DENIED MY REQUEST FOR PROTECTION.

__X__ I (DO NOT) WANT TO APPEAL THE STATE CLASSIFICATION OFFICE`S DECISION TO THE OFFICE OF THE SECRETARY. I UNDERSTAND I WILL BE RELEASED FROM ADMINISTRATIVE CONFINEMENT AS A RESULT OF THIS DECISION.

_____ I (DO) WANT TO APPEAL THE STATE CLASSIFICATION OFFICE`S DECISION TO THE OFFICE OF THE SECRETARY. I UNDERSTAND THAT I HAVE 15 DAYS TO FILE THIS APPEAL PURSUANT TO CHAPTER 33-103 F.A.C. I FURTHER UNDERSTAND THAT I WILL REMAIN IN ADMINISTRATIVE CONFINEMENT UNTIL THE APPEAL PROCESS IS COMPLETE AND IF I HAVE NOT FILED WITHIN 15 DAYS, I WILL BE RELEASED FROM ADMINISTRATIVE CONFINEMENT TO OPEN POPULATION.

_____          4-2-14
INMATE SIGNATURE                         DATE

_____          4. 2-14
ICT CHAIR SIGNATURE                      DATE

_____          4/2/14
ICT MEMBER SIGNATURE                     DATE

_____          4/2/14
ICT MEMBER SIGNATURE                     DATE


-- FILE IN INMATE RECORDS --

```
INMATE NAME:  COX, CHRISTOPHER J      DC#: T43015    PREV LOC/HOUS/JOB: 282/Y2109L/S07   HOUS: Y2109L   P.O. BOX:
```

**\*SECTION I:   PLACEMENT IN ADMINISTRATIVE CONFINEMENT    (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)**
DATE: 03/05/2014    TIME: 15:30
DISP: Z03 = AC-PROTECTION NEED (I/M ONLY)
STAFF:          - COY, J.
   ON 3/5/2014 AT APPROXIMATLEY 15:30 HOURS, INMATE COX, CHRISTOPHER T43015 WAS PLACED IN ADMINISTRATIVE CONFINEMENT
AFTER BEING ADVISED OF THE PLACEMENT. INMATE COX WAS PALCED IN A/C PENDING PROTECTIVE MANAGEMENT. INMATE COX WAS ASKED
IF HE WISHED TO MAKE A STATEMENT. INMATE COX PROVIDED A WRITTEN STATEMENT THAT SAYS HE IS IN FEAR FOR HIS LIFE. INMATE
COX WAS GIVIEN A ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. INMATE COX REFUSED A PHONE CALL. INMATE COX'S IDENTIFICATION
CARD WAS DEACTIVATED.

**\*SECTION II:  ICT REVIEW OF PLACEMENT IN ADMINISTRATIVE CONFINEMENT   (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)**
DATE: 03/06/2014    TIME: 08:46
DISP: R33 = INITIAL REV OF PROT. CMP
STAFF:          POOLE,D.L.                    TARVER, S            - WILLIAMS, A.C.
   72 HOUR REWVIEW PENDING PM INVESTIGATION.

**SECTION III: INVESTIGATION OF INMATES NEED FOR PROTECTION**
DATE: 03/12/2014    TIME: 08:01
DISP: Z11 = PROT. NEED INVEST CMP.
STAFF:          - NUTT, R.
   ON 3-6-14, AT APPROXIMATELY 04:25 HOURS, I INTERVIEWED INMATE COX, CHRISTOPHER, W/M, DC# T43015, IN REGARDS TO HIS
PROTECTION NEED. HE REQUESTED PROTECTION FROM HIS CO-DEFENDANT'S COUSIN. COX, CHRISTOPHER, W/M, DC# T43015 STATES, "I
AM REQUESTING PM FROM MY CO-DEFENDANT'S COUSIN! I AM IN FEAR THAT MY SAFETY IS NOT BEING MET! IF I HAVE TO IN ORDER TO
STAY SAFE I WILL STAY IN Y-DORM TILL I LEAVE IN 2033! PLEASE HE WILL KILL ME IF I GET OUT. I HAVE A FAMILY I'M TRYING
TO GET HOME TO! EDWIN SANTIAGO HE IS IN Y2-114. HE IS ONE OF THE COUSIN'S BROTHER IN A GANG THIS IS HOW I KNOW I WILL
BE KILLED. PLEASE MY LIFE IS IN DANGER! I INTERVIEWED INMATE SANTIAGO, EDWIN, B/M, DC# 777308, WHO STATED THAT HE DIDN'T
EVEN KNOW INMATE COX. I SHOWED HIM A PHOTO OF COX AND HE SAID THAT HE DIDN'T KNOW HIM. COX WAS RELEASED FROM Y-DORM ON
3-5-14. HE LEFT OUT OF CONFINEMENT AND WENT TO MTC AND SAID HE CAN'T GO BACK ON THE COMPOUND AND REQUESTED PROTECTION
AGAIN. SCO DISAPPROVED HIM FOR PM ON 2-4-14. HE STATED HE WANTED TO FILE AN APPEAL ON 2-7-14, BUT NEVER DID. ATTACHED
IS COX'S DC6-112C AND HIS ORIGINAL PM INVESTIGATION.



## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### TOMOKA CORRECTIONAL INSTITUTION

| | |
|---|---|
| **MEMO TO:** | Institutional Classification Team |
| **FROM:** | R. Nutt, Sergeant |
| **DATE:** | March 12, 2014 |
| **SUBJECT:** | Inmate COX, Christopher, W/M, DC# T43015 |

On 3-6-14, at approximately 04:25 hours, I interviewed Inmate COX, Christopher, W/M, DC# T43015, in regards to his protection need. He requested protection from his co-defendant's cousin.

COX, Christopher, W/M, DC# T43015 states, "I am requesting PM from my co-defendant's cousin! I am in fear that my safety is not being met! If I have to in order to stay safe I will stay in Y-dorm till I leave in 2033! Please he will kill me if I get out. I have a family I'm trying to get home to! Edwin Santiago he is in Y2-114. He is one of the cousin's brother in a gang this is how I know I will be killed. Please my life is in danger!

I interviewed Inmate SANTIAGO, Edwin, B/M, DC# 777308, who stated that he didn't even know Inmate COX. I showed him a photo of COX and he said that he didn't know him.

COX was released from Y-dorm on 3-5-14. He left out of confinement and went to MTC and said he can't go back on the compound and requested protection again. SCO disapproved him for PM on 2-4-14. He stated he wanted to file an appeal on 2-7-14, but never did.

Attached is COX's DC6-112C and his original PM investigation.

EXHIBIT B

**Witness Statement**

| State of Florida | Log #_____ | Department of Corrections |

### I. Identifying Inmate Information

DC# T43015    Inmate Name Cox Christopher

Violation Code and Short Title _____

Use of Force # _____

Date Report Written _____

### II. Witness

☐ Staff Member: Name and Position_____

☐ Other Individual: Name_____

☐ Inmate: DC #_____ Name_____

### III. Voluntary Refusal

*The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:*

Witness Signature _____ Date_____

Signature of Investigating Officer_____ Date_____

### IV. Statement

I am requesting P/M from my Codefendents Cousion! I am in fear that my saftly is not being met! If I have to In order to stay safe I will stay in Y dorm till I ~~be~~ leave in 2033! Please he will kill me if I get out. I have a family Im trying to get home to! EDwin Santiago he is in YZ-114 He is one of the Cousions brothers in a gang this is how I know I will be Killed.. Please my live is in danger!

Witness Signature Christopher Cox    Date 3-5-2014

Signature of Investigating Officer _____    Date 3-5-14

DC6-112C (Revised 8/06)    Original: Inmate File    Copy: Central Office

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| Cox | Christopher | | T43015 | Martin CI |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

**Part A – Inmate Grievance**  15-6-08628

The ICT Team recommended transfer due to my request for protection. SCO denied the transfer, I am still in fear for my life and would like reconsideration/ appeal from the SCO decision. I need to be transferred from this camp for my safety.

_____
2-26-15
DATE

SIGNATURE OF GRIEVANT AND DC #  T43015

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS  # ∅ / _____ Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103 006, Florida Administrative Code When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below)

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F A C 33-103 007 (6)(d)

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on 3/11/15 (Date)   Institutional Mailing Log # 15-03-6   _____ (Received By)

DISTRIBUTION
INSTITUTION/FACILITY        CENTRAL OFFICE
INMATE (2 Copies)           INMATE
INMATE'S FILE               INMATE'S FILE - INSTITUTION /FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### INMATE REQUEST

02-15-99

Mail Number: _____
Team Number: _____
Institution: _____

TO: (Check One)  ✓ Warden  ☐ Asst. Warden  ☐ Classification  ☐ Security  ☐ Medical  ☐ Mental Health  ☐ Dental  ☐ Other _____

FROM:
Inmate Name: Cox Christopher
DC Number: T43015
Quarters: D2-214
Job Assignment: N/A
Date: 2-11-15

**REQUEST**    Check here if this is an informal grievance ✓

I am writing this inregardes to my physical safty! I was stabbed numerous times at Charlotte C.I. at the end of 2014. I was PPM Transfered to SFRC then to Dade C.I. On 12-13-14 I was threated by the same Gang (Family) Tnct if I didnot pay 25% of all my Canteen I would Be killed. I was PPM Transfered to SFRC again. I came to Martin C.I. on 1-14-15, By 2-3-15 I had Ben Robbed and told if I didnot pay 1,000.00 I'd Be Killed...(My family knows about this). 2-3-15 I checked in again Asking for help. I am scard I'll Be denied and killed. I spoke to A inmate who was cut up here at Martin C.I. 's pm unit. I'v only had 1 DR since 4-26-12, I graduated from the Faith Based Program, I donot cause problems. I am

✶ Ammended Informal Grievance Attached ✶

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____ DC#: _____

Classification
M.R.B.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**    DATE RECEIVED: _____

See attached

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

Official (Print Name): _____  Official (Signature): _____  Date: 2/23/15

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.



Ammended Informal Grievance Attachment

Cox, Christopher     T43015     D2-214     N/A     2-11-15

Requesting to Be Transfered from Martin C.I, Do to the treat of my personle, phycale safty. All I ask is to Be kept physicly safe! Will provide family's # if needed!

    Thank you for your time on this Extreme Issue

    Inmate Cox

    *[signature]* T43015

Grievance log# 02-15-99

**Your informal grievance has been reviewed, received and the following determined.**

You have been reviewed by the ICT and State Classification Office. The State Classification Office has disapproved your protection request based on no injuries and no verified information obtained during the investigation.

**Grievance is denied.**

**Per Mr. Brugeling**

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|

**REQUEST** Continuation

Check here if this is an informal grievance ☐

of 6-13-14 I would have ben LocKED-up the state Could have done a RAPE Kit, Aswell my I.D would Have ben shut off So the 99.28 that was stolen off my CARD would still be there for me To write my family so They Know I am ok and safe! I have writen Inmate Trust fund on 6-24-14 11:01:34 am they printed A Transaction List. my grandfather Roland Doyle placed 1105.00 in my Account on 6-11-2014 After my liens were paid I had 151.11. on the Transaction sheet it shows a sale for 99.28 on 6-14-14. I have A canteen ~~Steel~~ reciet on 6-16-14 for 37.83 on Inmate Trust fund it shows the date as 6-17-14. I wrote Cpt. Gatto And ms. Gasdad I am furwording a copy of this to the Inspector General As well as my family. I do not wish no retaliation from Any staff do to this matter.
Thank You Inmate Cox T43015

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                    **DATE RECEIVED:** _____

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by the appropriate person.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 6/12)

Incorporated by Reference in Rule 33-103.005, F.A.C.

NOTIFICATION OF PM DISAPPROVAL
TOMOKA C.I.

INMATE NAME: COX, CHRISTOPHER J       DC#: T43015    PREV LOC/HOUS/JOB: 282/Y1114U/S07    HOUS: Y1114U    P.O. BOX:
SCO MEMBER:  EDWARDS, FELICIA N.
DECISION:    02/04/2014   SCO DECISION; DISAPPROVED FOR PM

INSTRUCTIONS TO INMATE:

THE STATE CLASSIFICATION OFFICE HAS DETERMINED THAT PROTECTIVE MANAGEMENT IS NOT NECESSARY FOR YOU.
THIS IS YOUR NOTIFICATION THAT YOU MAY APPEAL THIS DECISION DIRECTLY TO THE OFFICE OF THE SECRETARY
PURSUANT TO RULE 33-103.007 AND 33-103.011.

APPEAL

I ACKNOWLEDGE THAT I HAVE BEEN INFORMED THAT THE STATE CLASSIFICATION OFFICE HAS DENIED MY
REQUEST FOR PROTECTION.

_____ I (DO NOT) WANT TO APPEAL THE STATE CLASSIFICATION OFFICE`S DECISION TO THE OFFICE OF
THE SECRETARY. I UNDERSTAND I WILL BE RELEASED FROM ADMINISTRATIVE CONFINEMENT AS A
RESULT OF THIS DECISION.

_CJC_ I (DO) WANT TO APPEAL THE STATE CLASSIFICATION OFFICE`S DECISION TO THE OFFICE OF THE
SECRETARY. I UNDERSTAND THAT I HAVE 15 DAYS TO FILE THIS APPEAL PURSUANT TO CHAPTER
33-103 F.A.C. I FURTHER UNDERSTAND THAT I WILL REMAIN IN ADMINISTRATIVE CONFINEMENT
UNTIL THE APPEAL PROCESS IS COMPLETE AND IF I HAVE NOT FILED WITHIN 15 DAYS, I WILL BE
RELEASED FROM ADMINISTRATIVE CONFINEMENT TO OPEN POPULATION.

_____          2-5-14
INMATE SIGNATURE                   DATE

_____          _____
ICT CHAIR SIGNATURE                DATE

_____          2/12/14
ICT MEMBER SIGNATURE               DATE

_____          2/12/14
ICT MEMBER SIGNATURE               DATE

-- FILE IN INMATE RECORDS --

```
                          REPORT OF PROTECTIVE MANAGEMENT, DC6-234A            4 CLO        07/11/2014  11:21
                                       CHARLOTTE C.I.                                        PAGE      •  1
INMATE NAME:   COX, CHRISTOPHER J        DC#: T43015    PREV LOC/HOUS/JOB: 510/Y2107U/S07   HOUS: (Y2107U)  P.O. BOX:
```

*SECTION I:    PLACEMENT IN ADMINISTRATIVE CONFINEMENT       (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE: 06/24/2014   TIME: 09:48
DISP: Z03 = AC-PROTECTION NEED (I/M ONLY)
STAFF: ▓▓▓ - GATTO, F            HEL13 - HEATON, L.
   ON JUNE 24, 2014 AT APPROXIMATELY 09:48 INMATE COX, CHRISTOPHER DC#T436015 WAS PLACED IN ADMINISTRATIVE CONFINEMENT
FOR PROTECTION NEEDS AFTER BEING ADVISED OF PLACEMENT. CAPTAIN F. GATTO REPORTS THAT INMATE COX REQUESTED PROTECTION BECAUSE
HE WAS IN FEAR FOR HIS LIFE. INMATE COX DID PROVIDE A WRITTEN STATEMENT REGARDING HIS PLACEMENT. INMATE COX WAS GIVEN
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ INMATE COX WAS AFFORDED THE OPPORTUNITY TO PLACE A NOTIFICATION CALL TO VISITORS
BUT DECLINED. INMATE COX'S CASHLESS CANTEEN CARD WAS DEACTIVATED.

*SECTION II:   ICT REVIEW OF PLACEMENT IN ADMINISTRATIVE CONFINEMENT   (OR POSSIBLE PROTECTION NEED FROM SPECIAL MGT CASE)
DATE: 06/25/2014   TIME: 07:21
DISP: R33 = INITIAL REV OF PROT. CMP
STAFF: ▓▓▓ - JOHNSON, R. A.         ▓▓▓ - KING, J         ▓▓▓ - LICATA, J.

SECTION III: INVESTIGATION OF INMATES NEED FOR PROTECTION
DATE: 07/08/2014   TIME: 11:40
DISP: Z11 = PROT. NEED INVEST CMP.
STAFF: ▓▓▓ - HEATON, L.
   ON 7/8/2014 AT APPROXIMATELY 11:40 INMATE COX, CHRISTOPHER DC# T43015 WAS INTERVIEWED IN REGARD TO HIS PROTECTIVE
MANAGEMENT REQUEST. INMATE COX STATES THAT ON 3/12/2014 HE WAS RAPED AT KNIFE POINT, ALONG WITH BEING ROBBED. HE STATES
THAT THE INMATE SENT WORD FROM THE BOX, THAT IF INMATE COX SAID A WORD OR DID NOT CONTINUE TO GIVE HIM AND HIS GANG BROTHERS
MONEY, HE WOULD BE KILLED. HE STATES THAT THE INMATES NAME IS JAMES JOHNSON AND HE IS A CRIP GANG MEMBER. HE STATES THAT
HE IS IN FEAR FOR HIS SAFETY FROM THESE INMATES. HE STATES THAT HE ALREAYD SPOKE TO THE I.G. ABOUT THIS ISSUE. ON 6/24/2014
INMATE JOHNSON, JAMES 258549 WAS FOUND IN POSSESION OF INMATE COX'S ID CARD. INMATE COX'S ALLEGED RAPE WAS REPORTED (PREA
# X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). INMATE JOHNSON IS CURRENTLY HOUSED AT SFRC AND I WAS UNABLE TO OBTAIN A WITNESS STATEMENT AFTER CONTACTING
THE INSTITUTION. INMATE JOHNSON IS A KNOWN MEMBER OF THE STG GROUP ROLLIN 60'S CRIP AND HIS RANKING IS A CROWN PRINCE.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ FROM 6/24/2014, WHEN HE WAS PLACED INTO CONFINEMENT.
INMATE COX IS NOT LISTED AS A KNOWN GANG MEMBER AND HAS NO GANG RELATED TATTOOS. THE WITNESS STATEMENTS FROM INMATE COX,
AND AN INCIDENT REPORT (510-0614-191) IS ATTACHED FOR FURTHER INFORMATION.

---

*Handwritten notes:*

- Transfer to P.M. unit

- Due to his small stature. I/m is 5'9" 130 lbs - 27 y/o A.

- Evidence to support claim

7/15/14

PREA
X 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

[signature]