


# FLORIDA DEPARTMENT OF CORRECTIONS
# OFFICE OF THE INSPECTOR GENERAL
# INQUIRY SUMMARY REPORT

| | | | |
|---|---|---|---|
| Classification of Incident: | Negligence | Case Number: | 15-11671 |
| Incident Date: | 6-11-2015 | Facility Code/Name: | 430/ Martin CI |
| Date Assigned: | 6-11-2015 | Inspector Assigned: | Erika McFarland-Williams |
| OCIG Case Number: | | PREA Number: | |

Contains Protected Health Information:   x   Yes _____ No

**PREDICATE:**
This inquiry is predicated on the Office the Inspector General ("OIG") receiving a written complaint, on June 10, 2015, from Nurse Robert Silvis alleging Wexford Medical Services has an Licensed Practical Nurse (LPN) providing sick call services at Sago Palm Re-Entry Center (SPRC); however, per the a Registered Nurse (RN) is supposed to provide this service. The upper management at Wexford is not concerned with inmate care or safety; they are only concerned with passing the audits. Wexford did nothing about a nurse finding an inmate killed by another inmate. The LPN never started cardio-pulmonary resuscitation (CPR), never checked his vital signs and just stated "oh he's dead." Silvis requested that the board of nursing be notified, but was told no. Wexford has a problem with male nurses as they try to get them out the door because they try to work with security. Nurse Silvis was assigned to Martin Correctional Institution (MCI). Upon initial review of the information, the Office of the Inspector General initiated an inquiry into the allegation. This inquiry was assigned on June 10, 2015.

**PERSONS INFORMATION:**

| Name | Title | ID/DC # | Complainant/Witness/Other |
|---|---|---|---|
| Robert Silvis | Former Director of Nursing | 76291 | Complainant |
| C. Conrad | Nurse | 71508 | Subject |
| Troy Kilpatrick | Regional Director of Nursing | 37635 | witness |
| Robert Hendry | Warden | 9329 | witness |
| Christopher Cox | Inmate | T43015 | deceased |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |




# FLORIDA DEPARTMENT OF CORRECTIONS
# OFFICE OF THE INSPECTOR GENERAL
# INQUIRY SUMMARY REPORT

**JUSTIFICATION FOR CLOSURE:**

|   | SAO Declined Prosecution | ASA Name |   | Date |   |
|---|---|---|---|---|---|
|   | Video Disproved Allegation (Video Reviewed by an OIG Employee and Retained in Case File) ||||||
|   | Inmate on Inmate Battery Which Constitutes Affray or Mutual Combat |||||
|   | Inmate Possession of a Cellular Phone |||||
|   | Inmate Possession of a Weapon not Involving a Violent Crime or Firearm |||||
|   | Victim Declined to Participate/Withdrew/Recanted/Pursue Criminally (Refusal Witnessed by an OIG Employee) |||||
|   | Conduct Alleged Was Lawful or Pursuant to Procedure or Administrative Rule |||||
|   | Lack of Credible or Factual Information/Evidence to Support the Allegation |||||
|   | Suspect Staff Was Not Present or On-Duty |||||
|   | Incident Referred to Management to handle in accordance with F.A.C. Rule (*Explanation in Summary*) |||||
|   | Complaint Referred to Outside Law Enforcement with No Investigative Assist Required |||||
|   | Previously Investigated by Outside Office of the Inspector General || Case No.: ||  |
| x | Previously Investigated or Addressed by OIG || Case No.: || 15-3971 |
| x | Investigative Assist Closed/Outside Law Enforcement Case Closed || Case No.: || 15-4055 |

**ALLEGED VIOLATION(S):** Medical Negligence

**SUMMARY OF FINDINGS:**

On June 11, 2015, Former Director of Nursing Mr. Robert Silvis (Mr. Silvis) provided a taped sworn statement which indicated the following:

Mr. Silvis advised he was the Director of Nursing at Martin Correctional Institution from April 22, 2014, until he was terminated on May 26, 2015. Mr. Silvis advised he was terminated and informed by Mr. Troy Kilpatrick (Regional Director of Nursing) the reason for his termination was because "he was doing poor care." Mr. Silvis advised he believes he was terminated because the Medical Department failed the audit. Mr. Silvis advised on May 26, 2015, he was terminated and escorted off the Institutional grounds.

Mr. Silvis advised prior to his termination there were several issues concerning the nurses at Martin Correctional Institution he brought to the attention of Troy Kilpatrick, Mr. Julian, and Warden Hendry. Mr. Silvis advised these incidents were documented on incident reports and e-mailed to Troy Kilpatrick. Mr. Silvis advised the incidents listed below occurred prior to his termination, reported to administration and documented on incident reports:

On March 15, 2015, Mr. Silvis advised there was a homicide at Martin Correctional Institution in Delta dormitory. Mr. Silvis advised Nurse C. Conrad (Nurse Conrad) and a Correctional Officer was conducting medication rounds when they observed an inmate lying on the cell floor, face down with what appeared to be a ligature around his neck. Mr. Silvis advised the cellmate was removed from the cell and Nurse Conrad and the Officer entered the cell. Mr. Silvis advised he was informed Nurse Conrad advised the inmate was deceased and did not attempt CPR.

Mr. Silvis advised that a nurse can't pronounce an inmate deceased. Nurse Conrad upon discovering the inmate unresponsive in his cell should have immediately begun CPR. Mr. Silvis advised CPR did not begin on this inmate until two additional nurses arrived from the medical building. Mr. Silvis advised Nurse Conrad

 

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF THE INSPECTOR GENERAL
## INQUIRY SUMMARY REPORT

actions were unacceptable and he wanted her reported to the Board of Nursing for failing to render aid.

*It should be noted*: the allegation of negligence against Nurse Conrad in reference to the death of Inmate Christopher Cox is being addressed in OIG case 15-4055. The Death Investigation of Inmate Christopher Cox is OIG case 15-3971.

*It should be noted:* Nurse Conrad was terminated and is no longer allowed to be a contracted nurse for the Florida Department of Corrections.

Mr. Silvis also alleged Wexford Medical Services has a Licensed Practical Nurse (LPN) providing sick call services at Sago Palm Re-Entry Center (SPRC); however, per the contact between Wexford and the Florida Department of Corrections a Registered Nurse (RN) is supposed to provide this service.

On September 2, 2015, contact was made with the Director of Nursing M. Weissberger at Martin Correctional Institution. DON M. Weissberger advised a LPN can conduct sick call out if it is approved by the Director of Nursing. DON M. Wessberger advised this transition will normally only happen if a Registered Nurse is not available and the nursing staff is short.

Mr. Silvis did not make any allegation in his recorded statement in reference to Wexford having a problem with male nurses because they want to work with security staff at the institution.

Disciplinary Report Issued _____  Yes __x__ No    Disciplinary Report Number: _____

During the course of this inquiry, based on the information obtained it is the recommendation of this inspector this inquiry (s) be addressed in the following manner:

**RECOMMENDATIONS:**

|   | |
|---|---|
|   | Initiate an Administrative Investigation |
|   | Initiate a Criminal Investigation |
| x | Close Inquiry |
|   | Close Inquiry/PREA/Unfounded |
|   | Closed Inquiry/PREA/Exceptionally Cleared |

PREA ONLY: Victim's Notification of Findings:  Method: _____  Date: _____

I, Inspector Erika McFarland, do hereby swear or affirm, under penalty of perjury:

- That I have read the foregoing document and, to the best of my knowledge, information, and belief, the facts stated therein are true and accurate.

Reporting Inspector:  Erika McFarland- Williams                Date: 9-16-2015