## DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

Reporting Institution: MCI

Reporting Employee: C. Conrad LPN

Employee ID Number: _____

Person(s) Involved: _____

Incident Report Number: 430-0315-113G

PREA Number: _____

Date of incident: 3/15/15

Time of incident: 1920

Witness(es): _____

Control Room Log Entry Made: ☐ Yes ☐ No
Inmate Placed in Confinement: ☐ Yes ☐ No
Duty Warden Notified: ☐ Yes ☐ No Time: ___
AC Notified: ☐ Yes ☐ No Time: ___
Supporting Documents Attached: ___

Disciplinary Report Initiated: ☐ Yes ☐ No
Work Order Initiated: ☐ Yes ☐ No
MINS Initiated: ☐ Yes ☐ No
Duty Officer Name: ___

**DETAILS OF INCIDENT:** While passing meds in Delta Dorm, IM declared man down. Noted IM lying face down in 210. Standing IM removed from cell. IM lying face down with arms to his sides. Pillow under face. White cloth around neck tied in knot. Unable to find pulse. No chest movement. IM rolled over on back. Red drainage noted from mouth and nose. Abrasion to L forehead c̄ red drainage. Nose and ears discolored. Rubbed chest vigorously. No response. Body warm and pale. Security notified medical to respond c̄ ER equipment. Medical arrived c̄ stretcher, EM Red bag & AED.

Reporting Employee's Name (Print): C. Conrad LPN
Reporting Employee's Signature: C. Conrad LPN
Date: 3/15/15

**Shift Supervisor / Department Head**

**COMMENT:** This incident is currently under investigation.

Supervisor's/Department Head's Name (Print): M. JULIAN, HSA MARTIN CI
Shift Supervisor's Signature: [signed]
Date: 3/16/15

REVIEW: Forward to IG for investigation. MINS Report completed.

Correctional Officer Chief's Name (Print): Colonel David Cole
Correctional Officer Chief's Signature: [signed]
Date: 3/17/15

REVIEW: ___

Warden's Name (Print): ___
Warden's Signature: ___
Date: ___

DETAILS OF INCIDENT (cont.):

SHIFT Supervisor/ Department Head
COMMENT (cont.):

REVIEW (cont.):

REVIEW (cont.):