UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 2:17-CV-14177/ROSENBERG/LYNCH

MONICA STONE, as the Personal
Representative of the Estate of
CHRISTOPHER COX and on behalf
Of Survivors, Monica Stone and
Ronald Doyle,

       Plaintiff,

vs.

ROBERT HENDRY, ROBERT FEIPEL,
CHRISTOPHER ROSE, DAVID BAILES,
CAROLYN CONRAD, and JULIE JONES
in her Official Capacity as Secretary of the
Florida Department of Corrections,

       Defendants.
_____/

## DEFENDANTS' JOINT MOTION TO REINSTATE DEFENDANTS' MOTIONS TO TAX COSTS [D.E. 323, 324, 327] AND MOTION FOR AN ORDER OF ENTITLEMENT TO ATTORNEY'S FEES [D.E. 326]

Defendants, ROBERT HENDRY, ROBERT FEIPEL, CHRISTOPHER ROSE, DAVID BAILES, and CAROLYN CONRAD, by and through their respective undersigned counsels, hereby jointly move this Court to reinstate Defendants, Christopher Rose and David Bailes' Verified Motion to Tax Costs [D.E. 323], Defendants, Robert Hendry and Robert Feipel's Motion to Tax Costs [D.E. 324], Defendants, Christopher Rose and David Bailes' Verified Motion for an Order of Entitlement to Attorney's Fees [D.E. 326], and Defendant, Carolyn Conrad's Motion to Tax Costs [D.E. 327], as follows:

1

1. On November 21, 2018, this Court entered an Order Adopting the Magistrate's Report and Recommendation which adopted the Magistrate's recommendation that the Defendants' Motions for Summary Judgment should be granted. *See* D.E. 319.

2. On December 21, 2018, this Court entered the Final Judgment in favor of the Defendants and against the Plaintiff. *See* D.E. 322.

3. On December 26, 2018, Defendants, Christopher Rose (hereinafter, "Rose") and David Bailes (hereinafter, "Bailes") filed their Verified Motion to Tax Costs and Incorporated Memorandum of Law. *See* D.E. 323.

4. On January 4, 2019, Defendants, Robert Hendry (hereinafter, "Hendry") and Robert Feipel (hereinafter, "Feipel") filed their Motion to Tax Costs and Supporting Memorandum of Law. *See* D.E. 324.

5. On January 9, 2019, the Plaintiff filed her Objections to the Motion to Tax Costs by Defendants, Rose and Bailes. *See* D.E. 325.

6. On January 10, 2019, Defendants, Rose and Bailes filed their Verified Motion for an Order of Entitlement to Attorney's Fees and Incorporated Memorandum of Law. *See* D.E. 326.

7. On January 14, 2019, Defendant, Carolyn Conrad (hereinafter, "Conrad") filed her Motion to Tax Costs and Memorandum in Support of Bill of Costs. *See* D.E. 327.

8. On January 15, 2019, the Plaintiff appealed this matter to the Eleventh Circuit Court of Appeals. *See* D.E. 329.

9. On January 16, 2019, this Court entered an Order terminating the Defendants' Motions to Tax Costs [D.E. 323, 324, and 327] and the Motion for Attorney's Fees [D.E. 326] and stayed the matter pending the outcome of the appeal. *See* D.E. 330.

10. This Court additionally ordered that "[a]ny party may move for the motions to be reinstated after the appeal has concluded." *Id.*

11. On September 10, 2019, the Eleventh Circuit Court of Appeals entered an Order affirming the judgment in this matter. *See* Tab 1.

12. On September 24, 2019, the Plaintiff filed a Petition for Panel Rehearing and Rehearing En Banc.

13. On January 24, 2020, the Eleventh Circuit Court of Appeals issued its Order denying the Plaintiff's Petition for Panel Rehearing and Rehearing En Banc. *See* Tab 2.

14. The appeal of this matter has now concluded and the Defendants' respectfully request that this Court reinstate docket entries 323, 324, 326 and 327 for final resolution.

WHEREFORE, based upon the foregoing, the Defendants', Robert Hendry, Robert Feipel, Christopher Rose, David Bailes, and Carolyn Conrad, respectfully request that their Motions to Tax Costs [D.E. 323, 324, 327] and Defendants, Christopher Rose and David Bailes' Motion for an Order of Entitlement to Attorney's Fees [D.E. 326] be reinstated.

Respectfully submitted,

Whitelock & Associates, P.A.
300 Southeast Thirteenth Street
Fort Lauderdale, Florida 33316
Telephone:     (954) 463-2001
Facsimile:     (954) 463-0410
Counsel for Defendants, Rose and Bailes

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK
Florida Bar No. 0067539
SHERI-LYNN COREY-FORTE
Florida Bar No. 118148

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant has conferred with Plaintiff's counsel about the relief sought in this motion in a good faith effort to resolve these issues occurred in accordance with the Court's Local Rules, and the Plaintiff objects to this filing therefore no agreement has been obtained for Plaintiff to pay the asserted costs/attorney's fees herein.

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CMECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Filing.

s/Christopher J. Whitelock
CHRISTOPHER J. WHITELOCK

## SERVICE LIST

James V. Cook, Esq.
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
e-mail: cookjv@gmail.com

James Williams, Esq.
Phillip Wiseberg, Esq.
Williams, Leininger & Cosby, P.A.
11300 US Highway 1, #300
North Palm Beach, FL 33408
e-mail: jwilliams@wlclaw.com
e-mail: pwiseberg@wlclaw.com

Chelsea Furman, Esq.
Claire R. Hurley, Esq.
Barry A. Postman, Esq.
Cole, Scott & Kissane, P.A.
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
e-mail: chelsea.furman@csklegal.com
e-mail: claire.hurley@csklegal.com
e-mail: shalonda.cox@csklegal.com