UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-CV-14177-ROSENBERG/MAYNARD

MONICA STONE, *as the Personal Representative of Christopher Cox and on behalf of survivors Monica Stone and Ronald Doyle*,

      Plaintiff,

v.

ROBERT HENDRY, *et al.*,

      Defendants.

_____/

## FINAL JUDGMENT ON COSTS

Final Judgment as to Costs is hereby entered in favor of Defendants Christopher Rose and David Bailes, and against Plaintiff Monica Stone as the Personal Representative of the Estate of Christopher Cox and on Behalf of Survivors, Monica Stone and Ronald Doyle, in the total costs amount of Three Hundred and Forty-Five Dollars and Ninety-Five Cents ($345.95), together with post-judgment interest at the statutory rate, for which let execution issue.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 29th day of September, 2020.

Copies furnished to:
Counsel of Record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE